# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| DIGITAL MEDIA SOLUTIONS, LLC | ) CASE NO. 1:19-cv-00145 |
| | ) |
| Plaintiff, | ) JUDGE DAN AARON POLSTER |
| | ) |
| v. | ) **NOTICE OF APPEARANCE** |
| | ) |
| SOUTH UNIVERSITY OF OHIO, LLC, *et al.* | ) |
| | ) |
| Defendants. | ) |

Please take notice that Robert T. Glickman, Robert R. Kracht, Hugh D. Berkson, and Nicholas R. Oleski of the law firm of McCarthy, Lebit, Crystal & Liffman Co., L.P.A., hereby enters their appearance as counsel for Defendants Dream Center Education Holdings, LLC, South University of Ohio, LLC, and Argosy Education Group, LLC in the above-captioned matter. All correspondence, pleadings and court notices should be served upon them accordingly.

Dated: January 18, 2019

Respectfully submitted,

/s/ Robert T. Glickman
Robert T. Glickman (0059579)
Robert R. Kracht (0025574)
Hugh D. Berkson (0063997)
Nicholas R. Oleski (0095808)
MCCARTHY, LEBIT, CRYSTAL
  & LIFFMAN CO., LPA
101 West Prospect Avenue
1800 Midland Building
Cleveland, Ohio 44115
(216) 696-1422 – Telephone
(216) 696-1210 – Facsimile
rtg@mccarthylebit.com
rrk@mccarthylebit.com
hdb@mccarthylebit.com
nro@mccarthylebit.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

The foregoing was electronically filed this 18th day of January, 2019. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Robert T. Glickman
Robert T. Glickman (0059579)