# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| DIGITAL MEDIA SOLUTIONS, LLC, | ) CASE NO. 1:19-cv-145 |
| Plaintiff, | ) JUDGE DAN AARON POLSTER |
| v. | ) |
| SOUTH UNIVERSITY OF OHIO, LLC, *et. al.*, | ) |
| Defendants. | ) |

## OATH OF RECEIVER

Mark E. Dottore, being duly sworn, states that he will post a bond in the amount of $100.00 upon the opening of the Court after Martin Luther King Day, and now swears and affirms that he will faithfully perform the duties and obligations of receiver in the case of *Digital Media Solutions LLC v. South University of Ohio, et, al.*, Case No. 1:19-cv-145, filed in United States District Court for the Northern District of Ohio, Eastern Division and that he will obey the orders of this Court.

_____
Mark E. Dottore, Receiver

SWORN TO BEFORE ME and subscribed in my presence this 21 day of January, 2016.

NICHOLAS J. CELEBREZZE
Attorney At Law
NOTARY PUBLIC, STATE OF Ohio
My commission has
no expiration date.
Section 147.03 O.R.C.

{00020408-1}