UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| DIGITAL MEDIA SOLUTIONS, LLC )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SOUTH UNIVERSITY OF OHIO, LLC, )<br>*et al.* )<br>)<br>Defendants. ) | CASE NO. 1:19-cv-145<br><br>JUDGE DAN AARON POLSTER<br><br><br>**NOTICE OF APPEARANCE** |

The undersigned enter their Notice of Appearance on behalf of certain named individuals, Emmanuel Dunagan, Jessica Muscari, Robert J. Infusino and Stephanie Porreca, as well as the class of similarly situated persons, Plaintiffs in an action pending in the Circuit Court of Cook County, Illinois, Department – Chancery Division, *Dunagan et al. v. Illinois Institute of Art-Chicago, LLC, et al.*, Case No. 2018 CH15216. A copy of the Complaint is attached hereto.

Movants are interested parties insofar as the immediate relief of a restraining order affects their claims and the lawsuit they commenced, yet they are not a party to the action.

WHEREFORE, the Court, the Clerk of Court and the parties will please take notice of this entry of appearance.

*/s/ Richard S. Gurbst*
Richard S. Gurbst (Bar # 0017672)
Eleanor M. Hagan (Bar # 0091852)
SQUIRE PATTON BOGGS (US) LLP
4900 Key Tower
127 Public Square
Cleveland, Ohio 44114
Telephone: +1 216 479 8500
E-mail*: richard.gurbst@squirepb.com*

- 2 -

        Alexander S. Elson (Bar # _____) \*\*
        Eric Rothschild (Bar # _____) \*\*
        NATIONAL STUDENT LEGAL DEFENSE NETWORK
        1015 15th Street NW, Suite 600
        Washington, DC 20005
        Telephone: +1 202 734 7495
        E-mail: *alex@nsldn.org*
                *eric@nsldn.org*
        \*\* Pro Hac Vice Motions Forthcoming

        Counsel for Interested Parties,
        Emmanuel Dunagan, Jessica Muscari,
        Robert J. Infusino and Stephanie Porreca

Case: 1:19-cv-00145-DAP Doc #: 15 Filed: 01/28/19 2 of 3. PageID #: 165

## **CERTIFICATE OF SERVICE**

    It is hereby certified that a copy of the foregoing Notice of Appearance was served upon all parties of record by the Court's electronic filing system this 28th day of January, 2019.

                                              */s/ Richard S. Gurbst*
                                              Richard S. Gurbst
                                              One of the Attorneys for Interested Parties