UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DIGITAL MEDIA SOLUTIONS, LLC | ) | CASE NO. 1:19-cv-145 |
| Plaintiff, | ) ) ) | JUDGE DAN AARON POLSTER |
| v. | ) ) | |
| SOUTH UNIVERSITY OF OHIO, LLC, *et al.* | ) ) ) | |
| Defendants. | ) ) | |

**MOTION FOR ADMISSION PRO HAC VICE
OF ATTORNEY ERIC ROTHSCHILD**

Pursuant to Local Rule 83.5(h), and on behalf of certain named individuals, Emmanuel Dunagan, Jessica Muscari, Robert J. Infusino and Stephanie Porreca, as well as the class of similarly situated persons, plaintiffs in an action pending in the Circuit Court of Cook County, Illinois, Department – Chancery Division, *Dunagan et al. v. Illinois Institute of Art-Chicago, LLC, et al.*, Case No. 2018 CH15216, the undersigned respectfully requests that attorney Eric Rothschild of the National Student Legal Defense Network be admitted to practice before this Court on a *pro hac vice* basis, as additional counsel. This motion is supported by the accompanying sworn statement of Eric Rothschild. The $120 fee is paid herewith.

1. Eric Rothschild is an attorney with the non-profit legal organization the National Student Legal Defense Network at 1015 15th Street NW, Suite 600. His office phone number is (202) 734-7495. His email address is eric@nsldn.org.

2. Mr. Rothschild is a member in good standing of the bar of the District of Columbia, where he was admitted to practice on October 2, 2017. His District of Columbia bar registration

number is 1048877. Mr. Rothschild is also a member in good standing of the bar of the Commonwealth of Pennsylvania, where he was admitted to practice on April 26, 1994. His Commonwealth of Pennsylvania bar registration number is 71746. Mr. Rothschild is also admitted to practice before the United States Supreme Court, the U.S. Courts of Appeals for the 2d and 3d Circuits, the U.S. District Court for the Eastern District of Pennsylvania, the U.S. District Court for the Middle District of Pennsylvania, and the U.S. District Court for the District of Columbia.

3.  Mr. Rothschild is an active attorney in good standing in all of the jurisdictions and courts identified in the preceding paragraph, and has not been disciplined or sanctioned in or by any of those jurisdictions. Mr. Rothschild has never been disbarred or suspended from practice.

Accordingly, we respectfully request that Eric Rothschild be granted *pro hac vice* admission as additional counsel for Emmanuel Dunagan, Jessica Muscari, Robert J. Infusino and Stephanie Porreca, as well as the class of similarly situated persons, plaintiffs in an action pending in the Circuit Court of Cook County, Illinois, Department – Chancery Division, *Dunagan et al. v. Illinois Institute of Art-Chicago, LLC, et al.*, Case No. 2018 CH15216.

Dated: January 29, 2019

Respectfully submitted,

*/s/ Richard S. Gurbst*
Richard S. Gurbst (Bar #0017672)
Eleanor M. Hagan (Bar #0091852)
SQUIRE PATTON BOGGS (US) LLP
4900 Key Tower
127 Public Square
Cleveland, Ohio 44114
Telephone: +1 216 479 8500
Facsimile: +1 216 479 8780
E-mail: richard.gurbst@squirepb.com
eleanor.hagan@squirepb.com

*Attorneys For Defendant*

## CERTIFICATE OF SERVICE

I certify that on the 29th day of January, 2019, the foregoing was filed electronically through the CM/ECF system, which caused the parties or counsel to be served by electronic means. The parties may access this filing through the Court's ECF system.

>  */s/Richard S. Gurbst*
>  *One of the Attorneys For Defendant*