UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DIGITAL MEDIA SOLUTIONS, LLC | ) | CASE NO. 1:19-cv-145 |
| Plaintiff, | ) | |
| | ) | JUDGE DAN AARON POLSTER |
| v. | ) | |
| SOUTH UNIVERSITY OF OHIO, LLC, et al. | ) | |
| Defendants. | ) | |

## STATEMENT OF ERIC ROTHSCHILD IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Eric Rothschild, state as follows:

1. I am seeking admission *pro hac vice* to appear and serve as counsel in the captioned case only.

2. I am a member in good standing of and eligible to practice in the following state and federal courts:

   (a) Pennsylvania, admitted to practice April 26, 1994 (Commonwealth Bar Registration Number 71746);

   (b) District of Columbia, admitted to practice October 2, 2017 (Bar No. 1048877); and

   (c) Admitted to practice before the United States Supreme Court, Second and Third Circuits Court of Appeals, and multiple district courts.

3. I am a member of the bar in good standing in every jurisdiction in which I am admitted to practice.

4. My full name and contact information is:

- 2 -

>Eric Rothschild
>National Student Legal Defense Network
>1015 15th Street NW, Suite 600
>Washington, D.C. 20085
>Email: eric@nsldn.org

5. I have never been disbarred or suspended from practice before any court, department, bureau or commission of any state or the United States.

6. I have never received any reprimand from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____
Eric Rothschild

Executed on January 29, 2019
in Washington D.C.

- 2 -