UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| DIGITAL MEDIA SOLUTIONS, LLC, | ) | CASE NO: 1:19cv145 |
| Plaintiff(s) | ) ) ) | JUDGE DAN AARON POLSTER |
| vs | ) ) ) | |
| SOUTH UNIVERSITY OF OHIO, LLC, etc., et al, | ) ) | ORDER |
| Defendant(s) | ) ) | |

This matter was filed with Court on January 18, 2019. Magistrate Judge David A. Ruiz was randomly assigned as the Magistrate Judge in this case.

With the concurrence of Magistrate Judge Thomas M. Parker and the approval of Chief Judge Patricia A. Gaughan, in the event of a referral, this case will be assigned to Magistrate Judge Thomas A. Parker.

IT IS SO ORDERED.


Date: January 29, 2019

*s/ Thomas M. Parker*
Thomas M. Parker
United States Magistrate Judge


Date: January 29, 2019

*s/ Patricia A. Gaughan*
Patricia A. Gaughan, Chief Judge
United States District Court