# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| DIGITAL MEDIA SOLUTIONS, LLC, | ) | CASE NO. 1:19 CV 145 |
| | ) | |
| Plaintiff, | ) | JUDGE DAN AARON POLSTER |
| | ) | |
| vs. | ) | **ORDER REFERRING CASE TO** |
| | ) | **MAGISTRATE JUDGE PARKER** |
| SOUTH UNIVERSITY OF OHIO, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

On January 18, 2019, Plaintiff Digital Media Solutions filed a Verified Complaint, and an Emergency Motion for the Appointment of a Receiver, Motion for Temporary Restraining Order and Motion for Preliminary Injunction. Respectively, Doc ##: 1, 3. As the parties agreed on the need for a receivership and the entity to be receiver, the Court issued an Order Appointing Receiver. Doc #: 8. On January 29, 2019, Magistrate Judge Thomas M. Parker was reassigned to this case with his concurrence and the approval of Chief Judge Patricia A. Gaughan. Doc #: 17.

Pursuant to Local Rule 72.2(a), the Court hereby **REFERS** this case to Magistrate Judge Parker for complete case management.

**IT IS SO ORDERED.**

                                                    */s/ Dan A. Polster     January 30, 2019*
                                                    **Dan Aaron Polster**
                                                    **United States District Judge**