UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DIGITAL MEDIA SOLUTIONS, LLC, | ) | CASE NO.  1:19-cv-145 |
| | ) | |
| PLAINTIFF, | ) | JUDGE DAN AARON POLSTER |
| | ) | |
| V. | ) | |
| | ) | |
| SOUTH UNIVERSITY OF OHIO, LLC, *et al.*, | ) | |
| | ) | |
| | ) | |
| DEFENDANTS. | ) | |

## MOTION TO BE INCLUDED AS A CREDITOR OF WESTERN STATE COLLEGE OF LAW AT ARGOSY UNIVERSITY, A SUBSIDIARY, OF DREAM CENTER EDUCATION HOLDINGS, LLC AND RIGHT TO RECEIVE NOTICES

Cheyanna Jaffke, a tenured professor at Western State College of Law at Argosy, is an employee of Dream Center Education Holdings, LLC (DCEH).  Professor Jaffke began working for Western State College of Law in August of 1997.  While a full-time employee of Argosy University, Professor Jaffke suffered two work related injuries. One injury occurred in 2003 and another in 2005.  Both cases have been combined into one case with a case number of WC608-265037

Her case is still an open case under the jurisdiction of California's Workers' Compensation Appeals Board (WCAB).  Because Professor Jaffke's case is still open as to medical expenses that will be incurred in the future, Professor Jaffke would like to

be included as a creditor in the above titled case.  Professor Jaffke requests that she be included in all filings and notices.

Dated: <u>January 30, 2019</u>

Respectfully submitted,

_____

CHEYANNA JAFFKE (PRO SE)
P.O. Box 2520
Anaheim, CA 92814
Phone: (714) 366-3543
Fax: (714) 525-2786
E-mail:  chjaffke@wsulaw.edu

WESTERN STATE

Ms. Cheyanna Jaffke
PO Box 2520
Anaheim CA 92814

30 JAN 2019 PM 1 L

Carl B. Stokes U.S Court House
Clerk's office
801 W. Superior Ave
Cleveland OH 44113

4411381829 C017

cv 5