UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DIGITAL MEDIA SOLUTIONS, LLC | ) | CASE NO. 1:19-cv-145 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE DAN AARON POLSTER |
| v. | ) | |
| | ) | |
| SOUTH UNIVERSITY OF OHIO, LLC, | ) | MAGISTRATE JUDGE |
| *et al.* | ) | THOMAS M. PARKER |
| | ) | |
| Defendants. | ) | |

**UNOPPOSED MOTION TO INTERVENE BY STUDENT**

**INTEVENORS, THE DUNAGAN PLAINTIFFS**

Pursuant to Rule 24 of the Federal Rules of Civil Procedure, Emmanuel Dunagan, Jessica Muscari, Robert J. Infusino and Stephanie Porreca, plaintiffs and named representatives in a proposed class action pending in the Circuit Court of Cook County, Illinois against the Illinois Institute of Art LLC, the Illinois Institute of Art-Schaumburg, LLC, and Dream Center Education Holdings LLC, three of the entities in receivership, hereby move the Court to intervene in this action.

No counsel for any party in the case has indicated they will interpose any objection to this Motion.

The reasons for the Motion are set forth in the accompanying Memorandum.  A copy of the Proposed Order approving the request to intervene is attached to the Memorandum.

/s/ Richard S. Gurbst
Richard S. Gurbst (Bar # 0017672)
Eleanor M. Hagan (Bar # 0091852)
SQUIRE PATTON BOGGS (US) LLP
4900 Key Tower
127 Public Square
Cleveland, Ohio  44114
Telephone: +1 216 479 8500
E-mail: richard.gurbst@squirepb.com

Eric Rothschild
(Admitted Pro Hac Vice)
Alexander S. Elson
(Admitted Pro Hac Vice)
NATIONAL STUDENT LEGAL DEFENSE NETWORK
1015 15th Street NW, Suite 600
Washington, DC  20005
Telephone:  +1 202 734 7495
E-mail:  alex@nsldn.org
         eric@nsldn.org

Counsel for Proposed Intervenors,
Emmanuel Dunagan, Jessica Muscari,
Robert J. Infusino and Stephanie Porreca

## <u>CERTIFICATE OF SERVICE</u>

It is hereby certified that a copy of the foregoing Unopposed Motion to Intervene was served upon all parties of record by the Court's electronic filing system this 6th day of February, 2019.


<u>*/s/ Richard S. Gurbst*                    </u>
Richard S. Gurbst
One of the Attorneys for Proposed Intervenors