UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DIGITAL MEDIA SOLUTIONS, LLC, | : | CASE NO. 1:19-cv-145 |
| | : | |
| PLAINTIFF, | : | JUDGE DAN AARON POLSTER |
| | : | |
| v. | : | |
| | : | |
| SOUTH UNIVERSITY OF OHIO, LLC, et al., | : | |
| | : | |
| DEFENDANTS. | : | |

NOTICE OF APPEARANCE, REQUEST FOR SERVICE
AND RESERVATION OF RIGHTS

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel herein for AI Philadelphia Limited Partnership ("AIP LP") and requests that the following name be added to any service list in this case and that all notices given or required to be given in this case and all papers served or required to be served in this case, be given and served upon:

> Jeffrey M. Levinson, Esq.
> LEVINSON LLP
> 55 Public Square, Suite 1750
> Cleveland, OH 44113
> Tel. 216/514-4935
> Fax 216/532-2212
> jml@jml-legal.com

**PLEASE TAKE FURTHER NOTICE** that this request includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, e-mail or otherwise that affects or seeks to affect in any way any rights or

interest of any creditor or party-in-interest in this case, including, without limitation, AIP LP.

**PLEASE TAKE FURTHER NOTICE** that AIP LP intends that neither this Notice of Appearance, Request for Service of Papers and Reservation of Rights nor any later appearance, claim or suit shall waive any rights, claims, actions, setoffs, or recoupments to which it is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Respectfully submitted,

/s/ Jeffrey M. Levinson
Jeffrey M. Levinson, Esq. (0046746)
LEVINSON LLP
55 Public Square, Suite 1750
Cleveland, OH 44113
Tel. 216/514-4935
Fax 216/532-2212
jml@jml-legal.com

Counsel for AI Philadelphia Limited Partnership

Dated: February 8, 2019

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing *Notice of Appearance, Request for Service of Papers and Reservation of Rights* was served on February 8, 2019 via the Court's Electronic Case Filing system on all counsel of record.

/s/ Jeffrey M. Levinson
Jeffrey M. Levinson, Esq. (OBR# 0046746)