**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DIGITAL MEDIA SOLUTIONS, LLC, | ) | CASE NO. 1:19-CV-145 |
| | ) | |
| Plaintiff, | ) | JUDGE DAN AARON POLSTER |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | THOMAS M. PARKER |
| SOUTH UNIVERSITY OF OHIO, LLC, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION OF STUDIO ENTERPRISE MANAGER, LLC TO INTERVENE**

Pursuant to Rule 24 of the Federal Rules of Civil Procedure, Studio Enterprise Manager, LLC, as secured party under the Framework Agreement,[1] hereby moves the Court to intervene in this action.  The reasons supporting this Motion are set forth in the accompanying Memorandum in Support.  A proposed Order Authorizing Studio Enterprise Manager, LLC to Intervene is attached hereto as Exhibit A.

---

[1]      Capitalized terms used but not defined in this Motion shall have the meaning ascribed to such terms in the accompanying *Memorandum in Support of Studio Enterprise Manager, LLC's Motion to Intervene*, dated February 12, 2019 ("Memorandum"), submitted herewith.

Dated: February 12, 2019

Respectfully submitted,

s/ Scott N. Opincar
Scott N. Opincar (0064027)
M. Colette Gibbons (0003095)
Adam C. Smith (0087720)
MCDONALD HOPKINS LLC
600 Superior Avenue, East
Suite 2100
Cleveland, OH 44114
Telephone: (216) 348-5753
Facsimile: (216) 348-5474
Email: sopincar@mcdonaldhopkins.com
        cgibbons@mcdonaldhopkins.com
        acsmith@mcdonaldhopkins.com

OF COUNSEL: [2]

Dianne F. Coffino
Martin E. Beeler
Gabriella B. Zahn-Bielski
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Telephone: (212) 841-1000
Facsimile: (212) 841-1010
Email: dcoffino@cov.com
        mbeeler@cov.com
        gzahnbielski@cov.com

*Counsel for Studio Enterprise Manager, LLC*

---

[2]     Covington & Burling LLP attorneys are in the process of collecting good-standing certificates necessary for admission *pro hac vice* and will be filing motions for admission *pro hac vice* once all necessary supporting materials are available to comply with local rules.

{7910017: }                                    2

**<u>Certificate of Service</u>**

A copy of the foregoing was served via the Court's Electronic Filing Systems on this February 12, 2019.

<div style="margin-left: 45%;">

s/ Scott N. Opincar

Scott N. Opincar (0064027)

*Counsel for Studio Enterprise Manager, LLC*

</div>