Geis Property Management LLC

01-29-2019    Page 1

## Detailed Aged Receivable

Cut-off Date: **02-28-2019**

Based Upon: **Accounting Date**

Property: **HR Hemingway at Richmond LLC**

Tenant: **South Univ   South University**
Lease: **HR-South Univ(0)**

| Unit | Charge Date | Charge Type | Description | Current Balance | Future Activity | Current 0-30 Days | Over 30 Days | Over 60 Days | Over 90 Days | Over 120 Days |
|---|---|---|---|---|---|---|---|---|---|---|
| 4743 | | | | Last Payment Date: | 11-02-2018 | Check No.: | Amount: | | 114,305.56 | |
| | 08-31-2018 | SWR | Sewer 7/25/18-8/23/18 | 1,126.27 | | | | | | 1,126.27 |
| | 09-27-2018 | WATER | Water 8/23/18-9/21/18 | 13.93 | | | | | | 13.93 |
| | 09-30-2018 | SWR | Sewer/Stormwtr 8/23/18-9/24/18 | 1,075.06 | | | | | | 1,075.06 |
| | 10-31-2018 | SWR | Sewer/Stormw 9/22/18-10/24/18 | 743.54 | | | | | 743.54 | |
| | 10-31-2018 | WATER | Water 9/22/18-10/23/18 | 182.26 | | | | | 182.26 | |
| | 11-14-2018 | Park Fee | Annual Park fee charge 2018 | 5,824.69 | | | | | 5,824.69 | |
| | 11-30-2018 | SWR | Sewer 10/24/18-11/23/18 | 698.74 | | | | 698.74 | | |
| | 11-30-2018 | WATER | Water 10/24/18-11/21/18 | 151.98 | | | | 151.98 | | |
| | 12-01-2018 | CAM | CAM Charge | 25,283.83 | | | | 25,283.83 | | |
| | 12-01-2018 | RENT | Rent Charge | 88,216.06 | | | | 88,216.06 | | |
| | 12-31-2018 | SWR | Sewer 11/22/18-12/24/18 | 653.94 | | | 653.94 | | | |
| | 12-31-2018 | WATER | Water 11/22/18-12/21/18 | 121.69 | | | 121.69 | | | |
| | 01-01-2019 | CAM | CAM Charge | 25,283.83 | | | 25,283.83 | | | |
| | 01-01-2019 | RENT | Rent Charge | 88,216.06 | | | 88,216.06 | | | |
| | 02-01-2019 | CAM | CAM Charge | 25,283.83 | | 25,283.83 | | | | |
| | 02-01-2019 | RENT | Rent Charge | 89,980.38 | | 89,980.38 | | | | |
| | | | **Unit 4743 Totals:** | **352,856.09** | **.00** | **115,264.21** | **114,275.52** | **114,350.61** | **6,750.49** | **2,215.26** |
| | | | **Lease HR-South Univ(0) Totals:** | **352,856.09** | **.00** | **115,264.21** | **114,275.52** | **114,350.61** | **6,750.49** | **2,215.26** |
| | | | **Tenant South Univ Totals:** | **352,856.09** | **.00** | **115,264.21** | **114,275.52** | **114,350.61** | **6,750.49** | **2,215.26** |
| | | | **Property HR Totals:** | **352,856.09** | **.00** | **115,264.21** | **114,275.52** | **114,350.61** | **6,750.49** | **2,215.26** |

THE OHIO LEGAL BLANK CO., INC.

**EXHIBIT**

H

CLEVELAND, OHIO 44102-1799