UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| DIGITAL MEDIA SOLUTIONS, LLC | CASE NO. 1:19-cv-145 |
| Plaintiff, | |
| | JUDGE DAN AARON POLSTER |
| v. | MAGISTRATE JUDGE THOMAS M. PARKER |
| SOUTH UNIVERSITY OF OHIO, LLC, *et al.* | |
| Defendants. | |

## ORDER AUTHORIZING INTERVENTION OF STUDENT INTERVENORS PLAINTIFFS, THE DUNAGAN PLAINTIFFS

After consideration of the Motion to Intervene by Jessica Muscari, Robert J. Infusino and Stephanie Porreca, Plaintiffs and named representatives of an uncertified class of students in an action pending in the Circuit Court of Cook County, Illinois, Department–Chancery Division, *Dunagan et al. v. Illinois Institute of Art-Chicago, LLC, et al.*, Case No. 2018 CH15216 (the "Dunagan Plaintiffs") pursuant to Fed. R. Civ. P. 24(a), and it appearing that the standards of Rule 24(a) are satisfied, IT IS HEREBY ORDERED THAT the motion is GRANTED, and the Dunagan Plaintiffs are permitted to intervene in this action.

IT IS SO ORDERED.

Dated: February 13, 2019

THE HONORABLE THOMAS M. PARKER
UNITED STATES MAGISTRATE JUDGE