IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DIGITAL MEDIA SOLUTIONS, LLC, | ) | Case No. 1:19-cv-145 |
| | ) | |
| Plaintiff, | ) | JUDGE DAN AARON POLSTER |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | THOMAS M. PARKER |
| SOUTH UNIVERSITY OF OHIO, LLC, *et al.* | ) | |
| | ) | |
| Defendants. | ) | **ORDER** |
| | ) | |

On February 12, 2019, intervening plaintiffs, Emmanuel Dunagan, Jessica Muscari, Robert J. Infusino and Stephanie Porreca ("Dunagan Plaintiffs") filed an emergency motion for status conference and production of records to address loss of students' funds. ECF Doc. 48. The motion expresses the students' urgent concern regarding the status of their loan stipends. Upon due consideration and in the interest of minimizing legal costs, the court hereby ORDERS the Receiver, Mark E. Dottore, ("Receiver") to provide a status report regarding the student loan stipends and/or the steps he is taking to distribute the stipends. The status report must be filed on or before **February 19, 2019.** The Dunagan Plaintiffs' motion is DENIED at this time. After receipt of the report, the Dunagan Plaintiffs may file a supplement to their motion or indicate their continued desire for a status conference at that time.

    IT IS SO ORDERED.

Dated: February 13, 2019

*Thomas M. Parker*
United States Magistrate Judge