UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DIGITAL MEDIA SOLUTIONS, LLC | ) | CASE NO. 1:19-cv-00145 |
| | ) | |
| Plaintiff, | ) | JUDGE DAN AARON POLSTER |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | THOMAS M. PARKER |
| SOUTH UNIVERSITY OF OHIO, | ) | |
| LLC, *et al.* | ) | **NOTICE OF APPEARANCE** |
| | ) | |
| Defendants. | ) | |

Please take notice that Charles A. Nemer, of the law firm of McCarthy, Lebit, Crystal & Liffman Co., L.P.A., hereby enters his appearance as additional counsel for Receiver, Mark E. Dottore, Defendant Dream Center Education Holdings, LLC and The Receivership Entities in the above-captioned matter. All correspondence, pleadings and court notices should be served upon him accordingly.

Dated:  February 20, 2019

Respectfully submitted,

/s/  Charles A. Nemer
Charles A. Nemer (0009261)
Robert T. Glickman (0059579)
Robert R. Kracht (0025574)
Hugh D. Berkson (0063997)
Nicholas R. Oleski (0095808)
MCCARTHY, LEBIT, CRYSTAL & LIFFMAN CO., LPA
101 West Prospect Avenue, Suite 1800
Cleveland, Ohio 44115
(216) 696-1422 – Telephone
(216) 696-1210 – Facsimile
can@mccarthylebit.com
rtg@mccarthylebit.com
rrk@mccarthylebit.com
hdb@mccarthylebit.com
nro@mccarthylebit.com

*Counsel for Receiver, Mark E. Dottore, Defendant Dream Center Education Holdings, LLC and The Receivership Entities*

{01286336-1}

## CERTIFICATE OF SERVICE

The foregoing was electronically filed this 20th day of February, 2019. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Charles A. Nemer*
Charles A. Nemer (0009261)

{01286336-1}