**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

|  |  |
|---|---|
| DIGITAL MEDIA SOLUTIONS, LLC | : |
|  | : Case No. 1:19-cv-145 |
| Plaintiff, | : |
| vs. | : JUDGE DAN AARON POLSTER |
|  | : |
| SOUTH UNIVERSITY OF OHIO, LLC, *et al.* | : MAGISTRATE JUDGE THOMAS M. PARKER |
|  | : |
| Defendant. | : |

### TECH PARK 6, LLC'S MOTION TO INTERVENE AND EMERGENCY MOTION TO EXPEDITE DECISION TO ASSUME OR REJECT LEASE

Tech Park 6, LLC ("Tech Park"), by and through its undersigned counsel, DLA Piper LLP (US), submits this motion (the "Motion") pursuant to Rule 24 of the Federal Rules of Civil Procedure for entry of an order, substantially in the form attached to the accompanying Memorandum as **Exhibit A** (the "Proposed Order"), allowing it to intervene in this case to assert its claim and protect its rights as landlord for certain premises located in Henderson, Nevada, currently leased by the Art Institute of Las Vegas, an entity in receivership in this case.

This Motion also seeks emergency relief from the Court requiring the Receiver to (a) elect to assume or reject the Lease within 30 (thirty) days of the entry of the Proposed Order; and (b) pay all Rent contemplated under the Lease for use of the Premises on a per diem basis from entry of the Receivership Order on January 18, 2019, forward.

A Memorandum in support of the relief requested in the Motion is attached.

Dated:  February 20, 2019         **DLA PIPER LLP (US)**

*/s/  Richard A. Chesley*
Richard A. Chesley (OH-0029442)
Jade M. Williams (*pro hac vice* application forthcoming)
444 West Lake Street, Suite 900
Chicago, Illinois 60606
Telephone:  (312) 368-4000
Facsimile:  (312) 236-7516
Email: richard.chesley@dlapiper.com
          jade.williams@dlapiper.com

-and-

Joshua D. Morse (*pro hac vice* application forthcoming)
555 Mission Street, Suite 2400
San Francisco, California 94105
Telephone:  (415) 836-2500
Facsimile:  (415) 836-2501
Email: joshua.morse@dlapiper.com

*Counsel for Tech Park 6, LLC*

## CERTIFICATE OF SERVICE

In accordance with Section 1.4 of the Electronic Filing and Procedures Manual of the Northern District of Ohio and Federal Rule of Civil Procedure 5(b)(2)(E), a copy of the foregoing has been served through the Court's filing system on all counsel of record on February 20, 2019.

*/s/ Richard A. Chesley*
Richard A. Chesley (OH-0029442)