# EXHIBIT C

# Letter From Receiver

Ms. Kimberly Kanen
Buchanan Street Partners
3501 Jamboree
Suite 4200
Newport Beach, California 92660

Dear Ms. Kanen,

    We have been retained by Mark A. Dottore, Receiver for Dream Center Educational Holdings LLC, and its various subsidiaries, including the **The Art Institute of Las Vegas**.

    Mr. Dottore was appointed as a Receiver on Friday January 18, 2018, by Order entered by the United States District Court for the Northern District of Ohio (the "Court"). A copy of the Order is enclosed with this correspondence. The Order clearly provides that any creditor, including landlords, are enjoined from taking any action against any of the entities in receivership and any property which could be part of the receivership estate. We direct your attention to paragraphs 10 and 11 of the Order for the salient language.

    We write regarding the lease concerning 2350 Corporate Circle, Henderson, NV. Please be advised that Mr. Dottore, as Receiver, will avail himself of all remedies available in the event anyone takes, commences, or continues any action against an entity which is in the receivership, or against the receivership estate, in the absence of the Court's leave to take that action.

    We would invite you to call us or e-mail us at your earliest convenience to discuss the matter. Our contact information is as follows:

Robert M. Stefancin
Whitmer & Ehrman, LLC
2344 Canal Road, Suite 401
Cleveland, Ohio 44113
Tel:    (216) 771-5056
E-MAIL:  RMS@WEadvocate.net

Hugh D. Berkson
McCarthy, Lebit, Crystal & Liffman Co., LPA
101 W. Prospect Ave., Suite 1800
Cleveland, Ohio 44115
Tel: (216) 696-1422
E-mail: hdb@mccarthylebit.com

Very truly yours,

Robert Stefancin
Hugh Berkson

Enclosure