IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DIGITAL MEDIA SOLUTIONS, LLC, | ) | Case No. 1:19-cv-145 |
| | ) | |
| Plaintiff, | ) | JUDGE DAN AARON POLSTER |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | THOMAS M. PARKER |
| SOUTH UNIVERSITY OF OHIO, LLC, *et al.* | ) | |
| | ) | |
| Defendants. | ) | **ORDER** |
| | ) | |

On February 15, 2019, 3601 Sunflower LLC filed a motion to vacate the injunction and receiver order, or in the alternative, to modify the scope of the receiver order. ECF Doc. 54. The court hereby establishes a deadline of March 4, 2019 for the filing of any and all briefs related to the issues raised in the motion, after which the undersigned will prepare a report and recommendation on the motion to vacate or to modify the scope of the receiver. Please plan accordingly.

IT IS SO ORDERED.

Dated: February 25, 2019

Thomas M. Parker
United States Magistrate Judge