IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DIGITAL MEDIA SOLUTIONS, LLC, | ) | Case No. 1:19-cv-145 |
| | ) | |
| Plaintiff, | ) | JUDGE DAN AARON POLSTER |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | THOMAS M. PARKER |
| SOUTH UNIVERSITY OF OHIO, LLC, *et al.* | ) | |
| | ) | |
| Defendants. | ) | **ORDER** |
| | ) | |

On February 4, 2019, Cheyanna Jaffke, a pro se, non-party, filed a motion to be included as a creditor of Western State College of Law at Argosy University. ECF Doc. 31. The court hereby instructs the receiver to advise the court by Friday, March 1, 2019, whether Western State College of Law at Argosy University is a subsidiary of a receivership entity.

IT IS SO ORDERED.

Dated: February 27, 2019

Thomas M. Parker
United States Magistrate Judge