IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| DIGITAL MEDIA SOLUTIONS, LLC, | Case No. 1:19-cv-145 |
| Plaintiff, | JUDGE DAN AARON POLSTER |
| v. | MAGISTRATE JUDGE THOMAS M. PARKER |
| SOUTH UNIVERSITY OF OHIO, LLC, *et al.* | **ORDER** |
| Defendants. | |

The court has received multiple filings respecting the status of the receiver's satisfaction of the obligations of the entities in receivership. In light of those filings, the court hereby requires the receiver to file, not later than 4:00 p.m. on Thursday March 7, 2019, the following information:

1)  A detailed organizational chart or charts showing DCEH Holdings, LLC and all its subsidiaries, including all Argosy, South University and Art Institute entities, whether receivership entities or non-receivership entities, both before and after the January 2019 Studio reorganization; and

2)
   a. A detailed plan, based on the information currently known, for the funding of the operations of the receivership entities (including how the receiver plans to satisfy current obligations for rent, student stipends, etc.) for the entities in receivership; and

   b. An explanation of how DCEH being on HCM2 impacts the receiver's funding plan.

The court GRANTS the renewed request/motion for status conference to address unpaid student stipends. ECF Doc. 64. The status conference is scheduled for **Friday, March 8, 2019**

**at 10:00 a.m. in courtroom 11B.** The receiver and his attorneys are required to attend the status conference in person. The students requesting the status conference and their attorney(s) may attend by phone. They must contact the court room deputy, Jaclyn Darrah, at Jaclyn_Darrah@ohnd.uscourts.gov for call-in information.

*The court also directs the receiver to invite a representative of the Department of Education with knowledge of how student stipends might be paid to participate in the March 8, 2019 status conference either in person or by telephone.*

IT IS SO ORDERED.

Dated: February 28, 2019

Thomas M. Parker
United States Magistrate Judge