# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| DIGITAL MEDIA SOLUTIONS, LLC, | ) | CASE NO. 1:19-CV-00145 |
| | ) | |
| *Plaintiff*, | ) | JUDGE DAN AARON POLSTER |
| | ) | |
| v. | ) | MAGISTRATE JUDGE THOMAS M. |
| | ) | PARKER |
| SOUTH UNIVERSITY OF OHIO, LLC *et al.*, | ) | |
| | ) | **NOTICE OF APPEARANCE** |
| | ) | |
| *Defendants*. | ) | |

Now comes, the undersigned, Richard N. Selby, Esq., of Dworken & Bernstein Co., L.P.A., and hereby enters an appearance on behalf of Proposed Intervenor, Thomas J. Perrelli, Settlement Administrator, in the above-captioned matter.

Please enter my name as additional counsel of record and direct all correspondence, notices and other communications to the attention of the undersigned.

DATED: February 28, 2019

Respectfully submitted,

s/Richard N. Selby
Richard N. Selby, II (#0059996)
Grant J. Keating (#0079381)
DWORKEN & BERNSTEIN CO., L.P.A.
60 South Park Place
Painesville, Ohio 44077
(440) 352-3391 | (440) 352-3469 Fax
Email: gkeating@dworkenlaw.com
rselby@dworkenlaw.com

Thomas J. Perrelli (appearing *pro hac vice* )
Jenner & Block LLP
1099 New York Avenue, NW
Washington, DC 20001
tperrelli@jenner.com
Telephone: (202) 639-6004
Facsimile: (202) 639-6066

Brian Hauck (appearing *pro hac vice*)
Jenner & Block LLP

633 West 5th Street
Suite 3600
Los Angeles, CA 90071
bhauck@jenner.com
Telephone: (213) 239-2244
Facsimile: (213) 239-5199

*Attorneys for Proposed Intervenor*
*Thomas J. Perrelli, Settlement Administrator*

# CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2019 a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Richard N. Selby
Richard N. Selby, II (#0059996)
DWORKEN & BERNSTEIN CO., L.P.A.
60 South Park Place
Painesville, Ohio 44077
Email: rselby@dworkenlaw.com
*One of the Attorneys for Proposed Intervenor*
*Thomas J. Perrelli, Settlement Administrator*