# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| DIGITAL MEDIA SOLUTIONS, LLC, ) | CASE NO. 1:19-cv-145 |
| ) | |
| Plaintiff, ) | JUDGE DAN AARON POLSTER |
| ) | |
| v. ) | MAGISTRATE JUDGE |
| ) |   THOMAS M. PARKER |
| SOUTH UNIVERSITY OF OHIO, ) | |
| LLC, *et. al.*, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF THE LEGAL STATUS OF WESTERN STATE COLLEGE OF LAW OF ARGOSY UNIVERSITY

Pursuant to this Court's Order [Dkt. No. 79], please take notice that Western State College of Law at Argosy University is a campus owned by Argosy Education Group LLC, a California Nonprofit LLC, formed July 17, 2017, *See*, Organizational Chart attached hereto as Exhibit A.

Date: March 1, 2019          **WHITMER & EHRMAN LLC**

                                               */s/ Mary K. Whitmer*
                                               Mary K. Whitmer (0018213)
                                               2344 Canal Rd., Suite 401
                                               Cleveland, OH 44113
                                               Telephone: (216) 771-5056
                                               Facsimile: (216) 771-2450
                                               Email:  mkw@weadvocate.net

                                               *Attorney for the Receiver*

## **CERTIFICATE OF SERVICE**

In accordance with Section 1.4 of the Electronic Filing and Procedures Manual of the Northern District of Ohio and Federal Rule of Civil Procedure 5(b)(2)(E), a copy of the foregoing has been served through the Court's filing system on all counsel of record on March 1, 2019.

                                            */s/ Mary K. Whitmer*
                                            Mary K. Whitmer (0018213)