EXHIBIT A

# Dream Center Argosy University of California, LLC and Subsidiaries

**Dream Center Argosy University of California, LLC**
(California Nonprofit LLC)
Date of Formation: 7/17/2017 – EIN: 82-2237359



**Argosy Education Group, LLC**
(California Nonprofit LLC)
Date of Formation: 7/17/2017

- The Art Institute of California - Hollywood, a campus of Argosy University
- The Art Institute of California - Inland Empire, a campus of Argosy University
- The Art Institute of California - Orange County, a campus of Argosy University
- The Art Institute of California - Sacramento, a campus of Argosy University
- The Art Institute of California - San Diego, a campus of Argosy University
- The Art Institute of California - San Francisco, a campus of Argosy University
- Argosy University, Atlanta
- Argosy University, Chicago
- Argosy University, Dallas
- Argosy University, Denver
- Argosy University, Hawaii
- Argosy University, Inland Empire
- Argosy University, Los Angeles
- Argosy University, Nashville
- Argosy University, Northern Virginia
- Argosy University, Orange County
- Argosy University, Phoenix
- Argosy University, Salt Lake City
- Argosy University, San Diego
- Argosy University, San Francisco Bay Area
- Argosy University, Sarasota
- Argosy University, Schaumburg
- Argosy University, Seattle
- Argosy University, Tampa
- Argosy University, Twin Cities
- Western State College of Law at Argosy University