EXHIBIT A

# THE DREAM CENTER FOUNDATION AND SUBSIDIARIES

**The Dream Center Foundation**
(California Nonprofit Corporation and 501(c)(3))
EIN 41-2269686

↓ 100%

**Dream Center Education Holdings, LLC**
(Arizona Nonprofit LLC)
Date of Formation: 1/9/2017 – EIN: 81-5166695

— 100% → **Dream Center Education Management, LLC**
(Arizona Nonprofit LLC)
Date of Formation: 1/9/2017
EIN: 81-5189352

Management Services

↓ 100%

**The Arts Institutes International, LLC**
(Arizona Nonprofit LLC)
Date of Formation: 1/9/2017
EIN: 81-5126041
(see separate chart for subsidiaries)

**Dream Center South University, LLC**
(Arizona Nonprofit LLC)
Date of Formation: 1/10/2017
EIN: 81-5128459
(see separate chart for subsidiaries)

**Dream Center Argosy University of California, LLC**
(California Nonprofit LLC)
Date of Formation: 7/17/2017
EIN: 82-2237359
(see separate chart for subsidiaries)

Page 1-03/06/2018

Receivership Entities are Shaded



Receivership Entities are Shaded

# THE ART INSTITUTE OF PHOENIX, LLC AND SUBSIDIARIES



Receivership Entities are Shaded



Receivership Entities are Shaded



Receivership Entities are Shaded

## Dream Center Argosy University of California, LLC and Subsidiaries

**Dream Center Argosy University of California, LLC**
(California Nonprofit LLC)
Date of Formation: 7/17/2017 — EIN: 82-2237359

**Argosy Education Group, LLC**
(California Nonprofit LLC)
Date of Formation: 7/17/2017
EIN: 82-2237265

- The Art Institute of California - Hollywood, a campus of Argosy University
- The Art Institute of California - Inland Empire, a campus of Argosy University
- The Art Institute of California - Orange County, a campus of Argosy University
- The Art Institute of California - Sacramento, a campus of Argosy University
- The Art Institute of California - San Diego, a campus of Argosy University
- The Art Institute of California - San Francisco, a campus of Argosy University
- Argosy University, Atlanta
- Argosy University, Chicago
- Argosy University, Dallas
- Argosy University, Denver
- Argosy University, Hawaii
- Argosy University, Inland Empire
- Argosy University, Los Angeles
- Argosy University, Nashville
- Argosy University, Northern Virginia
- Argosy University, Orange County
- Argosy University, Phoenix
- Argosy University, Salt Lake City
- Argosy University, San Diego
- Argosy University, San Francisco Bay Area
- Argosy University, Sarasota
- Argosy University, Schaumburg
- Argosy University, Seattle
- Argosy University, Tampa
- Argosy University, Twin Cities
- Western State College of Law at Argosy University

Receivership Entities are Shaded