## Fwd: Rent for Argosy NOVA

frank gittleson <frankempireleasingpm@gmail.com>
Fri 3/1/2019 1:22 PM
To: Peter Barbieri <peteempireleasingpm@outlook.com>

---------- Forwarded message ---------
From: **Trimarchi, Valarie J.** <vjtrimarchi@argosy.edu>
Date: Fri, Jan 4, 2019 at 1:23 PM
Subject: Rent for Argosy NOVA
To: Garrett, Chad <cgarrett@dcedh.org>
Cc: frankempireleasingpm@gmail.com <frankempireleasingpm@gmail.com>, victoriaempireleasingpm@gmail.com <victoriaempireleasingpm@gmail.com>, Trimarchi, Valarie J. <vjtrimarchi@argosy.edu>

Good afternoon, Chad

Dr. Baum referred me to you as the person that our building management crew can contact regarding the past due rent for our facility. She indicated that I could share your contact info with them – which I am doing via this email. I previously gave them your phone number, but I do not think that contact was successful.

If you could please communicate with them where we stand with the past due rent, we would all be appreciative.

If I need to do anything to facilitate this process, let me know.

Thank you

Valarie

**Valarie J Trimarchi, D.Ed.**

Campus President


EXHIBIT D

## Fwd: Rent- Argosy Univ.

frank gittleson <frankempireleasingpm@gmail.com>
Fri 3/1/2019 1:26 PM
To: Peter Barbieri <peteempireleasingpm@outlook.com>

---------- Forwarded message ---------
From: **frank gittleson** <frankempireleasingpm@gmail.com>
Date: Wed, Jan 9, 2019 at 4:25 PM
Subject: Rent- Argosy Univ.
To: <JPapp@dcedh.org>, <cbaum@argosy.edu>, <mjferguson@argosy.edu>, <vjtrimarchi@argosy.edu>

John
Please give us an update on payment for rent for Nov, Dec, and Jan.
Thank you,
Frank

## Fwd: Argosy University - Washington DC - NoVa

frank gittleson <frankempireleasingpm@gmail.com>
Fri 3/1/2019 1:24 PM
To: Peter Barbieri <peteempireleasingpm@outlook.com>

📎 2 attachments (1 MB)
Order Appointing Receiver (01275817xA180B).PDF; Landlord letter to Argosy University - DC Frank Gittleson (01279223xA180B).PDF;

---------- Forwarded message ---------
From: **Wilde, Laurie** <lw@mccarthylebit.com>
Date: Mon, Feb 4, 2019 at 4:19 PM
Subject: Argosy University - Washington DC - NoVa
To: frankempireleasingpm@gmail.com <frankempireleasingpm@gmail.com>
Cc: Berkson, Hugh D. <hdb@mccarthylebit.com>

Mr. Gittleson,

As I mentioned during our phone call, please find attached correspondence regarding the property at 1550 Wilson Boulevard in Arlington, VA. I am cc'ing Hugh Berkson on this email. I understand you spoke briefly with Mark Dottore last week, however, would like for a return call to discuss the eviction summons.

I have the following contact info for you. Please let me know if it is correct.

**202-429-3737**

Frank Gittleson

Fluorine LLC

C/O Empire Leasing, Inc.

1627 K Street NW, Lower Level

Washington, DC 20006

frankempireleasingpm@gmail.com

Thank you,

Very truly,

Laurie

**Laurie Wilde** • Paralegal • McCarthy, Lebit, Crystal & Liffman Co., LPA

101 W. Prospect Ave., Suite 1800 • Cleveland, OH 44115 • Phone: 216.696.1422

lw@mccarthylebit.com • www.mccarthylebit.com

LinkedIn • Twitter • Google+ • Facebook • IR Global Member Firm

**Confidentiality Notice to Incorrect Addressee:** http://www.mccarthylebit.com/confidential-communication/