# SUMMONS FOR UNLAWFUL DETAINER
(CIVIL CLAIM FOR EVICTION)

VA. CODE § 8.01-126
Commonwealth of Virginia
ARLINGTON COUNTY ............ General District Court

1425 North Courthouse Road, Arlington, VA 22201
STREET ADDRESS OF COURT

TO ANY AUTHORIZED OFFICER: Summon the Defendant(s) as provided below:
TO THE DEFENDANT(S): You are commanded to appear before this Court on
February 19, 2019 at 2:00PM ............ to answer this civil claim.
RETURN DATE AND TIME

DATE ISSUED ............ [ ] CLERK [ ] DEPUTY CLERK [ ] MAGISTRATE

CLAIM AND AFFIDAVIT: That Defendant(s) unlawfully detains and withholds from Plaintiff(s):
1550 Wilson Blvd # 500, Arlington VA 22209
ADDRESS/DESCRIPTION OF DETAINED PROPERTY

and that the Defendant should be removed from possession based on the following:
[x] unpaid rent [ ]
and further that rent is due and owing and damages have been incurred as follows:
$ 429338.32 rent due for 10/01/2018 - 01/31/2019.... and $ ............ 27908.88 .... late fee
RENT  PERIOD
and $ 139544.3 damages for Future Rent ............ with interest
and $ 58.00 ............ costs and $ ............ civil recovery and $ reasonable ............ attorney's fees.
[x] Plaintiff requests judgment for all amounts due as of the date of the hearing.
[x] This action is filed to terminate a tenancy pursuant to the Virginia Residential Landlord and Tenant
Act, §55-248.2 et seq., of the Code of Virginia.
[ ] Required notices have been given.

[ ] PLAINTIFF(S) [x] PLAINTIFF'S ATTORNEY [ ] PLAINTIFF'S AGENT
Subscribed and sworn to before me this 11 day of January, 20 19.

[ ] CLERK [ ] DEPUTY CLERK [ ] MAGISTRATE [x] NOTARY PUBLIC
[ ] City [x] County of ............

My commission expires: ............
NOTARY REGISTRATION NO. ............
BY ............

## CASE DISPOSITION
[ ] JUDGMENT that Plaintiff(s) recover against [ ] ............
[ ] ............ [ ] named DEFENDANT(S).
[ ] possession of the premises described above pursuant to § 8.01-128.
[ ] A hearing shall be held on ............ to establish final rent and damages.
DATE AND TIME
[ ] Immediate writ of possession
[ ] ordered pursuant to Va. Code § 8.01-129 upon request of Plaintiff.
[ ] granted pursuant to Va. Code § 55-243(C) or § 55-248.34.1(C).
DEFENDANT(S) PRESENT? [ ] YES [ ] NO

[ ] Rent, in the sum of $ ............ and $ ............ late fee
and $ ............ damages with interest ............ and
............ costs and $ ............ civil recovery and $ ............ attorney's fees.
RATE(S) AND BEGINNING DATE(S)
HEAD EXEMPTION WAIVED? [ ] YES [ ] NO [ ] CANNOT BE DEMANDED
...MENT FOR [ ] NAMED DEFENDANT(S) [ ] ............
SUIT [ ] DISMISSED DEFENDANT(S) PRESENT? [ ] YES [ ] NO

DATE ............ JUDGE
421 FRONT 07/18

---

HEARING DATE AND TIME
February 19, 2019 at 2:00PM

CASE NO. ............

1550 and 1560 Wilson Co, LLC/1550 Wilson Blvd.
PLAINTIFF(S) NAME(S) (LAST, FIRST, MIDDLE)
c/o Empire Leasing Inc, 1627 K Street, NW
Washington, DC 20006
TELEPHONE NUMBER

v.

ARGOSY EDUCATION GROUP INC.
DEFENDANT(S) NAME(S) (LAST, FIRST, MIDDLE)
1550 Wilson Blvd # 500
Arlington, VA 22209
TELEPHONE NUMBER

TO DEFENDANT: You are not required to appear;
however, if you fail to appear, judgment may be entered
against you. See the additional notice on the reverse
about requesting a change of trial location and your right
to prevent this unlawful detainer action through payment
of amounts owed.

[ ] To dispute this case, you must appear on the return
date to try this case
[x] To dispute this case, you must appear on the return
date for the judge to set another date for trial.

If you fail to appear and a default judgment is entered
against you, a writ of possession may be issued
immediately for possession of the premises.

Bill of Particulars ordered ............ DUE DATE
Grounds of Defense ordered ............ DUE DATE

ATTORNEY FOR PLAINTIFF(S)
KANE & ASSOCIATES, CHARTERED / KEVIN I. KANE 44219
110 N. Washington Street, #500
Rockville, MD 20850 (301) 961-5000
TELEPHONE NUMBER

ATTORNEY FOR DEFENDANT(S)
............
TELEPHONE NUMBER

DISABILITY ACCOMMODATIONS for loss of
vision, hearing, mobility, etc. Contact the court ahead of
time.

---

[ ] Redemption tender
presented; continued to:
............
HEARING DATE AND TIME

[ ] Defendant must pay:
$ ............
RENT OWED
into the court to be held in
escrow by
............ DATE
and any rents coming due prior
to the next hearing date must
also be paid into the court.
............ JUDGE'S INITIALS

MONEY JUDGMENT PAID OR
SATISFIED PURSUANT TO
ATTACHED NOTICE OF
SATISFACTION
............ DATE
............ CLERK

EXHIBIT E

RETURNS: Each defendant was served according to law, as indicated below, unless not found.

