EXHIBIT A

| Case Number | Case Caption | Brief Summary of Case | Current Status | Type |
|---|---|---|---|---|
| OCR Complaint No. 04-19-2007 | Nancy Bent v. Argosy Education Group LLC, dba Argosy University Sarasota | Former student complains of alleged discriminaton resulting from school not accomodating her request for registration in a practicum course | Matter is being investigated by Department of Education's Office of Civil Rights.  Staff counsel is trying to set interviews of relevant personnel. | Administrative discrimination claims |
| Arizona Officer of Attorney General Complaint # 18-009452 | Vallerie Hancock v. Argosy University, Phoenix | Student suspended for poor academic performance, and alleges school subsequently deprived her of appeal rights.  Complaint made in 2018 when suspension took place in 2003. | Pending investigation by Attorney General's office.  DCEH submitted its response on 10/16/18. | Administrative discrimination claims |
| EEOC Charge no.: 533-2018-00488 | Justin Erlichman | EEOC claim based on wrongful termination/discrimination while Erlichman was employed by EDMC, but investigation involves DCEH. | Erlichman has made settlement demand of $30,000.  EEOC is still gathering documentation and evidence for its investigation. | Administrative discrimination claims |
| EEOC Charge no:  540-2019-00399 | Douglas Brekan | EEOC Charge based on wrongful termination and failure to accommodate disability.  The initial claim form identifies only "South University." | EEOC will presumably investigate at some point, but we have not yet heard from the agency. | Administrative discrimination claims |
| EEOC Charge no: 37B-2018-00170 | Kendall Juchter | Charge with Hawaii civil rights commission filed July 2018.  The initial paperwork identifies Argosy Education Group. | No update since August 2018.  Client is currently checking on the status of the investigation. | Administrative discrimination claims |
| EEOC Claim No. 540-2018-0460 | Kira Davis | Former Argosy University employee has claimed sex discrimination and refusal to accommodate disability related to pregnancy | Argosy's position statement was submitted on 11/13/18.  Client is checking for an update. | Administrative discrimination claims |

| Court/Case No. | Case Name | Description | Status | Type |
|---|---|---|---|---|
| Dist. Ct for the W.D. PA, Case No.  2:19-cv-00151-NB | Carl Clemons v. Dream Center Education Holdings LLC and Argosy Education Group LLC | Putative class action alleging violations of WARN Act | Case filed on 2/12/19 and served on 2/28.  We have asked Plaintiff to honor the Receivership Order and stay the case.  Will seek a stay if Plaintiff refuses. | Class Actions |
| San Diego County Case No. CA 37-2018-0038876-CU-BT-CTL | Bolden v. Argosy Education Group LLC | Students from Argosy University San Diego allege the school violated California Consumer Warranty and Unfair Competition laws when enrollment stopped. | Notice of stay was filed on 1/22/19.  No indication of a ruling or acknowledgement by the court. | Class Actions |
| Originally filed in Cook County, Illinois Circuit Court, was subsequently removed to District Court for N.D. Ill., Case No. 1:19-cv-00809 | Emmanuel Dunagan, et al. v. Illinois Institue of Art - Schaumburg LLC, Illinois Institute of Art LLC, Dream Center Foundation, Dream Center Educational Holdings, et al. | Putative class action alleging violations of Illinois Consumer Fraud and Deceptive Practices Act, fraudulent concealment, and negligent misrepresentation regarding alleged misrepresentations concerning accreditation status | A motion to stay has been filed and renewed. | Class Actions |
| San Diego Superior Court Case No. 37-2018-00018512 | Darcy Totten v. Dream Center Education Holdings | Putative class action re: wage/hour claims. | DCEH's original counsel has withdrawn (for lack of payment).  Next hearing set for May 10.  Will file motion to stay if required. | Class Actions |
| District Court for City and County of Denver, Case No. 2019cv030096 | JSD Collections v. Art Institute Colorado | Suit to collect unpaid rent. | Plaintiff's counsel granted leave to plead through 3/27/19.  Will file a motion to stay if required. | Collection suit |
| 12th Judicial Circuit for Sarasota County Court, Case No. 2019 CA 000277 NC | LV17 LLC v. Argosy Education Group LLC and Dream Center Education Holdings LLC | Suit to collect unpaid rent. | A motion for stay has been filed.  No ruling from the court as yet. | Collection suit |
| Dist Ct. for the E.D. Va, Case No.  3:18-cv-00476-MHL | Paula Faith Bingman v. South University of Virginia Inc d/b/a South University - Richmond, Education Management Corp, et al, Dream Center Foundation, Dream Center Education Holdings LLC | Sex discrimination claims agaisnt EDMC arising in 2016 before the DCEH transaction, but asserted against the Dream Center entities. | We are working to secure a stay for DCEH alone, leaving the case to proceed against the Foundation and South. | Discrimination Lawsuit |

