# EXHIBIT A

| Lessee | Property Name | Property Street Address 1 | Property City | Property State / Prv | Property Zip | Landlord Name | Lease Type | Our Rentable Area | Lease Commence Date | Lease Expiration Date |
|---|---|---|---|---|---|---|---|---|---|---|
| Argosy Education Group, LLC | Argosy-American Samoa | Ottoville Professional Building | Ottoville | Americ | | Tradewinds Hotel | Modified Gross | 8623 | 3/15/2018 | 3/14/2023 |
| Argosy Education Group, LLC | Argosy University - American Samoa Campus | Pago Plaza | Pago Pago | Americ | 96799 | Pago Plaza Inc | Gross | 1366 | 6/1/2013 | 4/30/2019 |
| Argosy Education Group, LLC | Argosy University - Los Angeles | 5230 Pacific Concourse Drive | Los Angeles | CA | 90045 | BCSP VII | Modified Gross | 22319 | 10/5/2009 | 8/31/2019 |
| Argosy Education Group, LLC | The Art Institute of California - Hollywood | 5250 Lankershim Boulevard | North | CA | 91601 | 5250 Lankershim | Triple Net | 84736 | 10/1/2009 | 12/31/2019 |
| Argosy Education Group, LLC | The Art Institute of California - Hollywood | 11128 Magnolia Boulevard | North | CA | 91601 | 11128 Magnolia | Net Net | 6000 | 9/15/2008 | 12/31/2019 |
| Argosy Education Group, LLC | The Art Institute of California - San Diego | 7650 Mission Valley Road | San Diego | CA | 92108 | HG Fenton Property | Triple Net | 75000 | 10/1/2002 | 9/30/2022 |
| Argosy Education Group, LLC | The Art Institute of California - San Diego | 7675 Mission Valley Road | San Diego | CA | | US UNIVERSITY | Gross | 1525 | 7/1/2016 | 9/30/2019 |
| Argosy Education Group, LLC | Argosy University - Orange County | 3601 W. Sunflower Avenue | Santa Ana | CA | 92704 | Sunflower Art LLC | Triple Net | 53484 | 7/1/2000 | 6/30/2020 |
| Argosy Education Group, LLC | Argosy University - Tampa Campus | 1403 North Howard Avenue | Tampa | FL | 33607 | Historic Berriman- | Modified Gross | 32002 | 1/1/2009 | 12/31/2018 |
| Argosy Education Group, LLC | Argosy University - Atlanta Campus | 980 Hammond Drive | Atlanta | GA | 30328 | U.S. REIF Lakeside | Modified Gross | 61370 | 1/1/2005 | 12/31/2024 |
| Argosy Education Group, LLC | Argosy University - Hilo | 1266 Kamehmeha Highway | Hilo | HI | 96720 | Yamanaka | Net Net | 857 | 8/1/2007 | 9/30/2018 |
| Argosy Education Group, LLC | Argosy University - Honolulu Campus | 1001 Bishop Street | Honolulu | HI | 96813 | Douglas Emmett | Triple Net | 17098 | 9/1/2000 | 3/31/2021 |
| Argosy Education Group, LLC | Argosy University - Honolulu Campus | 1003 Bishop Street | Honolulu | HI | 96813 | Douglas Emmett | Triple Net | 5275 | 2/1/2011 | 3/31/2021 |
| Argosy Education Group, LLC | Argosy University - Honolulu Campus | 1001 Bishop Street | Honolulu | HI | 96813 | Douglas Emmett | Gross | 262 | 8/1/2007 | 3/31/2021 |
| Argosy Education Group, LLC | Argosy University - Honolulu Campus | 270 Hookahi Street | Wailuku | HI | 96793 | Maui Variety | Triple Net | 542 | 12/1/2009 | 11/30/2018 |
| Argosy Education Group, LLC | Argosy University - Chicago Campus | 225 North Michigan Avenue | Chicago | IL | 60601 | Michigan Plaza LLC | Modified Gross | 49153 | 4/1/2008 | 3/31/2019 |
| Argosy Education Group, LLC | Argosy University - Twin Cities Campus | 1515 Central Parkway | Eagan | MN | 55121 | Ed Landlord Four | Triple Net | 88165 | 12/5/2012 | 12/31/2027 |
| Argosy Education Group, LLC | Argosy University - Washington DC Campus | 1550 Wilson Boulevard | Arlington | VA | 22209 | 1550 and 1560 | Modified Gross | 33065 | 7/1/2008 | 12/31/2023 |
| The Art Institute of Las Vegas, | The Art Institute of Las Vegas | 2350 Corporate Circle | Henderson | NV | 89074 | Buchanan Street | Modified Gross | 44801 | 12/31/2001 | 12/31/2024 |
| The Art Institute of Seattle, Inc. | The Art Institute of Seattle | 2323 Elliott Avenue | Seattle | WA | 98121 | 2323 Elliott Avenue | Triple Net | 72180 | 10/24/2012 | 10/23/2025 |
| Art Institute of Seattle, Inc | The Art Institute of Seattle | 2601 Elliott Avenue | Seattle | WA | 98121 | I&G Direct Real | Triple Net | 34560 | 10/1/2013 | 9/30/2019 |
| Dream Center Education | Shared Services - Chandler | 1255 South Spectrum Boulevard | Chandler | AZ | 85286 | Douglas Allred | Modified Gross | 100885 | 1/29/2011 | 1/31/2022 |
| Dream Center Education | DC Argosy University, Phoenix | 2222 W. Dunlap Avenue | Phoenix | AZ | 85021 | Concorde Office, | Modified Gross | 78616 | 10/1/2018 | 3/31/2028 |
| Dream Center Education | DCEH - Corporate (Data Center) | 615 McMichael Road | Pittsburgh | PA | 15205 | Sampson Morris | Modified Gross | 41367 | 4/1/2010 | 3/31/2025 |
| Dream Center Education | Shared Services - Pittsburgh (Penn Ave) & Art | 1250, 1400 Penn Avenue | Pittsburgh | PA | 15222 | The Buncher | Modified Gross | 94942 | 11/1/2005 | 11/30/2020 |
| South University of Michigan, | South University - Novi Campus | 41555 Twelve Mile Road | Novi | MI | 48377 | HEFCO | Triple Net | 40386 | 10/1/2010 | 9/30/2022 |
| South University of Ohio LLC | South University - Cleveland Campus | 4743 Richmond Road | Warrensville | OH | 44128 | Hemingway at | Triple Net | 40000 | 4/22/2011 | 1/31/2024 |
| WSU of Southern CA | Argosy University - Irvine Campus | 1 Banting Drive | Irvine | CA | 92618 | CSU Fullerton | Triple Net | 60000 | 1/15/2016 | 1/14/2021 |