Mark E. Dottore, Receiver
United States District Court
Northern District of Ohio Eastern Division
Dream Center/ Argosy Weekly Cash Flow
Receiver Post Argosy Plan
Case No. 1:19cv145

3/6/2019

| Week of | 3/4/2019 | 3/11/2019 | 3/18/2019 | 3/25/2019 | 4/1/2019 | 4/8/2019 | 4/15/2019 | 4/22/2019 | 4/29/2019 |
|---|---|---|---|---|---|---|---|---|---|
| Beginning Balance | $ 1,072,000 | $ 706,000 | $ 753,000 | $ 310,600 | $ 807,600 | $ 715,200 | $ 1,140,200 | $ 1,062,800 | $ 1,224,800 |
| **Receipts** | | | | | | | | | |
| Title IV | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| VA | $ 200,000 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Student Payments | $ 100,000 | $ 50,000 | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| AI Reimbursement | | $ 1,100,000 | $ - | $ 1,000,000 | $ - | $ 800,000 | $ - | $ 700,000 | $ - |
| South Reimbursement | | $ 1,100,000 | $ - | $ 1,000,000 | $ - | $ 800,000 | $ - | $ 700,000 | $ - |
| Stipends | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Refunds | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Net Receipts** | $ 300,000 | $ 2,250,000 | $ - | $ 2,000,000 | $ - | $ 1,600,000 | $ - | $ 1,400,000 | $ - |
| **Disbursements** | | | | | | | | | |
| Payroll | $ 95,000 | $ 1,500,000 | $ 20,000 | $ 1,000,000 | $ 20,000 | $ 1,000,000 | $ 20,000 | $ 1,000,000 | $ 20,000 |
| Payroll Tax | $ 266,000 | $ 240,000 | $ 2,400 | $ 120,000 | $ 2,400 | $ 120,000 | $ 2,400 | $ 120,000 | $ 2,400 |
| Benefits | $ 205,000 | $ 50,000 | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Rent/Facilities | | $ 63,000 | $ - | $ 63,000 | $ - | $ - | $ - | $ 63,000 | $ - |
| IT | | $ 200,000 | $ 400,000 | $ 300,000 | $ 50,000 | $ 50,000 | $ 50,000 | $ 50,000 | $ 50,000 |
| Other AP | | $ 100,000 | $ 20,000 | $ 20,000 | $ 20,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 |
| TSA (Argosy) | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Candlewood Loan Payment | $ 100,000 | $ 50,000 | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Net Disbursements** | $ 666,000 | $ 2,203,000 | $ 442,400 | $ 1,503,000 | $ 92,400 | $ 1,175,000 | $ 77,400 | $ 1,238,000 | $ 77,400 |
| **Net Cash Flow** | $ (366,000) | $ 47,000 | $ (442,400) | $ 497,000 | $ (92,400) | $ 425,000 | $ (77,400) | $ 162,000 | $ (77,400) |
| **Ending Balance** | $ 706,000 | $ 753,000 | $ 310,600 | $ 807,600 | $ 715,200 | $ 1,140,200 | $ 1,062,800 | $ 1,224,800 | $ 1,147,400 |
| Cash Held in Reserve by Receiver not included in oerating budget above | $ 1,500,000 | $ 1,500,000 | $ 1,500,000 | $ 1,500,000 | $ 1,500,000 | $ 1,500,000 | $ 1,500,000 | $ 1,500,000 | $ 1,500,000 |

Cash Increase $ 75,400

Mark E. Dottore, Receiver
United States District Court
Northern District of Ohio Eastern Division
Receiver's Post Argosy Plan
Case No. 1:19cv145

### Receiver's Post Argosy Plan

| | |
|---|---:|
| Payroll | $ 2,040,000 |
| Payroll Taxes | 244,800 |
| Rent | 63,000 |
| Security, maintenance insurance, cleaning, utilities | 100,000 |
| IT expense | 250,000 |
| Office and miscellaneous | 20,000 |
| | $ 2,717,800 |

(actual expense to be shared by South and AI)

**Notes:/Assumptions**

1) South and AI share in actual expenses monthly to keep data center and services running

2) Argosy and DCEH AI students bridged to other programs, Argosy closed 3/8/19

3) Pittsburgh data center reamins as only facility in use as of 3/11/19

4) DCEH payroll reduced to $2,000,000 per month (payroll was in excess of $6,000,000 per month in January.

5) Employee health care and benefits not included, Receiver working to get new coverage

6) No Title IV funds will be available

7) Does not include professional fees.

**Summary of Siginificant Liabiities**

1) Health Care claims for 2018 and January and February, 2019 = $6,000,000

2) Past due rent, pre receiver $13,000,000. February rent unpaid $6,000,000

3) Accounts Payable Dream Centers $12,000,000, Argosy $13,000,000 includes $5,000,000 to IT vendors who have threatened to shut down data center

4) Student Stipends $16,000,000 pre receiver balance

5) Argosy payroll and payroll taxes for pay period 3/8/19, $1,800,000 unpaid