UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DIGITAL MEDIA SOLUTIONS, LLC, | : | Case No. 1:19-CV-145 |
| | : | |
| Plaintiff, | : | |
| | : | JUDGE DAN AARON POLSTER |
| v. | : | |
| | : | MAGISTRATE JUDGE |
| SOUTH UNIVERSITY OF OHIO, LLC., et al., | : | THOMAS M. PARKER |
| | : | |
| Defendants. | : | |

## MOTION OF DREAM CENTER SOUTH UNIVERSITY, LLC

Pursuant to Rule 24 of the Federal Rules of Civil Procedure, Dream Center South University, LLC, hereby moves this Court to intervene in this action. The reasons supporting this Motion are set forth in the accompanying Memorandum in Support. A Proposed Order Authorizing Dream Center South University, LLC to intervene is attached hereto.

Respectfully submitted,

COHEN & GRIGSBY, P.C.

By /s/ *Fridrikh V. Shrayber*

Fridrikh V. Shrayber (Ohio Bar No. 0095330)
Ingrid A. Bohme (*pro hac vice* application forthcoming)
Helen S. Ward (*pro hac vice* application forthcoming)
625 Liberty Avenue
Pittsburgh, PA  15222-3152
412-297-4900 / 412-209-0672 (Fax)
fshrayber@cohenlaw.com
ibohme@cohenlaw.com
hward@cohenlaw.com

*Attorneys for Intervenor,*
*Dream Center South University, LLC*

Dated: March 8, 2019

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of March, 2019, the foregoing *Unopposed Motion to Intervene of Dream Center South University, LLC* was filed with the Court electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ *Fridrikh V. Shrayber*
Fridrikh V. Shrayber