# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| DIGITAL MEDIA SOLUTIONS, LLC, | ) | CASE NO. 1:19-CV-145 |
| | ) | |
| Plaintiff, | ) | JUDGE DAN AARON POLSTER |
| | ) | |
| v. | ) | MAGISTRATE JUDGE THOMAS M. PARKER |
| | ) | |
| SOUTH UNIVERSITY OF OHIO, LLC, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER GRANTING DREAM CENTER SOUTH UNIVERSITY, LLC'S <u>MOTION TO INTERVENE</u>

This matter coming before the Court based on the *Unopposed Motion of Dream Center South University, LLC* (the "Motion") seeking, pursuant to Rule 24(a) of the Federal Rules of Civil Procedure to intervene in this action; and it appearing that the standards of Rule 24(a) are satisfied; it is HEREBY ORDERED THAT:

1. The Motion is granted.

2. Dream Center South University, LLC is authorized to intervene in this action pursuant to Rule 24(a) of the Federal Rules of Civil Procedure.


Dated: _____, 2019                    _____, J.