# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OHIO
# EASTERN DIVISION



| | | |
|---|---|---|
| DIGITAL MEDIA SOLUTIONS, LLC, | ) | CASE NO. 1:19-CV-145 |
| Plaintiff, | ) | JUDGE DAN AARON POLSTER |
| v. | ) | MAGISTRATE JUDGE |
| | ) | THOMAS M. PARKER |
| SOUTH UNIVERSITY OF OHIO, LLC, *et al.*, | ) | |
| Defendants. | ) | |

***PRO SE* MOTION BY [127] WESTERN STATE COLLEGE OF LAW STUDENTS FOR LEAVE TO JOIN MARINA AWED'S PRO SE MOTION TO INTERVENE [Dkt 88].**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DIGITAL MEDIA SOLUTIONS, LLC, | ) | CASE NO. 1:19-CV-145 |
| | ) | |
| Plaintiff, | ) | JUDGE DAN AARON POLSTER |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | THOMAS M. PARKER |
| SOUTH UNIVERSITY OF OHIO, LLC, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

***PRO SE* MOTION BY [127] WESTERN STATE COLLEGE OF LAW STUDENTS FOR LEAVE TO JOIN MARINA AWED'S PRO SE MOTION TO INTERVENE [Dkt 88].**

This Court granted Marina Awed's *pro se* motion to intervene on March 5, 2019. The following students (*See,* attached Exhibit A) seek leave to intervene for the same reasons set forth in that motion, and move this Court to allow them to take leave to join Marina Awed's *pro se* motion and Marina Awed does not object.

Respectfully,
/s/ MarinaAwed
Pro Se
P.O. Box 1278
Tustin, CA 92781
Phone: (310) 749-9328
E-mail: mawed@stu.wsulaw.edu

1