IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DIGITAL MEDIA SOLUTIONS, LLC, | ) | Case No. 1:19-cv-145 |
| | ) | |
| Plaintiff, | ) | JUDGE DAN AARON POLSTER |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | THOMAS M. PARKER |
| SOUTH UNIVERSITY | ) | |
| OF OHIO, LLC, *et al.* | ) | **SUPPLEMENT TO** |
| | ) | **ORDER TO SHOW CAUSE** |
| Defendants. | ) | |

In light of information disclosed in the hearing on March 8, 2019, the court hereby supplements its order to show cause as follows:

DCEH Holdings, LLC is ORDERED to produce, at the show cause hearing on March 11, 2019, the DCEH employee(s) with knowledge of how the Title IV money described in page 11 of The First Report of the Receiver (ECF Doc. 91); and in the February 27, 2019 letter of the U.S. Department of Education to the Receiver and DCEH (ECF Doc. 98-2 at Page ID#2739); and as described by counsel for DCEH and the Receiver at the March 8, 2019 hearing, was received, reflected in accounting records, and disbursed.

The United States Department of Education is ORDERED to produce at said hearing a representative with knowledge of the foregoing.

**IT IS SO ORDERED.**

Dated: March 8, 2019

*s/Dan Aaron Polster*
Dan Aaron Polster
United States District Judge

*Thomas M. Parker*
United States Magistrate Judge