# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| DIGITAL MEDIA SOLUTIONS, LLC, | ) CASE NO. 1:19-cv-145 |
| | ) |
| Plaintiff, | ) JUDGE DAN AARON POLSTER |
| | ) |
| v. | ) MAGISTRATE JUDGE |
| | )   THOMAS M. PARKER |
| SOUTH UNIVERSITY OF OHIO, LLC, *et. al.*, | ) |
| | ) |
| Defendants. | ) |

## FOURTH SUPPLEMENT TO FIRST RECEIVER REPORT

## RESPONSE TO THE UNITED STATES DEPARTMENT OF EDUCATION LETTER OF FEBRUARY 27, 2019

Mark E. Dottore, the duly appointed and acting receiver for the Receivership Entities (the "**Receiver**"), hereby files this Fourth Supplement to his first Report (the "**First Report**")[1] to provide the Court with a copy of the letter denying Title IV funds to Argosy University (attached hereto as Exhibit A) and the Receiver's response to that letter, which is attached hereto as Exhibit B, and which will be sent via federal express overnight courier today.

---

[1] Capitalized terms used but not defined in this motion shall have the meanings given to them in the Initial Receiver Order as modified by the Clarifying Order (collectively, the "**Receiver Order**").

Date: March 8, 2019                    **WHITMER & EHRMAN LLC**

*/s/ Mary K. Whitmer*
Mary K. Whitmer (0018213)
James W. Ehrman (0011006)
2344 Canal Rd., Suite 401
Cleveland, OH 44114
Telephone: (216) 771-5056
Facsimile: (216) 771-2450
Email: mkw@weadvocate.net
           jwe@weadvocate.net

*Attorneys for the Receiver*