# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| DIGITAL MEDIA SOLUTIONS, LLC | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO 1:19-cv-145 |
| | ) | |
| v. | ) | Judge Dan Aaron Polster |
| | ) | |
| SOUTH UNIVERSITY OF OHIO, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION TO ADMIT COUNSEL PRO HAC VICE

PURSUANT TO RULE 83.5(h) of the Local Rules of the United States District Court for the Northern District of Ohio, I, Adam C. Ballinger, a member of good standing of the Bar of the State of Minnesota, hereby move for an Order allowing my admission pro hac vice as counsel for the Middle States Commission on Higher Education.

I was admitted to the Bar of the State of Minnesota on October 31, 2008, and am a member in good standing as evidenced by *Exhibit A* attached hereto and incorporated herein. I have never been disbarred, suspended or reprimanded by any court, department, bureau or Commission of any State of the United States, and there are no disciplinary proceedings against me in any State or Federal Court as of the date this Motion was filed. My declaration in support of this Motion is attached as *Exhibit A* and incorporated herein.

| | |
|---|---|
| Date: March 8, 2019 | /s/ Adam C. Ballinger<br>Adam C. Ballinger (#0389058)<br>ballingera@ballardspahr.com<br>Ballard Spahr LLP<br>2000 IDS Center<br>80 South 8th Street<br>Minneapolis, MN 55402-2119<br>T: 612.371.3211<br>F: 612.371.3207<br><br>*Attorneys for Middle States Commission on Higher Education* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 8, 2019 a copy of the foregoing was filed electronically.

Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

Parties may access this filing through the Court's system.

| | |
|---|---|
| Date: March 8, 2019 | /s/ Adam C. Ballinger<br>Adam C. Ballinger (#0389058)<br>ballingera@ballardspahr.com<br>Ballard Spahr LLP<br>2000 IDS Center<br>80 South 8th Street<br>Minneapolis, MN 55402-2119<br>T: 612.371.3211<br>F: 612.371.3207<br><br>*Attorneys for Middle States Commission on Higher Education* |