## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| DIGITAL MEDIA SOLUTIONS, LLC | )<br>)<br>) |
| Plaintiff, | ) CASE NO 1:19-cv-145<br>) |
| v. | ) Judge Dan Aaron Polster<br>) |
| SOUTH UNIVERSITY OF OHIO, LLC, et al., | )<br>)<br>) |
| Defendants. | )<br>)<br>) |

### DECLARATION OF ADAM C. BALLINGER IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE

I, Adam C. Ballinger, hereby declare that if I were called as a witness, I would testify as follows:

1. I am a member of the law of Ballard Spahr LLP.

2. I submit this declaration in support of my motion for admission to practice pro hac vice in the above-captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto I am a member in good standing of the Bar of the State of Minnesota.

4. I have never been disbarred, suspended or reprimanded by any court department, bureau or Commission of any State or the United States, and there are no pending disciplinary proceedings against me in any State or Federal Court as of the date this Motion was filed.

5. Wherefore I respectfully request that I be permitted to appear as counsel and advocate pro hac vice in this one case for the Middle States Commission on Higher Education.

DMNORTH #6631064 v1

# EXHIBIT B

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 8, 2019

_____
Adam C. Ballinger, Esq.