IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DIGITAL MEDIA SOLUTIONS, LLC, | ) | Case No. 1:19-cv-0145 |
| | ) | |
| Plaintiff, | ) | JUDGE DAN AARON POLSTER |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | THOMAS M. PARKER |
| SOUTH UNIVERSITY OF OHIO, LLC, *et al.* | ) | |
| | ) | |
| Defendants. | ) | **MINUTES OF PROCEEDINGS** |
| | ) | |

Present were:

| | |
|---|---|
| Plaintiff Digital Media | Audrey K. Bentz (by telephone) |
| Intervenor Students | Eleanor M.C. Hagan |
| | Alexander S. Elson |
| | Eric J. Rothschild |
| Intervenor Flagler | James A. Newton |
| Intervenor Buncher Company | Jared S. Roach |
| Intervenor Studio Enterprise Manager | Maria G. Carr |
| Intervenor Hemingway at Richmond | Kirk W. Roessler |
| Intervenor Marina Awed | Marina Awed, pro se (by telephone) |
| Intervenor HGF | Jeffrey C. Toole |
| Intervenor Thomas J. Perrelli, Settlement Adm. | Brian Hauck (by telephone) |
| Intervenor Dream Center South University | Ingrid A. Bohme (by telephone) |
| Interested Party/Movant: 3601 Sunflower | William J. Stavole |
| Students | Canon Thomas |
| | Suzanna Smith (by telephone) |
| | Michael Quinones (by telephone) |
| Receiver Mark E. Dottore | present with counsel |
| | James W. Ehrman |
| | Mary K. Whitmer |
| Defendant South University of Ohio | Hugh D. Berkson |
| | Robert T. Glickman |
| Defendant DCEH Education | Charles A. Nemer |

Proceedings: On March 8, 2019, the court conducted a status conference requested by Emmanuel Dunagan, Robert J. Infusino, Jessica Muscari and Stephanie Porreca ("Student Intervenors"). ECF Doc. 64. The Student Intervenors' school, The Illinois Institute of Art, LLC, closed prior to the filing of this lawsuit and none of the Student Intervenors had a claim for unpaid stipends. In fact, only one of them, R.J. Infusino, has a current claim to assert against the receiver – for an unpaid tuition reimbursement credit of $5,000. Despite the minimal standing of these student intervenors, the court permitted their attorney to ask questions of the receiver and the court. Otherwise, the court instructed him to conduct discovery in the normal course of the litigation. Also addressing the court were student intervenors, Canon Thomas and Marina Awed, counsel for Hemingway of Richmond, LLC, counsel for Studio Enterprise Manager, and counsel for the receiver.

During the status conference, receiver's counsel, Mary Whitmer, stated that, on February 20, 2019, she first learned that the Title IV money that should have been disbursed to students had had been used for payroll and operating expenses. The receiver is investigating the handling of the student stipend money. The receiver currently holds 1.5 million dollars in a designated account. It is not authorized to transfer this money without prior court authorization.

**IT IS SO ORDERED.**

Dated: March 12, 2019

Time: 4 hours

Thomas M. Parker
United States Magistrate Judge