IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DIGITAL MEDIA SOLUTIONS, LLC, | ) | Case No. 1:19-cv-145 |
| | ) | |
| Plaintiff, | ) | JUDGE DAN AARON POLSTER |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | THOMAS M. PARKER |
| SOUTH UNIVERSITY OF OHIO, LLC, *et al.* | ) | |
| | ) | |
| Defendants. | ) | **ORDER** |
| | ) | |

On February 26, 2019, Settlement Administrator Thomas J. Perrelli filed a motion to intervene.  ECF Doc. 77.  The motion to intervene is hereby GRANTED.

The court hereby ORDERS Mr. Perrelli to file, not later than March 28, 2019, a list of any current obligations he contends the receiver must take in order to be in compliance with the consent judgment refer in Mr. Perrelli's motion.  Thereafter, Administrator Perrelli shall apprise the receiver of any other newly-arising obligations the receiver must meet in order to maintain compliance.  This shall be a continuing obligation so long as the receivership remains in place.

IT IS SO ORDERED.

Dated: March 12, 2019

Thomas M. Parker
United States Magistrate Judge