IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DIGITAL MEDIA SOLUTIONS, LLC | ) | CASE NO. 1:19-cv-145 |
| | ) | |
| Plaintiff, | ) | JUDGE DAN AARON POLSTER |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | THOMAS M. PARKER |
| SOUTH UNIVERISTY OF OHIO, | ) | |
| LLC, *et. al.,* | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION TO WITHDRAW PRO SE MOTION BY WESTERN STATE COLLEGE OF LAW STUDENTS DOCUMENT 129

*Pro se* Student Intervenor Marina Awed moves to withdraw the motion for leave to join 127 other law students to her intervention in order to prevent this Court from being inconvenienced by numerous calls and filings from students who seek to withdraw at this time.

March 12, 2019

Respectfully Submitted,

<u>*s/* Marina Awed</u>
*Pro Se*
P.O. Box 1278 Tustin, CA 92781
Phone: (310) 749-9328
E-mail: mawed@stu.wsulaw.edu

**CERTIFICATE OF SERVICE**

It is hereby certified that a copy of the foregoing was served upon all parties of record by the Court's electronic filing system this 26th day of February, 2019.

*s/Marina Awed*
Richard S. Gurbst
*Pro Se* Intervenor