# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| DIGITAL MEDIAL SOLUTIONS, LLC, | ) Case No. 1:19-cv-145 |
| | ) |
| Plaintiff, | ) JUDGE DAN AARON POLSTER |
| | ) |
| v. | ) MAGISTRATE JUDGE |
| | )  THOMAS M. PARKER |
| SOUTH UNIVERSITY OF OHIO, LLC, et, al., | ) |
| | ) |
| Defendants. | ) |

**MOTION OF MIDDLE STATES COMMISSION ON HIGHER EDUCATION TO INTERVENE**

Pursuant to Rule 24 of the Federal Rules of Civil Procedure, Mid-Atlantic Region Commission on Higher Education, Inc., doing business as the Middle States Commission on Higher Education hereby moves this Court to intervene in the above-captioned action. The grounds supporting this Motion are set forth in the accompanying Memorandum of Law, which includes a proposed Order granting the relief requested herein.

Date:   March 13, 2019

**BALLARD SPAHR LLP**

By: /s/ Adam C. Ballinger
Adam C. Ballinger (*pro hac vice*)
2000 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 371-6203
Facsimile:  (612) 371-3207
Email: ballingera@ballardspahr.com

**ATTORNEYS FOR MIDDLE STATES COMMISSION ON HIGHER EDUCATION**

## CERTIFICATE OF SERVICE

This is to certify that on March 13, 2019, a copy of the foregoing was electronically filed with the Clerk of the Court using the ECF system which will send notification of such filing to the attorneys of record.

By: /s/ Adam C. Ballinger