IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DIGITAL MEDIA SOLUTIONS, LLC | ) | CASE NO. 1:19-cv-145 |
| | ) | |
| Plaintiff, | ) | JUDGE DAN AARON POLSTER |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | THOMAS M. PARKER |
| SOUTH UNIVERISTY OF OHIO, LLC, *et. al.*, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION TO REQUEST OPEN PHONE LINE

*Pro Se* Western State College of Law Student Intervenor Marina Awed respectfully requests that the Court open a phone line to allow her to listen live and be heard during the March 18, 2019 hearing on the settlement agreement.

Of particular interest to Movant is paragraph 7 of the settlement agreement which includes a clause for the sale of her law school to a newly formed entity owned by EPF for $10.

March 15, 2019

Respectfully Submitted,

<u>/s/ Marina Awed</u>
*Pro Se*
P.O. Box 1278
Tustin, CA 92781
Phone: (310) 749-9328
E-mail: mawed@stu.wsulaw.edu

## **CERTIFICATE OF SERVICE**

It is hereby certified that a copy of the foregoing was served upon all parties of record by the Court's electronic filing system this 15th day of March, 2019.

*/s/ Marina Awed*
*Pro Se*
P.O. Box 1278
Tustin, CA 92781
Phone: (310) 749-9328
E-mail: mawed@stu.wsulaw.edu