IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DIGITAL MEDIA SOLUTIONS, LLC, | ) | Case No. 1:19-cv-145 |
| | ) | |
| Plaintiff, | ) | JUDGE DAN AARON POLSTER |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | THOMAS M. PARKER |
| SOUTH UNIVERSITY | ) | |
| OF OHIO, LLC, *et al.* | ) | **ORDER CONCERNING WESTERN** |
| | ) | **STATE COLLEGE OF LAW** |
| Defendants. | ) | |

The court has received a letter from the dean of the Western State College of Law at Argosy University providing his comments and insights concerning the prospect of third year law students being able to complete the current semester (ECF Doc. 168).  Some Western State third year students are close to graduation and others are not.  The dean has asserted that more than the currently available payroll funding will be necessary to permit the students who are close to graduating to complete their studies.  This conflicts with the receiver's statements at the show cause hearing held on March 11, 2019.  However, at that hearing, it was represented to the court that if anticipated funding was insufficient to permit the third-year law students to graduate, Studio Enterprise Manager, LLC intended to acquire the law school or take other steps to ensure continued operation thereof, at least through the current semester.

In light of the foregoing, the court hereby ORDERS the receiver to:

- Confer with creditors of DCEH Holdings, LLC, such as Flagler Master Fund and US Bank to determine whether additional funding can be obtained in order to permit the continued operations of the law school through the current semester.

- If additional creditor funding is not available, confer with Studio in order to move forward with Studio's acquisition of the law school.

- Report to the court, prior to the hearing currently scheduled for Monday March 18, 2019 at 1:30 p.m. as to the specific steps that will be taken to keep the law school open through the conclusion of the current semester, consistent with the parameters outlined by the dean.

The court further ORDERS a representative of Western State College of Law, preferably Dean Allen K. Easley, to participate in the hearing on Monday March 18, 2019. The law school representative may appear in person or participate by telephone.

IT IS SO ORDERED.

                                              s/Dan Aaron Polster
                                              United States District Judge

Dated: March 15, 2019

                                              Thomas M. Parker
                                              United States Magistrate Judge