IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DIGITAL MEDIA SOLUTIONS, LLC, | ) | Case No. 1:19-cv-145 |
| | ) | |
| Plaintiff, | ) | JUDGE DAN AARON POLSTER |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | THOMAS M. PARKER |
| SOUTH UNIVERSITY | ) | |
| OF OHIO, LLC, *et al.* | ) | **ORDER CONCERNING PAY** |
| | ) | **STATUS OF DCEH HOLDINGS, LLC** |
| Defendants. | ) | **EMPLOYEES** |

The court has received a communication from employees of the Art Institute of Pittsburgh, DC, LLC, asserting they've not been paid for work performed after the receiver was appointed.  As with landlords, it is the court's view that the receiver must pay the expenses of the operation of the entities in receivership, including the salaries of employees.

The receiver's prior reports and supplements have not addressed the topic of payments to employees who are performing work for entities in receivership.  The court hereby ORDERS the receiver to file forthwith – and not later than 12:00 p.m. on March 18 2019 – a report concerning:

- The pay status of all employees who have performed services for entities in receivership from January 18, 2019 to date.

- If any employees of entities in receivership have not been paid for services performed following January 18, 2019, the receiver shall report on the total shortfall in such payments and concerning his plan to make such persons whole at the earliest opportunity.

IT IS SO ORDERED.

                *s/Dan Aaron Polster*
                United States District Judge

Dated: March 15, 2019

Thomas M. Parker
United States Magistrate Judge