# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| DIGITAL MEDIA SOLUTIONS, LLC, | CASE NO. 1:19-CV-00145 |
| Plaintiff, | |
| v. | JUDGE DAN AARON POLSTER |
| SOUTH UNIVERSITY OF OHIO, LLC, *et al.*, | |
| Defendants. | MAGISTRATE JUDGE THOMAS M. PARKER |

### STUDIO ENTERPRISE MANAGER LLC'S STATEMENT REGARDING WESTERN STATE COLLEGE OF LAW

As required by this Court's order dated March 13, 2019, Studio Enterprise Manager, LLC ("Studio") hereby notifies the Court and all parties in interest that Studio or its designee will not be able to acquire the assets or any portion of Western State College of Law at Argosy University (the "Law School") despite its best efforts. Studio has been informed by the Department of Education that the Law School was previously approved as an additional location of Argosy University and relied on the Title IV eligibility of Argosy University. As a result, the Department of Education will not approve a sale of the Law School as a freestanding institution with its own Title IV eligibility.

{7964912:2 }

March 15, 2019                      Respectfully submitted,

/s/ *M. Colette Gibbons*
M. Colette Gibbons (0003095)
Scott N. Opincar (0064027)
Maria G. Carr (0092412)
Adam C. Smith (0087720)
MCDONALD HOPKINS LLC
600 Superior Ave., E., Ste. 2100
Cleveland, OH 44114
T: (216) 348-5400
F: (216) 348-5474
Email: cgibbons@mcdonaldhopkins.com
sopincar@mcdonaldhopkins.com
mcarr@mcdonaldhopkins.com
asmith@mcdonaldhopkins.com

-and-

Dianne F. Coffino (admitted *pro hac vice*)
Martin E. Beeler (admitted *pro hac vice*)
Gabriella B. Zahn-Bielski (admitted *pro hac vice*)
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Telephone: (212) 841-1000
Facsimile: (212) 841-1010
Email: dcoffino@cov.com
mbeeler@cov.com
gzahnbielski@cov.com

*Co-Counsel for Studio Enterprise Manager, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 15, 2019, a copy of the foregoing Studio Enterprise Manager LLC's Statement Regarding Western State College of Law was filed electronically. Notice of this filing will be sent to all parties by the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ *M. Colette Gibbons*
M. Colette Gibbons (0003095)

{7964912:2 }