IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DIGITAL MEDIA SOLUTIONS, LLC, | ) | Case No. 1:19-cv-145 |
| | ) | |
| Plaintiff, | ) | JUDGE DAN AARON POLSTER |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | THOMAS M. PARKER |
| SOUTH UNIVERSITY | ) | |
| OF OHIO, LLC, *et al.* | ) | **ORDER TO APPEAR AT HEARING** |
| | ) | |
| Defendants. | ) | |

Earlier today, the court issued an order (ECF Doc. 170) requiring the receiver to report on the status of the Western State College of Law at Argosy University. Among other things, the receiver was ordered to report on communications with Studio Enterprise Manager, LLC concerning its potential acquisition of the law school. The court recited Studio's statement at the court's March 11, 2019 hearing that it would acquire the law school as a part of its efforts to cooperate with the receiver and as a part of its own acquisition of assets of DCEH Holdings, LLC.

The court has now received a notice filed by Studio (ECF Doc. 175) advising that it will be unable to acquire the law school because the United States Department of Education will not permit the law school to operate as a freestanding institution with its own Title IV eligibility. Further, because the law school was approved as an additional location under Argosy University's OPE-ID, DOE's decision to cut off Title IV funding to Argosy means the law school cannot receive Title IV funds either. Apparently, absent Title IV funding, Studio and any designee would be unable to operate the law school.

Because the court finds it necessary to obtain further information concerning the foregoing, the court hereby ORDERS the United States Department of Education to produce one or more representatives with personal knowledge of the foregoing topics to participate in the hearing concerning the motion to approve the settlement agreement between the receiver and Studio, set for March 18, 2019 at 1:30 p.m. in Courtroom 18B. Because this order is issued with short notice, the court will permit DOE's representative to participate by in the hearing by telephone.

IT IS SO ORDERED.

s/Dan Aaron Polster
United States District Judge

Dated: March 15, 2019

Thomas M. Parker
United States Magistrate Judge