Gregory L. Bentley, Esq.
4631 Birch Street
Newport Beach, CA 92660
Tel.: (949) 870-3800 ext. 228
Email: gbentley@bentleymore.com

Pro se

William D. Shapiro, Esq.
893 E. Brier Drive
San Bernardino, CA 92408
Tel.: (877) 611-1529
Email: bill@wshapiro.com

Pro se

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| DIGITAL MEDIA SOLUTIONS, LLC,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>SOUTH UNIVERSITY OF OHIO, LLC, et al.<br><br>　　　　Defendants. | CASE NO. 1:19 CV 145<br><br>Assigned to United States District Judge Dan Aaron Polster and United States Magistrate Judge Thomas M. Parker<br><br>**NOTICE OF APPEARANCE AND NOTICE OF INTENTION TO BID ON PURCHASE OF ASSETS OF WESTERN STATE COLLEGE OF LAW** |

TO THE COURT:

Notice of Appearance

Gregory L. Bentley, Esq. and William D. Shapiro, Esq., both in pro se, herewith enter their appearance in this action and request copies of all pleadings, orders and other matters be sent to/served upon them. Contact information is set forth above.

Notice of Intention to Bid on Purchase of Assets of Western State College of Law

Mr. Bentley and Mr. Shapiro are both practicing lawyers in California. They are alumni of Western State College of Law ("WSCL") and very supportive of the school. Having become aware of this action through the substantial publicity it has generated and, equally as important, communications with administrators, including Dean Allen Easley, alumni, students, third party

school operators, and local Congressmembers, and having reviewed that certain Settlement Agreement dated February 27, 2019 (the "Settlement Agreement") among Mr. Dottore, the court-appointed receiver herein, and numerous other parties, a copy of which is attached hereto as Exhibit "A" and those certain Minutes of Proceedings and Order filed on March 13, 2019 (Doc. No. 162) (the "March 13 Order"), a copy of which is attached hereto as Exhibit "B," Mr. Bentley and Mr. Shapiro, request to intervene in this matter in an attempt to either directly or indirectly through an entity submit a bid to purchase the assets of WSCL pursuant to paragraph 7 of Exhibit A, and/or continue to meet with and find a suitable buyer that is afforded reasonable opportunity to conduct due diligence, and communicate with the Department of Education and ABA about the viability of the transaction.

In this regard, the Court's attention is invited to paragraph 7 of the Settlement Agreement (Exhibit "A" hereto). This paragraph references the Effective Date of the Settlement Agreement as of February 27, 2019. Based thereon, as indicated above, Mr. Bentley and Mr. Shapiro would request the opportunity to continue evaluating the viability of timely submitting an offer to purchase the assets of WSCL by March 26, 2019 which is 30 days after the Effective Date as specified in the Settlement Agreement.

Mr. Bentley and Mr. Shapiro are also aware of an issue respecting the lack of identified funds needed to pay for expenses to operate WSCL until the end of the semester. While it appears the Receiver has the funds and is ordered to pay the funds for payroll for the indicated time frame, there appears to be additional funds needed for operations. Mr. Bentley and Mr. Shapiro are also prepared to address the viability of raising necessary funds, subject to normal due diligence, with respect thereto.

<u>Request to Appear and be Heard</u>

Mr. Bentley and Mr. Shapiro respectfully request this Court's consent to appear in this matter and be heard, including the hearing set for March 18, 2019 at 1:30 p.m.

BN 35918660v2

Dated: March 15, 2019

Respectfully submitted,

/s/ Gregory L. Bentley
Gregory L. Bentley, Esq.

/s/ William D. Shapiro
William D. Shapiro, Esq.

BN 35918660v2