

March 20, 2019

Hon. Dan Aaron Polster
Carl B. Stokes United States Court House
801 West Superior Avenue, Courtroom 18B
Cleveland, Ohio 44113-1837

Dear Judge Polster,

I am writing on behalf of the WASC Senior College and University Commission (WSCUC) in regard to Joseph D. Harbaugh's letter to you dated March 19, 2019 concerning the ability of Argosy University students to find options for continuing their studies. WSCUC is the institutional accreditor for Argosy University.

As I believe you are aware, on January 19, 2019 WSCUC placed Argosy on Show Cause to explain why its accreditation should not be withdrawn. On February 26 we requested plans for student transition in the event of closure and information to determine whether Argosy's accreditation could continue. Following the abrupt closure of the schools on March 14, without plans by the receiver for transfer of programs or students to other institutions, WSCUC acted to withdraw accreditation from Argosy University. In the interest of promoting students' interest in completing their programs, WSCUC provided that "<u>Argosy's accreditation will continue to May 12, 2019 for the exclusive purposes of (1) issuing degrees to students in their final term, provided those students have been certified - by faculty employed by Argosy as of March 8, 2019 - as having completed their degree requirements and (2) providing students with access to academic transcripts and services to facilitate transfer and articulation of programs and credits to other institutions.</u>"

It would be extremely valuable for agreements to be made between Argosy and receiving institutions for those students that have not yet been provided a path toward completing their academic programs while accreditation is in place for this purpose. Where that is not possible or necessary those who are helping facilitate completions could use information on students still seeking pathways to continuing their educations.

1) We join Dean Harbaugh in emphasizing the importance of ascertaining the current state of Argosy student transfers to other academic programs. The suggested approach of obtaining a report from each of the institutions with which the Receiver arranged a transfer relationship would greatly benefit students seeking options for continuing their education, state agencies of higher education who are assisting these students, and specialized accreditation agencies who are working with receiving institutions for programs in clinical and professional programs.



2) In addition, we suggest that you direct the receiver to keep the information line for students (855.758.5660) open as long as students are continuing to call for information about transfer, transcripts, financial status, loan discharges, and other necessary information. It would be very helpful to have counts from Argosy of the number of students and their fields who are awaiting academic placements, and of those who have transferred, are seeking closed school discharges, will graduate this term, and so on.

As we have advised the receiver many times, we would welcome the opportunity to assist you in any way to help students maintain their academic pursuits and reduce further uncertainty, distress and loss.

Sincerely,

*Jamienne Studley*

Jamienne S. Studley

President

cc Mark Dottore
    Joseph Harbaugh

2