IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DIGITAL MEDIA SOLUTIONS, LLC, | ) | Case No. 1:19-cv-145 |
| | ) | |
| Plaintiff, | ) | JUDGE DAN AARON POLSTER |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | THOMAS M. PARKER |
| SOUTH UNIVERSITY | ) | |
| OF OHIO, LLC, *et al.* | ) | **SUPPLEMENT TO MINUTE ORDER** |
| | ) | **CONCERNING STUDENT** |
| Defendants. | ) | **TRANSFER ISSUES** |

The court has received a letter dated March 20, 2019 from Jamienne S. Studley, president of the WASC Senior College and University Commission, and has caused the same to be filed on the docket.  (ECF Doc. 194)

In its minute order (ECF Doc. 190) from the hearing of March 18, 2019, the court ordered the receiver to file not later than April 2, 2019 a report on his efforts to address the concerns expressed by Argosy University's board chair, Joseph D. Harbaugh.  The letter from President Studley buttresses and expands upon the specific recommendations of Mr. Harbaugh.  Considering the crucial importance of these issues, the court hereby ORDERS the receiver to include Ms. Studley's issues and suggestions in his evaluation of the best way to protect the interests of students who have been forced to transfer from now-closed Argosy and Art Institute campuses.  And the receiver's report of April 2, 2019 must address those concerns.

IT IS SO ORDERED.

*s/Dan Aaron Polster*
United States District Judge

Dated: March 21, 2019

                                                         Thomas M. Parker
                                                         United States Magistrate Judge