Exhibit #1

**Jaffke, Cheyanna**

---

| | |
|---|---|
| **From:** | _DCEH Comm |
| **Sent:** | Friday, March 15, 2019 9:32 AM |
| **Subject:** | An important update about benefits |

*Sent on behalf of Mark Dottore, Receiver for Dream Center Education Holdings*

Dear Employee,

We are continuing to experience issues with medical benefits at DCEH. Human Resources had shared previously that the DCEH pharmacy benefits provider had suspended service for its program. We have now been informed that the medical plan has been moved into a "hold" status, in which claims are not being processed. The DCEH dental and vision plans remain active at present.

We are continuing work with these providers to resolve the financial concerns that caused this issue but do not know when there may be resolution.

Given this issue, all deductions for employee benefits (with the exception of 401k), will no longer be withheld from employees' paychecks until further notice.

Thank You,
Mark Dottore
Receiver