UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DIGITAL MEDIA SOLUTIONS, LLC, | ) | CASE NO.   1:19-cv-145 |
| | ) | |
| PLAINTIFF, | ) | JUDGE DAN AARON POLSTER |
| | ) | MAGISTRATE JUDGE THOMAS PARKER |
| V. | ) | |
| | ) | |
| SOUTH UNIVERSITY OF OHIO, LLC, *et al.*, | ) | |
| | ) | |
| | ) | |
| DEFENDANTS. | ) | |

**ORDER REGARDING EMPLOYEE BEENFITS AT WESTERN STATE COLLEGE OF LAW**

This matter comes before the Court upon the motion of Cheyanna Jaffke, employee of Western State College of Law, regarding her employee benefits.

It is HEREBY ORDERED that the receiver or his agent provide Cheyanna Jaffke with the following information:

1. A letter that indicates that her employer provided health insurance has been cancelled.
2. The name of the Long-Term Disability Insurance provider and policy number as well as the last time collected premiums were transferred to the insurance provider.
3. The name of the Short-Term Disability Insurance provider and policy number as well as the last time collected premiums were transferred to the insurance provider.
4. The name of the Life Insurance provider and policy number as well as the last time collected premiums were transferred to the insurance provider.

5. The name of the Dental Insurance provider and policy number as well as the last time collected premiums were transferred to the insurance provider.
6. The name of the Vision Insurance provider and policy number as well as the last time collected premiums were transferred to the insurance provider.
7. Confirmation that all withholdings from her paycheck for her 401k has been transferred to Fidelity up to and including the March 29, 2019 paycheck.
8. A refund any money withheld from her paychecks that has not been transferred by March 26, 2019 to any insurance provider.

It is FURTHER ORDERED that the receiver or his agent will:

1. Will file the appropriate quarterly employment tax return with the Internal Revenue Service by April 15, 2019 and submit the payroll taxes withheld from Cheyanna Jaffke's paychecks to the Internal Revenue Service.
2. Will file the appropriate quarterly employment tax return with California's Franchise Tax Board by April 15, 2019 and submit the payroll taxes withheld from Cheyanna Jaffke's paychecks to the Franchise Tax Board.

Dated:_____2019

_____
JUDGE DAN ARRON POLSTER
MAGISTRATE JUDGE THOMAS PARKER