IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DIGITAL MEDIA SOLUTIONS, LLC, | ) | Case No. 1:19-cv-145 |
| | ) | |
| Plaintiff, | ) | JUDGE DAN AARON POLSTER |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | THOMAS M. PARKER |
| SOUTH UNIVERSITY | ) | |
| OF OHIO, LLC, *et al.* | ) | **ORDER** |
| | ) | |
| Defendants. | ) | |

Consistent with the Court's order directing the receiver to respond to employee inquiries within 48 hours of receipt (ECF Doc. 222) the Court hereby orders the receiver to respond to the requests for information filed by Cheyanna Jaffke (ECF Doc. 215) within 48 hours of this order. If the receiver is unable to respond to any of Ms. Jaffke's requests for information, he must provide an explanation for his inability to do so.  Ms. Jaffke's motion for updated information is GRANTED.

IT IS SO ORDERED.

*s/Dan Aaron Polster*
United States District Judge

Dated: April 2, 2019

Thomas M. Parker
United States Magistrate Judge