# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| DIGITAL MEDIA SOLUTIONS, LLC, | ) | CASE NO. 1:19-CV-145 |
| | ) | |
| Plaintiff, | ) | JUDGE DAN AARON POLSTER |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | THOMAS M. PARKER |
| SOUTH UNIVERSITY OF OHIO, LLC, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION OF AETNA LIFE INSURANCE COMPANY TO INTERVENE

Pursuant to Rule 24 of the Federal Rules of Civil Procedure, Aetna Life Insurance Company, a Connecticut corporation, hereby moves the Court to intervene in this action.  The reasons supporting this Motion are set forth in the accompanying Memorandum of Points and Authorities.  A proposed Order Authorizing Aetna Life Insurance Company, a Connecticut corporation to Intervene is attached hereto as Exhibit A.

Respectfully submitted,

Dated:  April 4, 2019

/s/ *Branden P. Moore*
Branden P. Moore  (0092716)
McGuireWoods LLP
260 Forbes Avenue, Suite 1800
Pittsburgh, PA 15222-3142
Phone: 412.667.6000
Fax: 412.667.6050
bmoore@mcguirewoods.com