# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| DIGITAL MEDIA SOLUTIONS, LLC, | : | Case No. 1:19-cv-145 |
| Plaintiff, | : | |
| vs. | : | JUDGE DAN AARAON POLSTER |
| | : | |
| SOUTH UNIVERSITY OF OHIO, LLC, et al., | : | MAGISTRATE THOMAS M. PARKER |
| Defendants. | : | |

## ORDER AUTHORIZING THE PRUDENTIAL INSURANCE COMPANY OF AMERICA TO INTERVENE

This matter having come before the Court upon the Motion to Intervene (the "Motion"), and Memorandum in Support thereof, of The Prudential Insurance Company of America ("Prudential"), seeking, pursuant to Rule 24(a) of the Federal Rules of Civil Procedure to intervene in this action; and it appearing that the standards of Rule 24(a) are satisfied, it is HEREBY ORDERED that:

1. The Motion is granted; and

2. Prudential is authorized to intervene in this action pursuant to Rule 24(a) of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

Dated: __April 5__, 2019

_[signature]_
THE HONORABLE THOMAS M. PARKER
UNITED STATES MAGISTRATE JUDGE

7540214v.1