

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Digital Media Solutions, LLC, | Civil File No. 1:19-cv-145 |
| | The Honorable Dan Aaron Polster |
| Plaintiff, | District Court Judge |
| vs. | |
| South University of Ohio, LLC, *et al.* | **DECLARATION OF IAN M. WELSH IN SUPPORT OF MOTION FOR PRO HAC VICE ADMISSION** |

I, Ian M. Welsh, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct:

1. I am seeking admission *pro hac vice* to appear and serve as counsel in the above-captioned case only;

2. I am a member in good standing with, and eligible to practice in, the following state and federal courts:

   a. State of Minnesota. Admitted to practice on October 17, 2014, Registration number 0396287.

   b. District of Minnesota. Admitted to practice on May 14, 2015. Registration number 0396287.

3. I am a member of the bar in good standing in every jurisdiction in which I am admitted to practice.

4. My full name and contact information is:

>Ian M. Welsh
>Assistant Attorney General
>Office of the Minnesota Attorney General
>445 Minnesota Street, Suite 1800
>St. Paul, Minnesota 55101-2127
>(651) 757-1018
>ian.welsh@ag.state.mn.us

5. I have never been disbarred or suspended from practice before any court, department, bureau or commission of any state or the United States.

6. I have never received any reprimand from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____
IAN M. WELSH

Subscribed and sworn to before me this

___4___ day of April, 2019.

_____
NOTARY PUBLIC

My commission expires January 31, 2020

CAROLYN M. MANTEUFFEL
NOTARY PUBLIC - MINNESOTA
My Commission Expires
January 31, 2020