# EXHIBIT C

Case: 1:19-cv-00145-DAP Doc #: 234-3 Filed: 04/05/19 1 of 4. PageID #: 4465
Case: 1:19-cv-00145-DAP Doc #: 226-3 Filed: 04/03/19 1 of 66. PageID #: 4302

1

```
 1              IN THE DISTRICT COURT OF THE UNITED STATES
                   FOR THE NORTHERN DISTRICT OF OHIO
 2                          EASTERN DIVISION

 3

 4   DIGITAL MEDIA SOLUTIONS,   )
     LLC,                       )
                                )   Magistrate Parker
 5                 Plaintiff,   )   Cleveland, Ohio
                                )
 6        vs.                   )   Civil Action
                                )   Number 1:19CV0145
 7   SOUTH UNIVERSITY OF OHIO,  )
     LLC, et al.,               )
 8                              )
                   Defendants.

 9

10
                              - - - - -
11
                  TRANSCRIPT OF PROCEEDINGS HAD BEFORE
12
                  THE HONORABLE THOMAS M. PARKER
13
                  MAGISTRATE JUDGE OF SAID COURT,
14
                     ON FRIDAY, MARCH 8, 2019
15                            - - - - -

16

17
     Official Court Reporter:    Shirle M. Perkins, RDR, CRR
18                               U.S. District Court
                                 801 West Superior, #7-189
19                               Cleveland, OH 44113-1829
                                 (216) 357-7106
20

21

22

23
     Proceedings recorded by mechanical stenography; transcript
24   produced by computer-aided transcription.

25
```

```
                 1    the Department of Education, whether those were funds that
                 2    were allocated to specific students and should be paid out.
                 3            So, Ms. Whitmer, what light can you shed based on the
                 4    further work that you have done regarding stipend funds,
      10:49:00   5    specifically?
                 6            MS. WHITMER:  Your Honor, it's a matter of
                 7    investigation.  We are going to need to really dig down into
                 8    this issue and figure out the who, the what, the when, and
                 9    the why because the fund, as we understand what happened,
      10:49:22  10    which again, is very preliminary.  We only learned of these
                11    default cases on February 20th, and we learned on February
                12    20th because two of the employees talked to us about how
                13    this had been done.
                14            So in those conversations, they described the entries.
      10:49:51  15    After I filed Docket Number 68, I had an e-mail from a
                16    student who forwarded to me his account statement, and that
                17    account statement showed the voiding of the -- of the entry.
                18    It showed the credit balance for the student, it showed the
                19    payment of the student stipend, and then it showed the
      10:50:19  20    voiding of the payment of the student stipend, and that --
                21            THE COURT:  What were the dates on the e-mail?
                22    When did those specific activities occur?
                23            MS. WHITMER:  The payment, the posting of the
                24    payment to the student was January 18th, the date that the
      10:50:44  25    Receiver was appointed.  And the voiding of the entry
```

|          |    |                                                                       |
|----------|----|-----------------------------------------------------------------------|
|          |  1 | and there was another one.  And they pretty much told us              |
|          |  2 | very forthrightly what had been happening.                            |
|          |  3 | THE COURT:  Do you have the names of those                            |
|          |  4 | individuals somewhere?                                                |
| 11:11:29 |  5 | MS. WHITMER:  Oh, yes.                                                |
|          |  6 | THE COURT:  All right.                                                |
|          |  7 | MS. WHITMER:  We can identify those people.                           |
|          |  8 | So they gave us that information, and then we realized that           |
|          |  9 | we had a very, very difficult problem at hand because it's            |
| 11:11:48 | 10 | one thing to try to get the Department of Education to relax          |
|          | 11 | its standards and allow and pay under this Heightened Cash            |
|          | 12 | Management system the student stipends or advance them when           |
|          | 13 | it wouldn't otherwise do that.  But, to try to get the                |
|          | 14 | Department of Education to pay them twice was not -- I did            |
| 11:12:12 | 15 | not recognize it then or now as a true possibility.                   |
|          | 16 | THE COURT:  All right.                                                |
|          | 17 | So let me stop you if I could.  And I appreciate what                 |
|          | 18 | you're providing us.  It's helpful information.                       |
|          | 19 | You've obviously seen the February 27th letter from                   |
| 11:12:29 | 20 | Mr. Frolo.                                                            |
|          | 21 | MS. WHITMER:  Oh, indeed.                                             |
|          | 22 | THE COURT:  It includes a number of statements                        |
|          | 23 | regarding payments or releases of funds and so forth.  What           |
|          | 24 | you're saying is consistent to a degree with what he has              |
| 11:12:45 | 25 | reported in the letter.  He indicates on February 7th the             |