UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DIGITAL MEDIA SOLUTIONS, LLC | ) | CASE NO. 1:19-cv-145 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE DAN AARON POLSTER |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | THOMAS M. PARKER |
| SOUTH UNIVERSITY OF OHIO, LLC, | ) | |
| *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

**INTERVENORS MARINA AWED, JAYNE KENNEY AND KENDRICK HARRISON'S
MOTION FOR EXPEDITED DISCOVERY OF STUDENT LOAN STIPEND
DIVERSION SCHEME**

Intervenor Marina Awed and proposed Intervenors Jayne Kenney and Kendrick Harrison[1],

present and former students at Argosy schools run by Dream Center Education Holdings (DCEH)

move for expedited discovery with respect to the diversion of student loan stipends.  No one

disputes that the federal government forwarded money to the schools and that somebody at Argosy

or DCEH took the money that these students borrowed from the federal government to pay

students' living expenses while they pursued their education.  As a result of the loss of these funds,

the students' lives and the lives of their families have been thrown into turmoil.  Thousands of

other Argosy students have suffered the same fate.  The diverted funds are not garden-variety

receivables of the insolvent Dream Center estate to be pursued over the course of an insolvency

---

[1] Ms. Kenney and Mr. Harrison have filed a motion to intervene in this receivership proceeding under separate
cover, contemporaneous with the filing of this motion.  The Receiver does not oppose that motion.

proceeding, but rather are property received by the schools <u>in trust</u> for the students, which they need to live on to complete their education.  The prospects for recovering the money will only diminish the longer it takes to determine the culprits.

Ideally, the Receiver would have investigated this theft with urgency, and promptly volunteered the information it discovered to the Court and to affected students.  That has not been his priority.  As a result, the Argosy Student Intervenors must proceed on their own, and hereby move the court to require an expedited production of relevant information to students who are directly affected, so that they can determine what remedies are available against whom for the theft of their funds.  Alternatively, intervenors request that the Court lift the stay of litigation so that they have the option to file suit against the Receiver to determine and establish the existence and location of the fees held in trust for them.

A memorandum in support is attached hereto.

Dated: April 5, 2019

Respectfully submitted,

*s/Richard S. Gurbst*

Richard S. Gurbst (Bar # 0017672)
Eleanor M. Hagan (Bar # 0091852)
SQUIRE PATTON BOGGS (US) LLP
4900 Key Tower
127 Public Square
Cleveland, Ohio  44114
Telephone: +1 216 479 8500
E-mail: *richard.gurbst@squirepb.com*

Eric Rothschild
(Admitted Pro Hac Vice)
Alexander S. Elson
(Admitted Pro Hac Vice)
NATIONAL STUDENT LEGAL DEFENSE NETWORK
1015 15th Street NW, Suite 600
Washington, DC  20005

Telephone:  +1 202 734 7495
E-mail:   *alex@nsldn.org*
          *eric@nsldn.org*

Counsel for Intervenors,
Marina Awed and Proposed Intervenors Jayne
Kenney and Kendrick Harrison

## <u>CERTIFICATE OF SERVICE</u>

It is hereby certified that on the 5th day of April, 2019, the foregoing was electronically filed through the Court's CM/ECF system, which caused the parties or counsel to be served by electronic means. The parties may access this filing through the Court's ECF system.

_s/Richard S. Gurbst_            
Richard S. Gurbst
