# EXHIBIT E

```
 1              IN THE DISTRICT COURT OF THE UNITED STATES
                   FOR THE NORTHERN DISTRICT OF OHIO
 2                         EASTERN DIVISION

 3

 4   DIGITAL MEDIA SOLUTIONS,   )
     LLC,                       )
                                )    Magistrate Parker
 5              Plaintiff,      )    Cleveland, Ohio
                                )
 6         vs.                  )    Civil Action
                                )    Number 1:19CV0145
 7   SOUTH UNIVERSITY OF OHIO,  )
     LLC, et al.,               )
 8                              )
                Defendants.
 9

10
                             - - - - -
11
                TRANSCRIPT OF PROCEEDINGS HAD BEFORE
12
                THE HONORABLE THOMAS M. PARKER
13
                MAGISTRATE JUDGE OF SAID COURT,
14
                   ON FRIDAY, MARCH 8, 2019
15                           - - - - -

16

17
     Official Court Reporter:      Shirle M. Perkins, RDR, CRR
18                                 U.S. District Court
                                   801 West Superior, #7-189
19                                 Cleveland, OH 44113-1829
                                   (216) 357-7106
20

21

22

23

24   Proceedings recorded by mechanical stenography; transcript
     produced by computer-aided transcription.
25
```

Case: 1:19-cv-00145-DAP Doc #: 236-6 Filed: 04/05/19 3 of 5. PageID #: 4526
Case: 1:19-cv-00145-DAP Doc #: 236 Filed: 04/05/19 29 of 86. PageID #: 4530

29

|   |   |
|---|---|
| 1 | the Department of Education, whether those were funds that |
| 2 | were allocated to specific students and should be paid out. |
| 3 | So, Ms. Whitmer, what light can you shed based on the |
| 4 | further work that you have done regarding stipend funds, |
| 10:49:00  5 | specifically? |
| 6 | MS. WHITMER: Your Honor, it's a matter of |
| 7 | investigation. We are going to need to really dig down into |
| 8 | this issue and figure out the who, the what, the when, and |
| 9 | the why because the fund, as we understand what happened, |
| 10:49:22 10 | which again, is very preliminary. We only learned of these |
| 11 | default cases on February 20th, and we learned on February |
| 12 | 20th because two of the employees talked to us about how |
| 13 | this had been done. |
| 14 | So in those conversations, they described the entries. |
| 10:49:51 15 | After I filed Docket Number 68, I had an e-mail from a |
| 16 | student who forwarded to me his account statement, and that |
| 17 | account statement showed the voiding of the -- of the entry. |
| 18 | It showed the credit balance for the student, it showed the |
| 19 | payment of the student stipend, and then it showed the |
| 10:50:19 20 | voiding of the payment of the student stipend, and that -- |
| 21 | THE COURT: What were the dates on the e-mail? |
| 22 | When did those specific activities occur? |
| 23 | MS. WHITMER: The payment, the posting of the |
| 24 | payment to the student was January 18th, the date that the |
| 10:50:44 25 | Receiver was appointed. And the voiding of the entry |

|             |    |                                                                    |
|-------------|----|--------------------------------------------------------------------|
|             | 1  | and there was another one. And they pretty much told us            |
|             | 2  | very forthrightly what had been happening.                         |
|             | 3  | THE COURT: Do you have the names of those                          |
|             | 4  | individuals somewhere?                                             |
| 11:11:29    | 5  | MS. WHITMER: Oh, yes.                                              |
|             | 6  | THE COURT: All right.                                              |
|             | 7  | MS. WHITMER: We can identify those people.                         |
|             | 8  | So they gave us that information, and then we realized that        |
|             | 9  | we had a very, very difficult problem at hand because it's         |
| 11:11:48    | 10 | one thing to try to get the Department of Education to relax       |
|             | 11 | its standards and allow and pay under this Heightened Cash         |
|             | 12 | Management system the student stipends or advance them when       |
|             | 13 | it wouldn't otherwise do that. But, to try to get the              |
|             | 14 | Department of Education to pay them twice was not -- I did         |
| 11:12:12    | 15 | not recognize it then or now as a true possibility.                |
|             | 16 | THE COURT: All right.                                              |
|             | 17 | So let me stop you if I could. And I appreciate what               |
|             | 18 | you're providing us. It's helpful information.                     |
|             | 19 | You've obviously seen the February 27th letter from                |
| 11:12:29    | 20 | Mr. Frolo.                                                         |
|             | 21 | MS. WHITMER: Oh, indeed.                                           |
|             | 22 | THE COURT: It includes a number of statements                      |
|             | 23 | regarding payments or releases of funds and so forth. What         |
|             | 24 | you're saying is consistent to a degree with what he has           |
| 11:12:45    | 25 | reported in the letter. He indicates on February 7th the           |

```
                1    article right now from February 8th of 2019 where he's
                2    quoted saying that he believes the money was used on
                3    payroll.
                4              MS. WHITMER:  I'm sorry?
11:37:38        5              MS. AWED:  I'm looking at an article right now
                6    where Mark Dottore is quoted as saying that the money was
                7    used on payroll, and that was February 9th.
                8              THE COURT:  I'm not sure what document you're
                9    referring to.
11:37:56       10              MR. GLICKMAN:  Judge, I think I am actually --
               11    she is, I believe, referring to an article where Mr. Dottore
               12    was asked a question about monies spent prior to the
               13    institution of the Receivership, and he opined that they
               14    must -- that they must have been used for payroll because
11:38:12       15    that was our understanding from speaking to a former DCEH
               16    officer.
               17              STUDENT:  So you guys were aware in February
               18    then?
               19              MR. GLICKMAN:  No.  We were asked -- we were
11:38:29       20    asked about monies from, what happened to money prior to the
               21    Receivership.  We knew how much money we had when we took
               22    over.  We saw that the monies that we didn't have went out
               23    to payroll.  We had no idea that this fraud was going on.
               24              MS. AWED:  Okay.
11:38:51       25              THE COURT:  Ms. Awed, any other questions from
```