# EXHIBIT F

1        UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO

2        EASTERN DIVISION

```
3      ------------------------------X
       DIGITAL MEDIA SOLUTIONS,       :   Case No. 1:19-cv-00145
4      LLC,                           :
                                      :   Cleveland, Ohio
5               Plaintiff,            :
                                      :   Monday, March 11, 2019
6          v.                         :   2:27 p.m.
                                      :
7      SOUTH UNIVERSITY OF OHIO,      :
       LLC, ET AL.,                   :
8                                     :
                Defendants.           :
9      ------------------------------X
```

10

11    TRANSCRIPT OF SHOW CAUSE HEARING PROCEEDINGS

12    BEFORE THE HONORABLE DAN AARON POLSTER

13    UNITED STATES DISTRICT JUDGE

14    And

15    BEFORE THE HONORABLE THOMAS M. PARKER

16    UNITED STATES MAGISTRATE JUDGE

17

```
18   Court Reporter:            Donnalee Cotone, RMR, CRR, CRC
                                Realtime Systems Administrator
19                              United States District Court
                                801 West Superior Avenue
20                              Court Reporters 7-189
                                Cleveland, Ohio 44113
21                              216-357-7078
                                donnalee_cotone@ohnd.uscourts.gov
22

23

24   Proceedings recorded by mechanical stenography, transcript

25   produced by computer-aided transcription.
```

1    that I've seen to build another facility and use the

2    facility that they already have, if they can make a deal

3    with the landlord.

4         To prevent recidivism out of the prison system they

14:38:58  5    have there, to train people for the casinos and jobs that

6    aren't minimum wage, they're up -- working wages.  And also

7    to train the folks that belong to the restaurant workers

8    unions and that, to train there so that they can go on to

9    greater employment.  I think it's a great idea.  That's --

14:39:15 10         THE COURT:  Who is the landlord, and is the

11   landlord getting paid?

12         MR. DOTTORE:  Right now, the landlord is not

13   getting paid.  But from what I understand, the Save

14   Las Vegas folks offered to pay the landlord, even the back

14:39:28 15   rent over a period of -- the back rent over a slow period of

16   time, and the go-forward rent going forward from now.

17         THE COURT:  Well, part of the problem -- let

18   me just say, part of the problem is that it's come to our

19   attention that during the term of this receivership, schools

14:39:49 20   have been continuing to operate, and the landlords haven't

21   been getting paid.  All right?  I don't think that's fair or

22   appropriate.  It's got to stop.

23         So, I mean, one way or another, we got to either close

24   this place, someone has got to buy it, or if it's operating,

14:40:08 25   the landlord needs to get paid.

                    1    time the money was received from DOE?

                    2              MR. DOTTORE:  I'm going to let my CFO speak to

                    3    that.  Because after we became alerted that the student

                    4    stipends weren't paid, before we sent the paperwork on, we

    15:49:36   5    started to do an investigation.  And he did the

                    6    investigation.  That's Mr. Linscott.

                    7              THE COURT:  All right.

                    8              MR. LINSCOTT:  Dave Linscott from Dottore

                    9    Companies.

    15:49:46   10             THE COURT:  Yes, Mr. Linscott.

                    11             MR. LINSCOTT:  When we arrived in Pittsburgh

                    12   after our appointment, we began to look at a cash flow

                    13   model, a business -- determining if the business was viable

                    14   to continue.

    15:50:01   15       As we were putting together our cash flow models, we

                    16   started asking questions about, How does your revenue come

                    17   in?  When does the Title IV money come in?  Are we going to

                    18   have enough cash to make it through next week and the rest

                    19   of the semester?

    15:50:20   20       And it was explained to us at that time, that there

                    21   were 28 to $30 million of funding available at the

                    22   department.

                    23       Of that 28 to 30 million, there was 13 to 16 million

                    24   of stipends that would have to be paid out of those funds.

    15:50:42   25       So at that point in time, we associated this large

1    stipend balance to future funding requests.

2        We later, a couple of weeks later, as we continued to

3    investigate this, because the receiver was asking me, The

4    department says these stipends were already paid.  The

15:51:15 5    stipends were already paid.  Get to the bottom of it.

6        As I began to dig into that, we found out that the 13

7    million of outstanding stipends related to periods November,

8    December, January, pre-receiver, and that these amounts had

9    been growing for the past several months.

15:51:40 10            THE COURT:  So you're saying you found the $13

11    million of stipends that the schools had represented to DOE

12    as having been paid to students, in fact, were not paid to

13    students?

14            MR. LINSCOTT:  Yes.

15:52:06 15            THE COURT:  Were you able to determine where

16    the money went?

17            MR. LINSCOTT:  I have not tried to trace

18    dollars and perform a --

19            THE COURT:  Well, did it appear to go into the

15:52:23 20    school's operations?  Or did you find money going --

21            MR. LINSCOTT:  It appeared to go --

22            THE COURT:  -- you know, going, I'll say, out

23    to individuals or non-school entities?

24            MR. LINSCOTT:  One of our challenges was, the

15:52:38 25    financial reporting accounting group at the schools had left

1    at the end of December.  So there were no accounting people,

2    no financial reporting people in place when the receiver

3    arrived and was appointed.

4         Just -- and I haven't looked into this, but the money

15:53:03  5    went --

6                   THE COURT:  All right.  So you couldn't tell?

7    You don't know where it went?

8                   MR. LINSCOTT:  That's correct.

9                   THE COURT:  All right.  You just know it

15:53:14 10    was -- that the school had represented to DOE that they had

11    paid it to the -- they had paid the stipends to the student,

12    which they're required to do.  The money came in from

13    DO -- it did come in then from DOE, but, in fact, the money

14    hadn't gone to the students?

15:53:33 15                   MR. LINSCOTT:  Correct.

16                   THE COURT:  All right.  And it was November,

17    December, and the first part of January before the

18    receivership.  All right.

19         All right.  Mr. Dottore, you told the DOE on --

15:53:54 20    Mr. Frola on February 7th, that there were 16 million in

21    unpaid stipends.

22         Is that the 13 million plus the 2.8 that came in

23    January 29th?  Or -- I'm just trying to get the discrepancy

24    between Mr. --

15:54:10 25                   MR. DOTTORE:  At the time, I believed it was

1    $13 million.  I was told -- or to the best of our ability to

2    inform this.  You have to understand, Your Honor, we had to

3    go to people who were nonfinancial people to try and piece

4    this together.

15:54:25  5            MR. LINSCOTT:  Your Honor, the 13 million did

6    not include the stipends due to the law school students.  So

7    as we dug into this, the number kept growing because it

8    didn't include the law school, and that was another

9    3 million.

15:54:43  10            THE COURT:  Okay.  All right.  So you found

11   another 3 million that was owed to law schools?

12            MR. GLICKMAN:  Judge, Rob Glickman.

13        I don't mean to interrupt.

14        Dave Linscott is a CPA and a certified fraud examiner.

15:54:57  15   He's as diligent in this type of investigation as anyone

16   I've worked with.

17        I will tell you, this really is going to require a

18   deep-dive forensic accounting.  It's --

19            THE COURT:  Oh, I'm well aware of that.  I --

15:55:10  20   and I'll need to decide what to do.

21            MR. GLICKMAN:  I'm very nervous to try to tell

22   the Court one thing when we really haven't conducted a full

23   investigation.

24            THE COURT:  No.  I've got the information.

15:55:19  25        Mr. Linscott determined that representations had been