UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DIGITAL MEDIA SOLUTIONS, LLC, | : | Case No. 1:19-CV-145 |
| | : | |
| Plaintiff, | : | |
| v. | : | JUDGE DAN AARON POLSTER |
| | : | |
| SOUTH UNIVERSITY OF OHIO, LLC., et al., | : | MAGISTRATE JUDGE |
| | : | THOMAS M. PARKER |
| Defendants. | : | |
| | : | |

## DREAM CENTER SOUTH UNIVERSITY, LLC'S
## MOTION FOR CLARIFICATION ON PAYMENT TERMS

Intervenor Dream Center South University, LLC ("South"), by and through its undersigned counsel, files this Motion for Clarification of Payment Requirements relating to the Court's March 19, 2019 Order (ECF 190).  South requests that the Court enter an order in substantially the same form as the Proposed Order attached hereto for all the reasons set forth in the Brief in Support being filed contemporaneously herewith.

          Respectfully submitted,

          COHEN & GRIGSBY, P.C.
          By: */s/ Ingrid A. Bohme*
          Fridrikh V. Shrayber (Ohio Bar No. 0095330)
          Ingrid A. Bohme (admitted *pro hac vice*)
          Morgan J. Hanson (admitted *pro hac vice*)
          Helen S. Ward (admitted *pro hac vice*)
          625 Liberty Avenue
          Pittsburgh, PA  15222-3152
          412-297-4900 / 412-209-0672 (Fax)
          fshrayber@cohenlaw.com
          ibohme@cohenlaw.com
          mhanson@cohenlaw.com
          hward@cohenlaw.com

Dated: April 8, 2019           *Attorneys for Intervenor,*
          *Dream Center South University, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of April, 2019, the foregoing *Motion for Clarification of Payment Requirements* was filed by Dream Center South University, LLC with the Court electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system. Parties identified as not receiving electronic filing notifications will be served by U.S. First Class Mail.

/s/ *Ingrid A. Bohme*