# EXHIBIT 1

**From:** Papp, John
**Sent:** Wednesday, March 13, 2019 5:01 PM
**To:** Caruso, James; Eric Russell; Yevstifeyev, Denis A.
**Cc:** Moore, Greg
**Subject:** RE: 3.15.19 Payroll funding request

Approved

**From:** Caruso, James
**Sent:** Wednesday, March 13, 2019 4:59 PM
**To:** Eric Russell; Yevstifeyev, Denis A.; Papp, John
**Cc:** Moore, Greg
**Subject:** RE: 3.15.19 Payroll funding request

I'll update my files based on the split below.  Thanks Eric.

Below is the updated funding request including garnishment:

|            | DCEH Total   | Ai Portion   | SU Portion   |
|------------|--------------|--------------|--------------|
| Payroll    | $ 470,774.47 | $ 152,530.93 | $ 318,243.54 |
| Payroll Tax| $ 178,648.01 | $  57,881.96 | $ 120,766.05 |
| Garnishment| $     887.57 | $     287.57 | $     600.00 |
| HSA        | $        -   | $        -   | $        -   |
| FSA        | $        -   | $        -   | $        -   |
| Total      | $ 650,310.05 | $ 210,700.45 | $ 439,609.59 |

Thanks,
Jim

**From:** Eric Russell [mailto:erussell@studioenterprise.com]
**Sent:** Wednesday, March 13, 2019 4:37 PM
**To:** Caruso, James; Yevstifeyev, Denis A.; Papp, John
**Subject:** RE: 3.15.19 Payroll funding request

I didn't see Jim's email.

The agreed to split was 67.6/32.4, so it is slightly different.

The amounts would be:

|            | SU        | Ai        | Total     |
|------------|-----------|-----------|-----------|
|            | 67.6%     | 32.4%     |           |
| Payroll    | 318,243.54| 152,530.93| 470,774.47|
| Payroll Tax| 120,766.05|  57,881.96| 178,648.01|
| Garnishment|    600.00 |    287.57 |    887.57 |
| Total      | 439,609.59| 210,700.46| 650,310.05|

**From:** Caruso, James <jcaruso@dcedh.org>
**Sent:** Wednesday, March 13, 2019 1:33 PM
**To:** Yevstifeyev, Denis A. <dyevstifeyev@aii.edu>; Eric Russell <erussell@studioenterprise.com>; Papp, John <jpapp@southuniversity.edu>
**Subject:** RE: 3.15.19 Payroll funding request

It's slightly different (67% & 33% vs. 67.6% & 32.4%).


Thanks,
Jim

**From:** Yevstifeyev, Denis A.
**Sent:** Wednesday, March 13, 2019 4:31 PM
**To:** Eric Russell (erussell@studioenterprise.com); Papp, John
**Cc:** Caruso, James
**Subject:** FW: 3.15.19 Payroll funding request

Eric,

I just approved this. Is this the same?

**From:** Caruso, James
**Sent:** Wednesday, March 13, 2019 4:29 PM
**To:** Papp, John; Yevstifeyev, Denis A.
**Cc:** dave@dottoreco.com; Moore, Greg
**Subject:** RE: 3.15.19 Payroll funding request

John/Denis,

Please approve Ai/SU split funding request for the DCEH portion below (based on 67% South, 33% Ai):

|  | DCEH Total | Ai Portion | SU Portion |
|---|---|---|---|
| Payroll | $ 470,774.47 | $ 155,355.57 | $ 315,418.89 |
| Payroll Tax | $ 178,648.01 | $ 58,953.84 | $ 119,694.17 |
| Garnishment | $ 887.57 | $ 292.90 | $ 594.67 |
| HSA | $ - | $ - | $ - |
| FSA | $ - | $ - | $ - |
| Total | $ 650,310.05 | $ 214,602.32 | $ 435,707.73 |


Thanks,
Jim

**From:** Caruso, James
**Sent:** Wednesday, March 13, 2019 3:30 PM
**To:** Carter, Stacie; Charlie Dottore; Mark Dottore; Dave Linscott; Papp, John; Yevstifeyev, Denis A.
**Cc:** Chris Brown (cbrown@colbeck.com); Eric Russell (erussell@studioenterprise.com); Haines, Nicole; Hunter, Linda; Moore, Greg; Reed, Gregory R.; Ritchie, Brian T.
**Subject:** RE: 3.15.19 Payroll funding request

All,

Please see funding request below related to all 3/15 Pay items.  We will have a 401k funding request coming later this week.  I will also be sending HSA and FSA funding requests from the 3/1 this afternoon.  I will send you individual detail of your Ed System separate from this e-mail.

