IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DIGITAL MEDIA SOLUTIONS, LLC, | ) | Case No. 1:19-cv-145 |
| | ) | |
| Plaintiff, | ) | JUDGE DAN AARON POLSTER |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | THOMAS M. PARKER |
| SOUTH UNIVERSITY OF OHIO, LLC, *et al.* | ) | |
| | ) | |
| Defendants. | ) | **ORDER** |
| | ) | |

On April 5, 2019, intervening plaintiffs, Marina Awed, Kendrick Harrison, and Jayne Kenney ("Student Intervenors") filed a motion for expedited discovery related to the receiver's forensic investigation into the missing student stipend money. ECF Doc. 236. The motion expresses the hardships the students have faced as a result of not receiving the stipends. The Student Intervenors seek a court order requiring the receiver to respond to their discovery requests on an expedited basis or, alternatively, to require the receiver to file a status report providing information he has learned in his investigation. According to the Student Intervenors, the receiver has communicated to them that investigating the student stipends is not the critical issue at the moment.

The court acknowledges the Student Intervenors' argument concerning the wrong done to the students and the hardships they have faced because of the misdirection of their stipend loans. Unfortunately, even if the court were to grant the motion for expedited discovery, the stipend money would not be available to disburse to the students. The court also understands the Student

Intervenors' desire to have frequent updates from the receiver regarding his investigation. This desire must be balanced with the numerous issues and concerns of various groups of individuals impacted by the DCEH entities having been placed in receivership. Upon due consideration, the court DENIES the Student Intervenors' motion for expedited discovery. (ECF Doc. 236). The court has granted the Student Intervenors' motion to intervene and they may conduct standard discovery in accordance with the Federal Rules of Civil Procedure.

    IT IS SO ORDERED.

Dated: April 10, 2019

                                                  Thomas M. Parker
                                                  United States Magistrate Judge