UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DIGITAL MEDIA SOLUTIONS, LLC | ) | CASE NO. 1:19-cv-145 |
| | ) | |
| Plaintiff, | ) | JUDGE DAN AARON POLSTER |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | THOMAS M. PARKER |
| SOUTH UNIVERSITY OF OHIO, LLC *et al.*, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## DECLARATION OF DREW SMITH

Drew Smith hereby declares under penalty of perjury that the following is true and correct:

1. I am a resident of the State of Ohio.

2. I make the within declaration from my own personal knowledge, and I am competent to so testify.

3. I am the Director of Infrastructure at Dream Center Education Holdings, LLC ("DCEH").

4. In addition, DCEH controls a block of IP addresses at the Shared IT Platform. Upon information and belief, these IP addresses are worth in excess of one million dollars.

5. I am aware that Studio is interested in obtaining these IP addresses.

6. On April 9, 2019, Studio's Chief Information Officer, Kelly Kantola, was on site at the Pittsburgh Shared IT Platform. I am aware that Mr. Kantola asked a DCEH employee for a login and password to access these IP addresses. He was not given this access.

I declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge, and belief.  Executed the **10th** day of April, 2019 in **Pittsburgh**, **PA**.

_____
Drew Smith