IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DIGITAL MEDIA SOLUTIONS, LLC, | ) | Case No. 1:19-cv-145 |
| | ) | |
| Plaintiff, | ) | JUDGE DAN AARON POLSTER |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | THOMAS M. PARKER |
| SOUTH UNIVERSITY OF OHIO, LLC, *et al.* | ) | |
| | ) | |
| Defendants. | ) | **ORDER** |
| | ) | |

On April 10, 2019, Aetna Life Insurance ("Aetna"), filed a motion to compel the receiver to satisfy health insurance obligations, or, in the alternative, for an order authorizing Aetna to terminate all administrative obligations and related relief. ECF Doc. 248. Within ten days of this order, the receiver must file a response to the portion of Aetna's motion to compel requesting the termination of its obligations. The receiver may respond to any argument raised in Aetna's motion, but the Court is solely interested in the termination of obligations issue at this time. In his filing, the receiver must also notify the Court if sums continue to be deducted from DCEH employees' paychecks to fund the Aetna insurance.

IT IS SO ORDERED.

Dated: April 11, 2019

*Thomas M. Parker*
United States Magistrate Judge