IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DIGITAL MEDIA SOLUTIONS, LLC, | ) | Case No. 1:19-cv-145 |
| | ) | |
| Plaintiff, | ) | JUDGE DAN AARON POLSTER |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | THOMAS M. PARKER |
| SOUTH UNIVERSITY | ) | |
| OF OHIO, LLC, *et al.* | ) | |
| | ) | **ORDER** |
| Defendants. | ) | |

On April 11, 2019, Intervenor Studio Enterprise Manager, LLC ("Studio"), filed a third status report concerning its plan for the extrication of the non-receivership Art Institute and South University campuses from the use of the DCEH IT platform by September 11, 2019.  [ECF Doc. 257](#).  Receiver Mark Dottore filed a separate status report on this issue.  [ECF Doc. 256](#).  Taken together, the two status reports reveal that the three main groups of parties – Studio (on behalf of itself and the Art Institutes "AI"), Intervenor Dream Center South University, LLC ("South University"), and the receiver – have not reached an agreement on how to discontinue the AI and South University reliance upon the DCEH IT platform.  In its order setting a deadline of April 11, 2019 within which the parties could reach an agreement on this issue, the court indicated that a failure to agree could precipitate the termination of the receivership.  Thus, a basis now exists to terminate the receivership.

However, Studio represents that South University and AI each informed Studio and the receiver that they would like to move forward with Studio's Separation Plan.  ECF Doc. 257 at 2.  South University has not filed anything in regard to this issue.  Rather than assuming Studio has accurately represented South University's position, the court hereby ORDERS South University, not later than 4:00 p.m. on April 18, 2019, to file a statement concerning its position regarding Studio's ECF Doc. 257 filing.

    IT IS SO ORDERED.

Dated: April 16, 2019

Thomas M. Parker
United States Magistrate Judge