IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DIGITAL MEDIA SOLUTIONS, LLC. | ) | CASE NO:  1:19-cv-00145 |
| | ) | |
| Plaintiff | ) | JUDGE DAN AARON POLSTER |
| | ) | MAGISTRATE JUDGE THOMAS M. PARKER |
| v. | ) | |
| | ) | |
| SOUTH UNIVERSITY OF OHIO, LLC, | ) | |
| et al. | ) | **JOURNEYED.COM, INC.'S MOTION** |
| | ) | **FOR LEAVE TO INTERVENE** |
| Defendants | ) | |

Journeyed.com, Inc., as partner and representative for Adobe Systems Incorporated, moves this Honorable Court pursuant to Civil Rule 24 to intervene as party plaintiff in order to seek relief from the stay and obtain payment for the essential services provided to the Receiver in preserving the property of the estate.

A memorandum of supporting points and the affidavit of Gregory Lamkin, president of Jouneyed.com, Inc. is attached and incorporated as if fully rewritten.  A proposed order also is provided.

01059332v1

Respectfully submitted,

NICOLA, GUDBRANSON & COOPER, LLC

　/s/ John D. Sayre　　　　　
John D. Sayre (0015191)
25 West Prospect Ave., Suite 1400
Cleveland, OH 44115
Ph: 216-621-7227
Fx:  216-621-3999
Email:  sayre@nicola.com

Attorney for Journeyed.com, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of April, 2019, a copy of the foregoing Journeyed.com, Inc.'s Motion to Intervene was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

　/s/ John D. Sayre　　　　　　
John D. Sayre (0015191)
Attorney for Journeyed.com, Inc.