IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DIGITAL MEDIA SOLUTIONS, LLC, | ) | Case No. 1:19-cv-145 |
| | ) | |
| Plaintiff, | ) | JUDGE DAN AARON POLSTER |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | THOMAS M. PARKER |
| SOUTH UNIVERSITY OF OHIO, LLC, *et al.* | ) | |
| | ) | |
| Defendants. | ) | **ORDER** |
| | ) | |

On or before April 25, 2019, Studio Enterprise Manager, LLC, must file a full set of Reorganization Agreements, including all schedules, exhibits and attachments in the captioned case.

IT IS SO ORDERED.

Dated: April 24, 2019

/s/ Thomas M. Parker
Thomas M. Parker
United States Magistrate Judge