# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| DIGITAL MEDIA SOLUTIONS, LLC, | CASE NO. 1:19-cv-145 |
| Plaintiff, | JUDGE DAN AARON POLSTER |
| v. | MAGISTRATE JUDGE THOMAS M. PARKER |
| SOUTH UNIVERSITY OF OHIO, LLC, *et. al.*, | |
| Defendants. | |

## NOTICE OF THE PAYMENT OF WAGES TO STUDENT EMPLOYEES AND ADMINISTRATIVE EMPLOYEES

Mark E. Dottore, duly appointed and acting Receiver of the Receivership Entities hereby gives notice that pursuant to the Plan for the Payment of Employees [Dkt. No. 214], he has paid all student employees and all administrative employees.

The Receiver continues his efforts to find funding to pay the faculty and dean/executive classifications and will pursue all sources of possible revenue and recovery until the receivership terminates.

Dated: May 8, 2019	Respectfully submitted,

 */s/ Mary K. Whitmer*
Mary K. Whitmer  (0018213)
James W. Ehrman  (0011006)
Robert M. Stefancin  (0047184)
WHITMER & EHRMAN LLC
2344 Canal Road, Suite 401
Cleveland, Ohio  44113-2535
Telephone: (216) 771-5056

{00021621-1 }

Telecopier: (216) 771-2450
Email: mkw@WEadvocate.net
jwe@WEadvocate.net
rms@WEadvocate.net

*Counsel for Mark E. Dottore, Receiver*

## **CERTIFICATE OF SERVICE**

In accordance with Section 1.4 of the Electronic Filing and Procedures Manual of the Northern District of Ohio and Federal Rule of Civil Procedure 5(b)(2)(E), a copy of the foregoing has been served through the Court's filing system on all counsel of record on May 8, 2019.

*/s/ Mary K. Whitmer*
Mary K. Whitmer (0018213)