IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DIGITAL MEDIA SOLUTIONS, LLC, | ) | Case No. 1:19-cv-145 |
| | ) | |
| Plaintiff, | ) | JUDGE DAN AARON POLSTER |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | THOMAS M. PARKER |
| SOUTH UNIVERSITY | ) | |
| OF OHIO, LLC, *et al.* | ) | |
| | ) | **ORDER** |
| Defendants. | ) | |
| | ) | |

On May 6, 2019, the receiver sent a letter to the court asserting that he is unable to fulfill some of his duties before May 31, 2019 and that terminating the receivership at that time will prevent the sale of the law school and the completion of teach-out periods for three other universities.

Within ten days of this order, the receiver must propose an order to modify and significantly streamline the receivership to enable it to: complete the sale of Western State College of Law; ensure that the teach-outs at South University of Ohio and South University of Michigan are being fully managed by Dream Center South University, LLC; take steps to ensure the orderly transfer of the Art Institute of Las Vegas, LLC to Save Las Vegas, all within as short a time period as possible.  Also within ten days of this order, the receiver must file a statement of financial benefits allegedly achieved through the receivership.

IT IS SO ORDERED.

Dated: May 20, 2019

Thomas M. Parker
United States Magistrate Judge