UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Digital Media Solutions, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> South University of Ohio, LLC, *et al*. | Civil File No. 1:19-cv-145 <br> The Honorable Dan Aaron Polster <br> District Court Judge <br><br> **MINNESOTA OFFICE OF HIGHER EDUCATION'S UNOPPOSED MOTION TO INTERVENE** |

Pursuant to Rule 24 of the Federal Rules of Civil Procedure, the Minnesota Office of Higher Education (OHE) hereby moves this Court to intervene in the above-captioned action. The grounds for this Motion are set forth in the accompanying Memorandum of Law, which includes a proposed Order granting OHE's requested relief.

Dated: May 24, 2019

Respectfully submitted,

KEITH ELLISON
Attorney General
State of Minnesota

/s/ Ian M. Welsh
IAN M. WELSH
Assistant Attorney General
Atty. Reg. No. 0396287

445 Minnesota Street, Suite 1800
St. Paul, Minnesota 55101-2128
(651) 757-1018
ian.welsh@ag.state.mn.us

ATTORNEY FOR MINNESOTA OFFICE
OF HIGHER EDUCATION