IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DIGITAL MEDIA SOLUTIONS, LLC, | ) | Case No. 1:19-cv-145 |
| | ) | |
| Plaintiff, | ) | JUDGE DAN AARON POLSTER |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | THOMAS M. PARKER |
| SOUTH UNIVERSITY OF OHIO, LLC, et al. | ) | |
| | ) | |
| Defendants. | ) | **ORDER** |
| | ) | |

On or before June 5, 2019, Receiver Mark Dottore ("the receiver") must file an explanation regarding the destruction of educational and training files of the Georgia School of Professional Psychology - Argosy University, Atlanta Campus. The receiver's explanation must include a statement regarding whether the unavailability of the training files is, in any way, a fault or responsibility of the students, and a statement as to whether there is any recourse available to either the receiver or the students against the entity that destroyed the student training files.

    IT IS SO ORDERED.

Dated: June 3, 2019

*Thomas M. Parker*
United States Magistrate Judge