IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DIGITAL MEDIA SOLUTIONS, LLC, | ) | Case No. 1:19-cv-145 |
| | ) | |
| Plaintiff, | ) | JUDGE DAN AARON POLSTER |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | THOMAS M. PARKER |
| SOUTH UNIVERSITY | ) | |
| OF OHIO, LLC, *et al.* | ) | |
| | ) | **ORDER** |
| Defendants. | ) | |

On May 15, 2019, Receiver Mark Dottore ("the receiver") filed a motion to approve second settlement agreement. ECF Doc. 331. The response/objection filed by Save the Art Institute of Las Vegas Limited (ECF Doc. 346) is not well taken and is overruled. Because the receiver intends to terminate its license with Adobe, the limited objection filed by Journeyed.com, Inc. (ECF Doc. 347) is moot. No other objections were filed in response to the receiver's motion to approve second settlement agreement. Moreover, the court finds the Second Settlement Agreement to have been negotiated at arms-length by parties represented by experienced legal counsel who have taken into consideration the legal rights, responsibilities and best interests of their clients and/or the entities for whom they are responsible.

Upon due consideration of the second settlement agreement and related filings, the court hereby GRANTS the receiver's motion to approve second settlement agreement. ECF Doc. 331.

IT IS SO ORDERED.

2

Dated: June 3, 2019

*s/Dan Aaron Polster*

Thomas M. Parker
United States Magistrate Judge

2