UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **DIGITAL MEDIA SOLUTIONS, LLC** | Case No. 1:19–cv–145 |
| Plaintiff, | JUDGE DAN AARON POLSTER |
| v. | MAGISTRATE JUDGE THOMAS M. PARKER |
| **SOUTH UNIVERSITY OF OHIO, LLC,** *et al.*, | |
| Defendants. | |

**AMENDMENT TO FIRST INTERIM APPLICATION OF WHITMER & EHRMAN LLC, ATTORNEYS FOR MARK E. DOTTORE, RECEIVER, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**

On May 16, 2019, Whitmer & Ehrman LLC ("**W&E**") filed the First Interim Application for Compensation and Reimbursement of Expenses [Docket no. 334] (the "**Fee Application**").[1] Upon review of the summary of the Compensation and Expenses requested by W&E, the detailed description of the services performed, and the receipts for expenses for which W&E seeks reimbursement (all of which are collectively attached to the Fee Application as Exhibit A), W&E hereby amends its request for Reimbursement of Expenses (as shown in the table on page 2 of the Fee Application) by reducing the request by $500.00 from $4,337.51 to $3,837.51.

---

[1] Capitalized terms used but not defined in this Amendment to First Interim Application of Whitmer & Ehrman LLC shall have the meanings given to them in the Fee Application and, if not defined therein, the meanings given to them in the Receiver Order.

Pursuant to this amendment, W&E seeks allowance of Compensation in the amount of $610,051.71 and Reimbursement of Expenses in the amount of to $3,837.51.

WHEREFORE, the Receiver respectfully requests that this Court enter an order approving, on an interim basis, the Fee Application as it pertains to W&E in the amount of $610,051.71 as Compensation for services rendered and $3,837.51 as Reimbursement for Expenses incurred for a total amount of $613,889.21.

Dated: June 19, 2019

Respectfully submitted,

 */s/ James W. Ehrman*
Mary K. Whitmer (0018213)
James W. Ehrman (0011006)
Robert M. Stefancin (0047184)
WHITMER & EHRMAN LLC
2344 Canal Road, Suite 401
Cleveland, Ohio 44113-2535
Telephone: (216) 771-5056
Telecopier: (216) 771-2450
Email: mkw@WEadvocate.net
           jwe@WEadvocate.net
           rms@WEadvocate.net

*Counsel for Mark E. Dottore, Receiver*