UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| DIGITAL MEDIA SOLUTIONS, LLC, | Case No. 1:19–cv–145 |
| Plaintiff, | JUDGE DAN AARON POLSTER |
| v. | MAGISTRATE JUDGE THOMAS M. PARKER |
| SOUTH UNIVERSITY OF OHIO, LLC, et al., | |
| Defendants. | |

AMENDMENT TO APPLICATION OF MARK E. DOTTORE, RECEIVER, FOR FEES AND EXPENSES FOR THE PERIOD OF JANUARY 18, 2019 THROUGH MAY 10, 2019

On May 16, 2019, Mark E. Dottore ("**Mr. Dottore**"), the duly appointed and acting receiver herein (the "**Receiver**") for the Receivership Entities (as defined in the Amended Order Appointing Receiver [Docket no. 150] (the "**Receiver Order**")), filed his Application of Mark E. Dottore, Receiver [For] Fees and Expenses For the Period of January 18, 2019 Through May 10, 2019 [Docket no. 333] (the "**Fee Application**").[1] Upon review of the summaries of the fees requested, the detailed description of the services performed, and the receipts for expenses for which the Receiver seeks reimbursement (all of which are collectively attached to the Fee

---

[1] Capitalized terms used but not defined in this Amendment to Application of Mark E. Dottore, Receiver For Fees and Expenses For the Period of January 18, 2019 Through May 10, 2019 shall have the meanings given to them in the Fee Application and, if not defined therein, the meanings given to them in the Receiver Order.

Application as Exhibit A), the Receiver hereby amends his request for Reimbursement of Expenses (as shown in the table on page 2 of the Fee Application) by reducing the request by $8,600.00 from $36,616.74 to $28,016.74. Pursuant to this amendment, the Receiver seeks allowance of Compensation in the amount of $973,672.50 and Reimbursement of Expenses in the amount of $28,016.74.

WHEREFORE, the Receiver respectfully requests that this Court enter an order approving, on an interim basis, the Fee Application as it pertains to him in the amount of $973,672.50 as Compensation for services rendered and $28,016.74 as Reimbursement for Expenses incurred for a total amount of $1,001,689.24.

Dated: June 19, 2019                     Respectfully submitted,

                                                                  /s/ James W. Ehrman
Mary K. Whitmer (0018213)
James W. Ehrman (0011006)
Robert M. Stefancin (0047184)
WHITMER & EHRMAN LLC
2344 Canal Road, Suite 401
Cleveland, Ohio 44113-2535
Telephone: (216) 771-5056
Telecopier: (216) 771-2450
Email: mkw@WEadvocate.net
         jwe@WEadvocate.net
         rms@WEadvocate.net

*Counsel for Mark E. Dottore, Receiver*