# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| DIGITAL MEDIA SOLUTIONS, LLC, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 1:19-cv-145 |
| | ) | |
| SOUTH UNIVERSITY | ) | JUDGE DAN AARON POLSTER |
| OF OHIO, LLC, *et al.* | ) | MAGISTRATE JUDGE |
| Defendants. | ) | THOMAS M. PARKER |

## UNITED STATES' STATEMENT OF INTEREST CONCERNING POTENTIAL SALE OF WESTERN STATE UNIVERSITY COLLEGE OF LAW

The United States respectfully submits this Statement of Interest, pursuant to 28 U.S.C. § 517,[1] in response to the Court's request that the United States provide a status update regarding the potential sale of the assets of Western State University College of Law ("WSCL"), a school owned indirectly by Dream Center Education Holdings LLC ("Dream Center").

The Department of Education ("Education") sent a letter to counsel for Westcliff University on June 25, 2019, which sets forth Education's position in the ongoing negotiations about this potential sale. The letter states, among other things, that if certain conditions are met, Education will release to Westcliff proceeds from a letter of credit (benefitting Education and providing, for Dream Center's regulatory obligations, limited payment assurance) in an amount equal to the actual payroll expense for WSCL faculty and staff for the month of July 2019 without requiring Westcliff to repay this sum.

---

[1] 28 U.S.C. § 517 provides that "any officer of the Department of Justice, may be sent by the Attorney General to any State or district in the United States to attend to the interests of the United States in a suit pending in a court of the United States, or in a court of a State, or to attend to any other interest of the United States."

June 25, 2019

        Respectfully submitted,

        JOSEPH H. HUNT
        Assistant Attorney General

        JUSTIN E. HERDMAN
        United States Attorney

        SUZANA K. KOCH
        Assistant United States Attorney

        <u>/s/ Danielle A Pham</u>
        RUTH A. HARVEY
        LLOYD H. RANDOLPH
        DANIELLE A. PHAM
        Attorneys
        United States Department of Justice
        P.O. Box 875, Ben Franklin Station
        Washington, D.C. 20044-0875
        Phone: (202) 514-7451
        Email: danielle.pham@usdoj.gov

        Attorneys for the United States

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 25, 2019, I electronically filed the foregoing UNITED STATES' STATEMENT OF INTEREST CONCERNING POTENTIAL SALE OF WESTERN STATE UNIVERSITY COLLEGE OF LAW with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

/s/ Danielle A. Pham
Danielle A. Pham
Trial Attorney
U.S. Department of Justice