# EXHIBIT 2

# EXHIBIT 2

ART INSTITUTE OF LAS VEGAS
Exhibit 2

Unresolved Student Complaints filed with CPE and requiring the response of Art Institute of Las Vegas

### Student # 1
Media Arts and Animation: Student reduced and then withdrew from Winter term. Student ledger indicated a refund to VA on 11/29/18 in the amount of $1,443.00 and on 2/22/19 a refund of $577.20. VA debt management has not received payment for either debt.

### Student # 2
Student ledger indicated a refund paid to VA on 4/1/19 in the amount of $2,807.40. VA debt management has not received payment for this debt. Student has been sent to debt management for these funds and is currently making payments on the debt

### Student #3
AS – Culinary Arts- Student withdrew January 30, 2019 from Winter quarter. School did not refund student the unearned tuition due back to the VA. The VA has established a student debt for the remaining cost.

### Student #4
Associate Baking and Pastries – Student withdrew during winter term. VA once shows a reduction from 9 to 6 credits. Student states that he withdrew from all classes on 3/21/19, but neither the student nor the VA has received a refund.

### Student #5
BA Fashion Design: Student withdrew during Winter term. Student has a credit balance for Winter term but did not receive the stipend. Student was charged tuition for Spring term after withdrawing in Winter.

### Student #6
BS Web Design and Interactive Media: Student reduced courses several times during the Winter quarter. Information was recorded in VA Once but no adjustments occurred to the student ledger or refunds calculated.

### Student #7
BS – Game Art and Design: Student reduced from 17 to 14 credits prior to start of Winter term. School failed to report the reduction in credits until 3/29/19 and VA has created a debt against the student in the amount of $1,443.00

### Student #8

Student is deaf and the institution has not provided sign language interpreters for the Spring semester. Institutions receiving DE Title IV are required to provide accommodation to students with documented disabilities under 34 C F R. § 104.44(d) This issue was discussed with Mr. Turbay on May 3, 2019

**Student #9**
BA – Fashion and Retail Management: Student complaint concerning not receiving stipend. Student has been owed a stipend since Fall 2018 quarter. The student received $1,540.00 on 4/8/19 but the ledger indicated the student is owed $12,075.00.

**Student #10**
AS – Culinary Arts. Complaint concerning not receiving stipend. Student is owed a stipend of $2,581.00 per the student ledger.