IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DIGITAL MEDIA SOLUTIONS, LLC | ) | Case No. 1:19-cv-145 |
| | ) | |
| Plaintiff, | ) | JUDGE DAN AARON POLSTER |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | THOMAS M. PARKER |
| SOUTH UNIVERSITY | ) | |
| OF OHIO, LLC, *et al.* | ) | |
| | ) | **ORDER** |
| Defendants. | ) | |

On June 13, 2019, Mark E. Dottore (the "receiver") filed an application to appoint Morgan Stanley Smith Barney LLC ("Morgan Stanley") to close the 401(k) Plan of Dream Center Education Holdings LLC. ECF Doc. 368. No oppositions to the receiver's application have been filed. Upon due consideration and for the reasons stated in the receiver's motion, the Court hereby authorizes the receiver to employ Morgan Stanley and its subsidiary, Graystone Consulting, to offer consulting services and to terminate the 401(k) Plan.

IT IS SO ORDERED.

Dated: July 2, 2019

*s/Dan Aaron Polster*

Thomas M. Parker
United States Magistrate Judge