IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DIGITAL MEDIA SOLUTIONS, LLC, | ) | Case No. 1:19-cv-145 |
| | ) | |
| Plaintiff, | ) | JUDGE DAN AARON POLSTER |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | THOMAS M. PARKER |
| SOUTH UNIVERSITY OF OHIO, LLC, *et al.* | ) | |
| | ) | |
| Defendants. | ) | **ORDER** |
| | ) | |

On June 21, 2019, Kimberly Milbrandt, Ashley York, Sarah Watts, and Brandy Chandler ("psychology students") filed a motion to intervene. ECF Doc. 374. As former students of the Argosy University's Georgia School of Professional Psychology, these four students seek to intervene for themselves and as "delegates of their classmates." The reason they seek to intervene is to recover destroyed training files, the subject of this Court's June 3rd order. ECF Doc. 353.

On June 24, 2019, the receiver filed a response to the psychology students' motion to intervene. ECF Doc. 375. The receiver does not object to the psychology students intervening in this action. He acknowledges that they are claimants within the Receivership Estate. However, he objects to them serving as delegates for their classmates. He argues that the psychology students have not filed any actual claims or sought leave to file a class action. The court agrees.

2

The psychology students' motion to intervene is hereby GRANTED, but they will not be permitted to serve as delegates for the other unnamed students.

IT IS SO ORDERED.

Dated: July 2, 2019

Thomas M. Parker
United States Magistrate Judge