# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| DIGITAL MEDIA SOLUTIONS, LLC, | ) | CASE NO. 1:19-cv-145 |
| | ) | |
| Plaintiff, | ) | JUDGE DAN AARON POLSTER |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | THOMAS M. PARKER |
| SOUTH UNIVERSITY OF OHIO, LLC, *et. al.*, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT MOTION OF MARK DOTTORE, RECEIVER, AND THE STATE OF NEVADA, COMMISSION ON POSTSECONDARY EDUCATION FOR AN EXTENSION OF TIME

Mark E. Dottore, (the "**Receiver**"), duly appointed and acting Receiver of the Receivership Entities, and the State of Nevada, Commission on Postsecondary Education ("**Nevada**") together file the within joint motion for an extension of time for Nevada to file a motion to lift stay. As grounds for this Motion, the Receiver and Nevada state that they have been working together to try to resolve the issues addressed in Nevada's motion to intervene [Doc. 383]. They accordingly request that this Court's order allowing Nevada until July 16 to file its motion to lift stay [Doc. 386] be modified and that Nevada be allowed to file its motion on or before **July 31, 2019**.

{01339801-1}

Dated: July 11, 2019

Respectfully submitted,

/s/ Charles A. Nemer
Robert T. Glickman (0059579)
Charles A. Nemer (0009261)
Robert R. Kracht (0025574)
Hugh D. Berkson (0063997)
Nicholas R. Oleski (0095808)
MCCARTHY, LEBIT, CRYSTAL
 & LIFFMAN CO., LPA
101 West Prospect Avenue
1800 Midland Building
Cleveland, Ohio 44115
(216) 696-1422 – Telephone
(216) 696-1210 – Facsimile
rtg@mccarthylebit.com
can@mccarthylebit.com
rrk@mccarthylebit.com
hdb@mccarthylebit.com
nro@mccarthylebit.com

*Special Counsel for the Receiver*

/s/ Robert A. Whitney (per email consent)
Aaron Ford, Attorney General, by:
ROBERT A. WHITNEY
Nevada Bar No. 8726
Office of Nevada Attorney General
555 East Washington Ave, Ste. 3900
Las Vegas, NC 89101
(702) 483-3104
rwhitne@ag.nv.gov
*Attorney for State of Nevada, Commission on Postsecondary Education*

**CERTIFICATE OF SERVICE**

The foregoing was electronically filed this 11th day of July, 2019. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Charles A. Nemer
Charles A. Nemer (0009261)