IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| DIGITAL MEDIA SOLUTIONS, LLC, ) | Case No. 1:19-cv-145 |
| ) | |
| Plaintiff, ) | JUDGE DAN AARON POLSTER |
| ) | |
| v. ) | MAGISTRATE JUDGE |
| ) | THOMAS M. PARKER |
| SOUTH UNIVERSITY OF OHIO, LLC, *et al.* ) | |
| ) | |
| Defendants. ) | **ORDER** |
| ) | |

On July 24, 2019, Receiver Mark E. Dottore ("the receiver") filed an emergency motion for an order authorizing the sale of substantially all the assets of the Western State College of Law.  ECF Doc. 398.  He also requested that the court set an expedited schedule for the notice and objection period on said motion.  ECF Doc. 399.

On July 26, 2019, the court issued an order stating that the motion for approval and expedited schedule was unnecessary.  ECF Doc. 403.  However, in an abundance of caution and in the event that any interested party has a good faith objection to the sale, the court hereby sets a deadline of **August 1, 2019 by 12:00 p.m.** for any good faith objections to be filed.

**A hearing on the receiver's emergency motion to sell substantially all  of the assets of Western State College of Law (ECF Doc. 398) is scheduled for Monday August 5, 2019 at 9:30 a.m. in Courtroom 18B before Judge Dan Aaron Polster and Magistrate Judge Thomas M. Parker.  If no objections are filed, the hearing will be cancelled.**

IT IS SO ORDERED.

Dated: July 29, 2019

                                                  Thomas M. Parker
                                                  United States Magistrate Judge