IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| DIGITAL MEDIA SOLUTIONS, LLC, | ) Case No. 1:19-cv-145 |
| | ) |
| Plaintiff, | ) JUDGE DAN AARON POLSTER |
| | ) |
| v. | ) MAGISTRATE JUDGE |
| | ) THOMAS M. PARKER |
| SOUTH UNIVERSITY OF OHIO, LLC, *et al.* | ) |
| | ) |
| Defendants. | ) **ORDER** |
| | ) |

On July 22, 2019, Receiver Mark Dottore ("the receiver") filed a motion for leave to plead in response to intervenor's complaint filed by Management Services Group, Inc. ("MSG"). ECF Doc. 393.  No oppositions have been filed in response to the receiver's motion.

The court finds that the receiver's motion for leave is well taken.  The receiver is granted until the earliest of 1) the receiver's receipt of sufficient funds to begin making distributions to creditors; 2) the Court ordering the receiver to administer a proof of claim process; or 3) the termination of the receivership to file a responsive pleading to MSG's Complaint.

IT IS SO ORDERED.

Dated: August 13, 2019

Thomas M. Parker
United States Magistrate Judge