FILED
1:24 pm Oct 07 2019
Clerk U.S. District Court
Northern District of Ohio
Cleveland

Alexandru Simon
14074 North 90th Drive
Peoria, AZ 85381
sandusimon@hotmail.com
623.680.7196

September 27th, 2019

MOTION TO INTERVENE AS INTERESTED PARTY: CASE NO. 1:19-cv-14: DIGITAL MEDIA SOLUTIONS, LLC (Plaintiff) vs. SOUTH UNIVERSITY OF OHIO, LLC, et al. (Defendants)

United States District Court
Northern District of Ohio
Eastern Division
Judge Dan Aaron Polster
Magistrate Judge Thomas M. Parker

Dear Judge Polster,

I am a former fulltime faculty Associate Professor of the Art Institute of Phoenix. I taught for this school for 22 years. I have no legal expertise, but it was suggested to me to submit this letter to represent myself in the court proceedings as a party needing redress.
I had health insurance through the school for over two decades, a self-funded insurance plan through Aetna, for which I had been paying premiums through my employment. I went into kidney failure and needed a kidney transplant on December 5, 2018, which was approved approximately 1 month prior to the date of service. My employment terminated on December 31st, 2018. My former employer entered in receivership in January of 2019. In February, I received information regarding attaining health insurance for my family and I through COBRA, for which I agreed to and started paying premiums to DCEH of $1,196.00 per month, from January through April. In April, I received a letter in the mail from the receiver, telling me about the termination of COBRA by the end of April. Also, the letter stated to stop paying COBRA premiums to my former employer. It was only at this point that I was made aware that DCEH was without funds. In June, I received a statement from Aetna showing that health claims weren't paid from back in November 2018 – leaving me with a total of $210,000 of unpaid medical bills. I would like this to be addressed. As someone whom is still recovering from a kidney transplant, having to deal with these financial and legal matters is no easy task. The best I can do is send this letter and plead that you would look into this case and grant me the opportunity to be heard.

Thank you for your consideration.

Sincerely,

Alexandru Simon