IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DIGITAL MEDIA SOLUTIONS, LLC, | ) | Case No. 1:19-cv-145 |
| | ) | |
| Plaintiff, | ) | JUDGE DAN AARON POLSTER |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | THOMAS M. PARKER |
| SOUTH UNIVERSITY OF OHIO, LLC, *et al.* | ) | |
| | ) | |
| Defendants. | ) | **ORDER** |
| | ) | |

In recent filings, the receiver has requested, and the court has approved, the right to compromise claims the receiver may have had to recover certain bond deposit funds. ECF Doc. 427, ECF Doc. 440. That filing indicated the receiver's intent to borrow $900,000 to apply toward the payment of any past due payroll expenses. Based upon prior filings, the court concluded that the receiver should have sufficient funds, when augmented by such borrowing, to make immediate payment of past due payroll expenses. However, it is also apparent that there are other large expenses that must be dealt with before the receivership can be concluded, not the least of which are the receivers fees and expenses, as reflected in the receiver's prior motions to approve the payment of the same. ECF Doc. 333, ECF Doc. 334. The court finds it necessary to require the receiver to report on the remaining known and estimated obligations of the entities in receivership. Requiring such reporting has the added benefit of increasing transparency regarding the conduct of this receivership. In light of these findings, the court hereby ORDERS the receiver to:

File a report on or before November 4, 2019 listing all obligations and accounts payable for any receivership entity reflecting any sums due. Any obligations that are known or anticipated but not yet quantified must be estimated. The report should separately identify pre-receivership and post-receivership obligations. The report should identify any entities owed rent or other real estate occupancy expenses from January 18, 2019 through the dates the receivership entities vacated the relevant premises. The report must also include a listing of pre and post receivership obligations to Buncher Company which are addressed, in part, in case number 1:19 cv 0447, *Buncher Company v. DCEH Educational Holdings, LLC*.

IT IS SO ORDERED.

Dated: October 23, 2019

*s/Dan Aaron Polster*
United States District Judge

Thomas M. Parker
United States Magistrate Judge