IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DIGITAL MEDIA SOLUTIONS, LLC, | ) | Case No. 1:19-cv-145 |
| | ) | |
| Plaintiff, | ) | JUDGE DAN AARON POLSTER |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | THOMAS M. PARKER |
| SOUTH UNIVERSITY OF OHIO, LLC, *et al.* | ) | |
| | ) | |
| Defendants. | ) | **ORDER** |
| | ) | |

On November 6, 2019, Receiver Mark E. Dottore ("the receiver") and Studio Enterprise Manager, LLC, ("Studio") filed a joint motion to authorize the sale of shared assets free and clear of liens and to approve procedures regarding access to the DCEH data ("Motion to Authorize").  ECF Doc. 446.  The Motion to Authorize states that the receiver will notify all interested parties of the motion and will file a certificate of service with the court once notice has been given.

Any and all objections to the Motion to Authorize must be filed within ten (10) days after the date on which the receiver files the certificate of service.  The Court hereby schedules a hearing on the Motion to Authorize for **December 3, 2019 at 9:00 a.m. in Courtroom 18B.**  The hearing will be cancelled if no objections are pending on the court's docket as of December 2, 2019 at 4:00 p.m.

IT IS SO ORDERED.

Dated: November 8, 2019

                                                Thomas M. Parker
                                                United States Magistrate Judge