IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| DIGITAL MEDIA SOLUTIONS, LLC, | Case No. 1:19-cv-145 |
| Plaintiff, | JUDGE DAN AARON POLSTER |
| v. | MAGISTRATE JUDGE THOMAS M. PARKER |
| SOUTH UNIVERSITY OF OHIO, LLC, *et al.* | |
| Defendants. | **ORDER** |

On or before 4:00 p.m. on November 13, 2019, Receiver Mark Dottore ("the receiver") must file a response to the corrected emergency motion to immediately enforce order surrendering possession of premises filed by Intervenor Tech Park 6, LLC.  ECF Doc. 452.

IT IS SO ORDERED.

Dated: November 12, 2019

Thomas M. Parker
United States Magistrate Judge