IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DIGITAL MEDIA SOLUTIONS, LLC, | ) | Case No. 1:19-cv-145 |
| | ) | |
| Plaintiff, | ) | JUDGE DAN AARON POLSTER |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | THOMAS M. PARKER |
| SOUTH UNIVERSITY OF OHIO, LLC, *et al.* | ) | |
| | ) | |
| Defendants. | ) | **ORDER** |
| | ) | |

On or before 4:00 p.m. on November 20, 2019, Receiver Mark Dottore ("the receiver") must file a response to the motion of Studio Enterprise Manager, LLC, ("Studio") for the entry of an order permitting South University ("South") and the Arts Institutes to assume certain employee benefit obligations which arose between January 1, 2019 through April 30, 2019 and other requested direction. ECF Doc. 449.

Unless the court is advised that Studio, the receiver and any other interested parties have resolved all issues raised in said motion, the court will conduct a hearing/status conference concerning Studio's motion on **December 3, 2019 at 9:00 a.m.,** or immediately following the hearing on the Motion to Authorize (ECF Doc. 446), if that hearing goes forward. Counsel and representatives for the receiver, Studio and South must attend the December 3rd hearing/status conference in person, which will take place in Courtroom 18B.

IT IS SO ORDERED.

Dated: November 12, 2019      *s/Dan Aaron Polster*
United States District Judge

Thomas M. Parker
United States Magistrate Judge