IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DIGITAL MEDIA SOLUTIONS, LLC, | ) | Case No. 1:19-cv-145 |
| | ) | |
| Plaintiff, | ) | JUDGE DAN AARON POLSTER |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | THOMAS M. PARKER |
| SOUTH UNIVERSITY OF OHIO, LLC, *et al.* | ) | |
| | ) | |
| Defendants. | ) | **ORDER** |
| | ) | |

On November 6, 2019, Receiver Mark E. Dottore ("the receiver") and Studio Enterprise Manager, LLC, ("Studio") filed a joint motion to authorize the sale of shared assets free and clear of liens and to approve procedures regarding access to the DCEH data ("Motion to Authorize"). ECF Doc. 446. On November 7, 2019, Save the Art Institute of Las Vegas Limited ("Save the Art") filed a response objecting to the potential impact of the sale proposed by the receiver and Studio. ECF Doc. 447. On November 12, 2019, both the receiver and Studio replied to Save the Art's response. ECF Doc. 453 and ECF Doc. 456. Both the receiver and Studio represent that Save the Art is required to work with Studio to transfer the school's data and curriculum and, to date, Save the Art has been unwilling to do so. The receiver further represents that Save the Art is not in a position to object to the sale of the assets because it has not met certain obligations to the receiver in a timely manner.

Upon review of the parties' filings, it appears that Save the Art does not have a valid objection to the sale of assets to Studio as contemplated in the joint motion filed by the receiver

and Studio.  Save the Art is hereby ordered to show cause why its response/objection should not be overruled without a hearing.  If Save the Art does not show cause on or before **November 19, 2019 at 4:00 p.m.**, its objection will be overruled without further consideration.

IT IS SO ORDERED.

Dated: November 13, 2019

                                         *s/Dan Aaron Polster*
                                         United States District Judge

                                         Thomas M. Parker
                                         United States Magistrate Judge