IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| DIGITAL MEDIA SOLUTIONS, LLC, ) | Case No. 1:19-cv-145 |
| ) | |
| Plaintiff, ) | JUDGE DAN AARON POLSTER |
| ) | |
| v. ) | MAGISTRATE JUDGE |
| ) | THOMAS M. PARKER |
| SOUTH UNIVERSITY OF OHIO, LLC, *et al.* ) | |
| ) | |
| Defendants. ) | **ORDER** |
| ) | |

On November 6, 2019, Receiver Mark E. Dottore ("the receiver") and Studio Enterprise Manager, LLC, ("Studio") filed a joint motion to authorize the sale of shared assets free and clear of liens and to approve procedures regarding access to the DCEH data ("Motion to Authorize"). ECF Doc. 446. On November 25, 2019, the California Department of Consumer Affairs "(CDCA") filed an objection to the joint motion. ECF Doc. 474. CDCA suggests that the transaction proposed in the joint motion may run afoul of California statutory and regulatory law governing postsecondary educational institution student records. ECF Doc. 467.

The court will require the receiver and Studio to file a certification of either: 1) their compliance with California law; or 2) their claim that the proposed sale of data is exempt from it. The certification must be filed on or before **4:00 p.m. on December 2, 2019.**

2

IT IS SO ORDERED.

Dated: November 26, 2019  *s/Dan Aaron Polster*

Thomas M. Parker
United States Magistrate Judge

2