IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| DIGITAL MEDIA SOLUTIONS, LLC, | Case No. 1:19-cv-145 |
| Plaintiff, | JUDGE DAN AARON POLSTER |
| v. | MAGISTRATE JUDGE THOMAS M. PARKER |
| SOUTH UNIVERSITY OF OHIO, LLC, *et al.* | |
| Defendants. | **ORDER** |

On November 27, 2019, the Nevada Commission on Postsecondary Education ("Nevada") filed a motion to lift stay. ECF Doc. 481. On or before December 9, 2019, the receiver, Mark Dottore ("the receiver") and Save the Arts Institute of Las Vegas Limited ("Save the Arts") must file a response to Nevada's motion to lift stay. The responses must include an explanation of the potential impact that lifting the stay would have on the parties' impending transaction to transfer AI Las Vegas. After considering the responses, the court will determine whether a hearing is necessary on Nevada's motion.

IT IS SO ORDERED.

Dated: December 2, 2019

*s/Dan Aaron Polster*
United States District Judge

*Thomas M. Parker*
United States Magistrate Judge