# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| DIGITAL MEDIA SOLUTIONS, LLC, | ) | Case No. 1:19-cv-145 |
| | ) | |
| Plaintiff, | ) | JUDGE DAN AARON POLSTER |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | THOMAS M. PARKER |
| SOUTH UNIVERSITY OF OHIO, LLC, *et al.* | ) | |
| | ) | |
| Defendants. | ) | **ORDER** |
| | ) | |

On or before 12:00 p.m. on December 4, 2019, Intervenors Emmanuel Dunagan, Jessica Muscari, Robert J. Infusino and Stephanie Porreca ("Dunagan Intervenors") must supplement their response (ECF Doc. 486) to Studio's motion to assume (ECF Doc. 449) to show whether any of them: (i) received institutional loans from their DCEH institution for the educational period that included January 20, 2018 through June 15, 2018, and (ii) have had any of said loan funds collected by the lending DCEH institution, its successor or Studio Enterprise Manager. Failing to make such a showing may cause the court to overrule such Dunagan Intervenors' objections to Studio's motion for lack of standing.

IT IS SO ORDERED.

Dated: December 3, 2019

*s/Dan Aaron Polster*
United States District Judge

*Thomas M. Parker*
United States Magistrate Judge