IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DIGITAL MEDIA SOLUTIONS, LLC, | ) | Case No. 1:19-cv-145 |
| | ) | |
| Plaintiff, | ) | JUDGE DAN AARON POLSTER |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | THOMAS M. PARKER |
| SOUTH UNIVERSITY | ) | |
| OF OHIO, LLC, *et al.* | ) | |
| | ) | **ORDER** |
| Defendants. | ) | |

Local Rule 66.1 related to receiverships requires the following:

(a) Inventories. Unless the Court otherwise orders, a receiver or similar officer, as soon as practicable after appointment and not later than sixty (60) days after he or she has taken possession of the estate, shall file an inventory of all the property and assets in the receiver's possession, or in the possession of others who hold possession as his or her agent, and in a separate schedule an inventory of the property and assets of the estate not reduced to possession by the receiver but claimed and held by others.

(b) Reports. Within one month after the filing of inventory and at regular intervals of one month thereafter until discharged, or at such times as the Court may direct, the receiver or other similar officer shall file reports of his or her receipts and expenditures and of acts and transactions in an official capacity.

Due to the nature of this receivership, the court has not required the receiver to strictly adhere to the timelines contemplated by the local rules. During the initial stages of the receivership, time was of the essence and the receiver was busy attempting to assess the receivership assets and obligations. Instead, the court required several informal status filings related to the financial information of the receivership. See e.g., ECF Doc. 428, ECF Doc. 458, ECF Doc. 499.

The receivership is now entering its concluding phase and it is appropriate to require compliance with Local Rule 66.1. Accordingly, within 60 days of this order, the receiver must file an inventory of all the property and assets in the receiver's possession, or in the possession of others who hold possession as his or her agent, and in a separate schedule an inventory of the property and assets of the estate not reduced to possession by the receiver but claimed and held by others.

The receiver must also file reports of his and his associates and/or agents' receipts and expenditures and of acts and transactions in an official capacity from January 31, 2019 through December 31, 2019. This report must be filed on or before **January 31, 2020**. Thereafter, the receiver must file monthly reports of his and his associates' and/or agents' receipts and expenditures and of acts and transactions in an official capacity in compliance with the requirements of Local Rule 66.1(b). The receiver will be required to file his monthly reports on the last business day of each calendar month.

On or before **January 31, 2020**, the receiver must also file an itemized list of all the actions he now contemplates taking until the termination of the receivership. This first report of remaining actions should include his plan for resolving U.S. Department of Education's requirement for close-out audits. ECF Doc. 400.

IT IS SO ORDERED.

Dated: December 11, 2019

                                                *s/Dan Aaron Polster*
                                                Thomas M. Parker
                                                United States Magistrate Judge