IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| DIGITAL MEDIA SOLUTIONS, LLC | : <br> : <br> : Case No. 1:19-cv-145 |
| Plaintiff, | : |
| vs. | : JUDGE DAN AARON POLSTER <br> : |
| SOUTH UNIVERSITY OF OHIO, LLC, *et al.* | : MAGISTRATE JUDGE THOMAS M. <br> : PARKER <br> : |
| Defendant. | : |

**INTERVENING LANDLORD, TECH PARK 6, LLC'S SECOND
EMERGENCY REQUEST FOR IMMEDIATE ENFORCEMENT
OF ORDER SURRENDERING POSSESSION OF PREMISES**

Intervenor Tech Park 6, LLC ("Tech Park"), by and through its undersigned counsel, DLA Piper LLP (US), makes this ***second emergency request***[1] for entry of an order, substantially in the form attached hereto as **Exhibit A** (the "Proposed Order"), enforcing the terms and conditions of the *Order Surrendering Possession of Premises to Intervening Landlord, Tech Park 6, LLC, Relieving Injunction and Stay as to Leased Premises and the Lease and Related Relief* [Doc. # 406] (the "Surrender Order"),[2] and granting Tech Park the following relief:

(i)  terminating the Lease and directing the surrender and return of the Leased Premises to Tech Park as of December 20, 2019 at 5:00 p.m. EST;

(ii)  relieving and terminating the injunctive provisions and stays contained in the Receiver Order and the Amended Receiver Order as against Tech Park; and

---

[1] Just over a month ago, on November 11, 2019, a similar request was required to be made by Tech Park due to the Receiver's failure to honor the terms and conditions of the Surrender Order (as defined herein) by non-payment of weekly rent. *See Intervening Landlord, Tech Park 6, LLC's Corrected Emergency Request for Immediate Enforcement of Order Surrendering Possession of Premises* [Doc. # 452] (the "Prior Emergency Request").

[2] Initially capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Surrender Order.

  (iii)  directing the Receiver to pay to Tech Park (a) all rent required to be paid to Tech Park under the Surrender Order; and (b) the amount of actual fees and expenses incurred by Tech Park in bringing the Prior Emergency Request and this emergency request based on the Receiver's serial violations of the Surrender Order.

In Support of this emergency request, Tech Park respectfully represents as follows:

  1.  In connection with the proposed sale of substantially all of the assets of the Institute other than certain assets, including the Lease, to the Buyer, Tech Park agreed to allow the Institute to continue to occupy the Leased Premises in anticipation of the Closing Date. Tech Park also agreed to work with the Buyer on a potential written agreement acceptable to Tech Park and the Buyer in their respective sole and absolute discretion for the Buyer to occupy the Leased Premises as of the Closing Date.

  2.  Such accommodations were predicated on, among other things, recognition of the Receiver's obligation to continue to pay weekly rent to Tech Park. That recognition was confirmed through inclusion of the following provision in the Surrender Order:

> In anticipation of the occurrence of the Closing Date, ***the Receiver shall continue to honor its ongoing obligation to pay rent to Tech Park in the amount of $25,000 per week*** through and including the day on which the Leased Premises are actually surrendered to Tech Park pursuant to Paragraph (2)(a) of this Order.

Surrender Order at ¶ 1 (emphasis added).

  3.  Notwithstanding Receiver's obligations under the Surrender Order, the Receiver failed to pay rent in the amount of $25,000 for use of the Leased Premised for the week of December 16, 2019 (ordinarily, payments are made on Monday of each week for the period from the prior Saturday through Friday of that same week). Telephone calls and emails from Tech Park to the Receiver's staff and from Tech Park's counsel to the Receiver's counsel have been wholly

ignored.  Tech Park was therefore left with no other option than to file this emergency request to seek this Court's intervention.

      **WHEREFORE**, in furtherance of, and compliance with, the Surrender Order, and all of the foregoing, Tech Park respectfully requests immediate entry of the Proposed Order.

Dated:   December 19, 2019      **DLA PIPER LLP (US)**

      /s/  Richard A. Chesley
      Richard A. Chesley (OH-0029442)
      Jade M. Williams (*pro hac vice* application forthcoming)
      444 West Lake Street, Suite 900
      Chicago, Illinois 60606
      Telephone:  (312) 368-4000
      Facsimile:   (312) 236-7516
      Email: richard.chesley@dlapiper.com
            jade.williams@dlapiper.com

      -and-

      Joshua D. Morse (*pro hac vice* application forthcoming)
      555 Mission Street, Suite 2400
      San Francisco, California 94105
      Telephone:  (415) 836-2500
      Facsimile:   (415) 836-2501
      Email: joshua.morse@dlapiper.com

      *Counsel for Tech Park 6, LLC*

## CERTIFICATE OF SERVICE

In accordance with Section 1.4 of the Electronic Filing and Procedures Manual of the Northern District of Ohio and Federal Rule of Civil Procedure 5(b)(2)(E), a copy of the foregoing has been served through the Court's filing system on all counsel of record on December 19, 2019.

/s/ Richard A. Chesley
Richard A. Chesley (OH-0029442)