IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| DIGITAL MEDIA SOLUTIONS, LLC, | ) |
| *Plaintiff*, | ) Case No. 1:19-cv-00145 |
| | ) |
| v. | ) Judge Dan Aaron Polster |
| | ) |
| SOUTH UNIVERSITY OF OHIO, LLC *et al.*, | ) Magistrate Judge Thomas M. Parker |
| | ) |
| *Defendants*. | ) **NOTICE OF APPEAL** |
| | ) |

Notice is hereby given that Thomas J. Perrelli, as Settlement Administrator appointed by Consent Judgment in *Kentucky v. Education Management Corporation*, No. 15-CI-1202 (Ky. Cir. Ct. Nov. 16, 2015) and related cases, hereby appeals to the United States Court of Appeals for the Sixth Circuit from this Court's order at Dkt. No. 501 granting, among other things, permanent injunctive relief against the Settlement Administrator, entered in this action on the 5th day of December, 2019.

DATED: January 2, 2020

Respectfully submitted,

/s/ Brian Hauck
Brian Hauck (appearing *pro hac vice*)
Jenner & Block LLP
633 West 5th Street
Suite 3600
Los Angeles, CA 90071
bhauck@jenner.com
Telephone: (213) 239-2244
Facsimile: (213) 239-5199

1

Thomas J. Perrelli (appearing *pro hac vice*)
Jenner & Block LLP
1099 New York Avenue, NW
Washington, DC 20001
tperrelli@jenner.com
Telephone: (202) 639-6004
Facsimile: (202) 639-6066

Grant J. Keating (#0079381)
Richard N. Selby, II (#0059996)
DWORKEN & BERNSTEIN CO., L.P.A.
60 South Park Place
Painesville, Ohio 44077
(440) 352-3391 | (440) 352-3469 Fax
Email: gkeating@dworkenlaw.com
rselby@dworkenlaw.com

*Attorneys for Intervenor Thomas J. Perrelli, Settlement Administrator*

## CERTIFICATE OF SERVICE

      I hereby certify that on January 2, 2020 a copy of the foregoing was filed electronically and copies provided via overnight mail to the District Clerk pursuant to Federal Rule of Appellate Procedure 3. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

      /s/ Brian Hauck
Brian Hauck (appearing *pro hac vice*)
Jenner & Block LLP
633 West 5th Street
Suite 3600
Los Angeles, CA 90071
bhauck@jenner.com
Telephone: (213) 239-2244
Facsimile: (213) 239-5199

*Attorney for Intervenor Thomas J. Perrelli, Settlement Administrator*