# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| DIGITAL MEDIA SOLUTIONS, LLC, | ) | |
| | ) | CASE NO. 1:19-CV-145 |
| Plaintiff, | ) | |
| | ) | JUDGE DAN AARON POLSTER |
| v. | ) | |
| | ) | |
| SOUTH UNIVERSITY OF OHIO, LLC, | ) | |
| *et al.* | ) | MAGISTRATE JUDGE |
| | ) | THOMAS M. PARKER |
| Defendants. | ) | |

**MOTION TO ALTER OR AMEND DECEMBER 5, 2019 ORDER (DKT. 501) BY INTERVENOR STEPHANIE PORRECA, NON-INTERVENOR STUDENT MEGAN TUYLS AND THE NATIONAL STUDENT LEGAL DEFENSE NETWORK**

Intervenor Stephanie Porreca, non-intervenors Megan Tuyls and the National Student Legal Defense Network ("Student Defense"), by their counsel, respectfully move pursuant to Federal Rules of Civil Procedure 59(e) and 60(b) for an order altering or amending the Court's December 5, 2019 Order (Dkt. 501). In support of this motion, Ms. Porreca, Ms. Tuyls, and Student Defense are submitting a separate memorandum of law.

Respectfully Submitted,

*/s/ Richard S. Gurbst*
Richard S. Gurbst (Bar # 0017672)
Eleanor M. Hagan (Bar # 0091852)
SQUIRE PATTON BOGGS (US) LLP
4900 Key Tower
127 Public Square
Cleveland, Ohio  44114
Telephone: +1 216 479 8500
E-mail*: richard.gurbst@squirepb.com*

Eric Rothschild

Admitted Pro Hac Vice
Alexander S. Elson
Admitted Pro Hac Vice

NATIONAL STUDENT LEGAL DEFENSE NETWORK
1015 15th Street NW, Suite 600
Washington, DC  20005
Telephone:  +1 202 734 7495
E-mail:  alex@defendstudents.org
            eric@defendstudents.org

Counsel for Intervenors,
Emmanuel Dunagan, Jessica Muscari,
Robert J. Infusino and Stephanie Porreca

Counsel for Megan Tuyls and National Student
Legal Defense Network, non-parties making
special, limited appearances to file Rule 59
motion

## CERTIFICATE OF SERVICE

It is hereby certified that a copy of the foregoing Motion to Alter or Amend was served

upon all parties of record by the Court's electronic filing system this 2nd day of January 2020.

/s/ Richard S. Gurbst
Richard S. Gurbst
One of the Attorneys for Intervenors