Name: ARGOSY EDUCATION GROUP INC.
Address: 1550 Wilson Blvd # 500, Arlington VA 22209

[ ] Personal Service     Tel. No. _____

[ ] Being unable to make personal service, a copy was delivered in the following manner:
   [ ] Delivered to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of party named above after giving information of its purport. List name, age of recipient, and relation of recipient to party named above.
   [ ] Posted on front door or such other door as appears to be the main entrance of usual place of abode, address listed above. (Other authorized recipient not found.)
   [ ] Served on the Secretary of the Commonwealth

_____
SERVING OFFICER

[ ] Not found

_____ for _____
DATE

Name _____
Address _____

[ ] Personal Service     Tel. No. _____

[ ] Being unable to make personal service, a copy was delivered in the following manner:
   [ ] Delivered to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of party named above after giving information of its purport. List name, age of recipient, and relation of recipient to party named above.
   [ ] Posted on front door or such other door as appears to be the main entrance of usual place of abode, address listed above. (Other authorized recipient not found.)
   [ ] Served on the Secretary of the Commonwealth

_____
SERVING OFFICER

[ ] Not found

_____ for _____
DATE

---

To the Defendant(s):

(1) The preferred location for an Unlawful Detainer action is the city or county where the property is located. If the plaintiff has filed this case in a city or county other than where the property you rent is located, you may object to the location. The court may transfer the case to the preferred location, if the court agrees with you. The court may award costs and attorney's fees to you if the court agrees with your objection. To object to the location of the suit, you must do the following:

  • Prepare a written request which contains (a) this court's name, (b) the case number and the "return date" as shown on the other side of this form in the left column under the words "TO THE DEFENDANT(S)," (c) Plaintiff(s)' name(s) and your name(s), (d) "I move to object to venue of this case in this court because" and state the reasons for your objection and also state in which city or county the case should be tried, and (e) your signature and mailing address.
  • File the written request in the clerk's office before the trial date (use the mail at your own risk) or give it to the judge when your case is called on the return date. Also send or deliver a copy to the plaintiff.
  • If you mail your written request to the court, the clerk will notify you of the judge's decision.

(2) If you pay the landlord or his attorney or pay into court all (i) rent due and owing as of the court date as contracted for in the rental agreement, (ii) other charges and fees as contracted for in the rental agreement, (iii) late charges contracted for in the rental agreement, (iv) reasonable attorney fees as contracted for in the rental agreement or as provided by law, and (v) costs of the proceeding as provided by law, this unlawful detainer action will be dismissed pursuant to Virginia Code § 55-243 or 55-248.34:1. You may exercise this right only once every 12 months that you continue to live in the same place, regardless of the term of the rental agreement or any renewal term.

(3) You may tell your landlord that you want another person to receive a copy of this summons, and the landlord shall send a copy to that person. However, the person you identify will not, by receiving a copy of the summons, become a party to the case or be able to challenge the landlord's actions on your behalf. Virginia Code § 55-248.9:1

I certify that I mailed a copy of this document to the defendants named therein at the address show therein on

01/11/2019
DATE

[ ] PLAINTIFF   [X] PLAINTIFF'S ATTORNEY   [ ] PLAINTIFF'S AGENT

Fi. Fa. issued on _____
Interrogatories issued on _____
Garnishment issued on _____

FORM DC-421 REVERSE 10/17

IN THE GENERAL DISTRICT COURT OF ARLINGTON COUNTY , VIRGINIA

1550 and 1560 Wilson Co, LLC/1550 Wilson Blvd.

Plaintiff,

v.                                                         Case No.

ARGOSY EDUCATION GROUP INC.

Defendant.

## AFFIDAVIT

The undersigned, being duly sworn, upon information and belief, states and affirms the following:

1. Plaintiff is the owner / management agent of the commercial property listed on the Summons for Unlawful Detainer.

2. Defendant is the tenant of said property subject to a commercial lease agreement, a true and accurate copy of which is included herewith.

3. Defendant breached the commercial lease by failing to timely pay rent, late fees and/or utilities.

4. Defendant's commercial lease provides with Plaintiff a waiver of any notice prior to filing suit in the event of a monetary breach.

5. Through the initial return, Defendant owes the following amounts:

   a. Rent: $ 596791.57

   b. Late Fees: $ 27908.88

Plaintiff requests judgment for such amounts, plus interest, costs, attorney's fees and possession.

6. Plaintiff also claims any and all amounts coming due through final hearing on this case.

7. Upon information and belief, Defendant is not in the active service of the U.S. Military. The above statement is based upon the following facts: Defendant is a corporation.

8. The Plaintiff has engaged legal counsel to prosecute this case for the Plaintiff and has agreed to pay the attorney a reasonable fee for his services.

Signature: _____

Printed Name: Frank Gittlesen

Subscribed and Sworn to before me, in my presence this 17th day of JANUARY, 2019

By FRANK GITTLESEN

_____
Notary Public
Ried R/Zulager
NOTARY PUBLIC
Washington, District of Columbia
My Commission Expires 12/14/2022

Washington, District of Columbia

My Commission Expires: 12/14/2022

Notary Public