| Court/Case No. | Caption | Claims | Status | Category |
|---|---|---|---|---|
| San Francisco Superior Court Case No. CGC-18-564745 | Raymond Gonzalez v. Education Management Corporation, The Dream Center Foundation | Claims of sexual orientation discrimination in violation of FEHA, wrongful termination, failure to provide requisite wage statements.  Answer notes that proper defendant is DCEH, not DCF. | Court ordered the case to arbitration on 1/9 and the parties were working toward selecting the arbitrator.  Client has not heard of any updates since. | Discrimination Lawsuit |
| Dist. Ct. For Middle Dist. N.C., Case No. 1:18-cv-01049-TDS-JEP | Adina Long v. Education Management Corporation, South University, Dream Center Holdings, and John South III | Former employee claims employment discrimination, as well as breach of contract, intentional misrepresentation, negligent misrepresentation, intentional interference with business relations, conversion, and intentional infliction of emotional distress | "Dream Center Holdings" was reportedly served on or about 1/31/19.  The Receivership learned about the case on 3/4/19.  Will seek a stay with the presumption Plaintiff meant to name Dream Center Education Holdings LLC | Discrimination Lawsuit |
| Duval County Florida Case No. 16-2018-SC-009104 | Nancy Bent v. Argosy Education Group LLC, dba Argosy University Sarasota | Small claims case seeking return of $3,077 in tuition payments | Settlement negotiations have stalled.  No case management schedule pending, and no case deadlines.  Will seek a stay if required. | Former Student Claims |
| Philadelphia Count Court Common Pleas Case No. 3805 | Ryan Lund v. The Art Institue of Philadelphia | Student sued as a result of being removed from dorm for repeated violations of housing rules against drug use. | Motion to stay was filed on 1/31.  No ruling as yet. | Former Student Claims |
| Dist Ct. for N.D. Ill., Case No. 1:18-cv-03095 | Jill Olmsted v. Illinois Institute of Art - Schaumburg, Inc., Illinois Institute of Art - Schaumburg, LLC, Education Management LLC, and Dream Center Education Holdings LLC | Gender discrimination claims and retailiatory discharge.  Note that the alleged wrongful conduct took place under EDMC management. | DCEH has already been dismissed, leaving Illinois Institute of Art - Schaumburg as defendant.  Case stayed on 2/1/19. | Former Student Claims |

| | | | | |
|---|---|---|---|---|
| Williamson County, Texas 368th Judicial District Case No. 18-1167-C368 | Tolani Akamo v. South University | Student claims breach of contract, fraudulent misrepresentation following her discharge on March 1, 2018 on a HIPAA violation | The only named defendant is "South University," which is not a Receivership Entity.  Defense counsel is currently on vacation, but will work with her to determine whether Plaintiff meant to name a Receivership Entity.  If so , we will seek a stay of the action. | Former Student Claims |
| Orange County Superior Court Case No.: 30-2019-01050428-CU-CR-CJC | Robbie Munoz v. Western State College of Law, John Does 1 through 10 | Former student claims misrepresentations re: grading policy, discrimination and failure to accommodate medical issue. | Will seek a stay immediately | Former Student Claims |
| Los Angeles Superior Court Case No. BC694492 | Coleby Lombardo v Dream Center Foundation, Inc., Argosy University Education Management, Al-Hassan Marilyn, Gary Bruss, Gary House, Karissa Lentz, Tita Lopez, Marc Lubin, Outreach Concern, Inc, and Daniel Ricins | Former student claims school had knowledge of his ADHD but refused to provide reasonable accomodations, thereby resulting in his dismissal from the graduate program | No Receivership Entity has yet been named to the Complaint.  If Plaintiff amends to add a Receivership Entity, we will seek a stay. | Former Student Claims |
| San Bernadino Superior Court Case No. CIV DS 1721382 | Cherisse Hunter-Southern v. Argosy University I.E. Dream Center Education Holding LLC | Pro-se former student sued.  Claims are incomprehensible | Matter stayed 2/13/19.  Court wants update by 8/13/19 | Former student claims |
| Superior Court Los Angeles County Case No. BC683000 | Tito Thomas v. Argosy University | Alleged violation of Family Educational Rights and Privacy Act | A notice of stay was filed on March 1, 2019.  No ruling as yet. | General Litigation |
| Dist Ct. for  N.D. Ill, Case No. 1:18-cv-05844 | Robert Gillman v. Dream Center Education Holdins d/b/a/ The Art Institutes d/b/a/ The Art Institute of Pittsburgh | Alleged violations of the telephone consumer protection act. | Case is stayed. | General Litigation |
| Superior Court of Arizona, Maricopa County Case No. CV 2018-011334 | Concorde Office LLC, v. Dream Center Education Holdings LLC | Landlord's suit for unpaid rent for property at 2222 W. Dunlap Ave, Phoenix AZ. | Plaintiff's counsel is aware of the Receivership Order and does not intend to prosecute the case absent leave of court.  Will file a Notice of Stay if required | General Litigation |
| | Vivian Lett v. Dream Center Education Holdings LLC and Art Institute of Atlanta | Former employee's complaint of discrimination and retaliation under ADA and FMLA | No case has been filed - Lett has made settlement demand through counsel. | Notice Of Dispute - No Suit |

| | | | | |
|---|---|---|---|---|
| | Katherine Bernardo v. Art Institute of California - San Francisco | No suit filed. Former employee's claim of discrimination and wrongful termination arising out of school's failure to accommodate her diabetes | Settlement negotiations were started in May 2018. Client is currently checking on the status of the negotiations. | Notice Of Dispute - No Suit |