*Please note - The WSU portion has already been funded through a separate approval process.*

### DCEH Total

| DCEH Total | |
|---|---:|
| Payroll | $ 470,774.47 |
| Payroll Tax | $ 178,648.01 |
| Garnishment | $ 887.57 |
| HSA | $ - |
| FSA | $ - |
| Total | $ 650,310.05 |

### Payroll and Payroll Tax Wires - (Yellow section is funding request)

| 3/15 Pay Ed System | Gross Pay | Payroll Wire | Payroll Tax Wire |
|---|---:|---:|---:|
| Ai | $ 1,187,460.72 | $ 851,405.83 | $ 323,088.80 |
| DCEH | $ 656,591.92 | $ 470,774.47 | $ 178,648.01 |
| SU | $ 2,985,292.13 | $ 2,140,445.63 | $ 812,249.56 |
| WSU | $ 141,676.10 | $ 101,581.34 | $ 38,547.77 |
| Grand Total | $ 4,971,020.87 | $ 3,564,207.27 | $ 1,352,534.14 |

| Prior Pay Ed System | Gross Pay | Payroll Wire | Payroll Tax Wire |
|---|---:|---:|---:|
| Ai | $ 1,089,679.36 | $ 764,558.18 | $ 289,953.23 |
| DCEH | $ 1,843,171.22 | $ 1,293,235.13 | $ 490,450.19 |
| SU | $ 2,748,891.19 | $ 1,928,720.79 | $ 731,453.58 |
| Grand Total | $ 7,639,841.25 | $ 5,360,387.02 | $ 2,032,888.49 |

| Variance Ed System | Gross Pay | Payroll Wire | Payroll Wire |
|---|---:|---:|---:|
| Ai | 9.0% | 11.4% | 11.4% |
| DCEH | -64.4% | -63.6% | -63.6% |
| SU | 8.6% | 11.0% | 11.0% |

### HSA & FSA

| Ed System | PDSA | PFSA | PHSA | Grand Total |
|---|---:|---:|---:|---:|
| Ai | $ 685 | $ 2,068 | $ 6,428 | $ 9,182 |
| SU | $ 4,578 | $ 6,026 | $ 16,164 | $ 26,768 |
| Grand Total | $ 5,263 | $ 8,094 | $ 22,592 | $ 35,949 |

### Garnishments

| Ed System | Garnishment Amount |
|---|---|
| Ai | $ 3,724.38 |
| DCEH | $ 887.57 |
| SU | $ 10,415.98 |
| WSU | $ 75.00 |
| **Total** | **$ 15,102.93** |

Thanks,
Jim Caruso

**From:** Carter, Stacie
**Sent:** Wednesday, March 13, 2019 2:11 PM
**To:** _CS ACH Cash Mgmt; Charlie Dottore; Mark Dottore; Dave Linscott
**Subject:** 3.15.19 Payroll funding request

Please review and approve the attached payroll funding request for 3/15/19 payroll.

Stacie Carter, PHR, SHRM-CP

Sr. Director, Human Resources
Office: 480.327.3462 | Email: stcarter@dcedh.org



DREAM CENTER EDUCATION HOLDINGS, LLC

1255 Spectrum Blvd
Chandler, AZ 85286
WWW.DCEDH.ORG

CONFIDENTIALITY NOTICE: This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to which they are addressed. If you are not the intended recipient, you may not review, copy or distribute this message. If you have received this email in error, please notify the sender immediately and delete the original message. Neither the sender nor the company for which he or she works accepts any liability for any damage caused by any virus transmitted by this email.

CONFIDENTIALITY NOTICE: This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to which they are addressed. If you are not the intended recipient, you may not review, copy or distribute this message. If you have received this email in error, please notify the sender immediately and delete the original message. Neither the sender nor the company for which he or she works accepts any liability for any damage caused by any virus transmitted by this email.