IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DIGITAL MEDIA SOLUTIONS, LLC, | ) | Case No. 1:19-cv-145 |
| | ) | |
| Plaintiff, | ) | JUDGE DAN AARON POLSTER |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | THOMAS M. PARKER |
| SOUTH UNIVERSITY OF OHIO, LLC, *et al.* | ) | |
| | ) | |
| Defendants. | ) | **ORDER** |
| | ) | |

On or before **January 13, 2020**, Receiver Mark E. Dottore ("the receiver") and Studio Enterprise Manager, LLC, ("Studio") must file a response to the motion to alter/amend filed by non-parties, Illinois and Colorado Attorneys General (ECF Doc. 513) and the motion to alter/amend judgment filed by intervenor, Stephanie Porreca.  ECF Doc. 515.

IT IS SO ORDERED.

Dated: January 3, 2020

                                                            Thomas M. Parker
                                                        United States Magistrate Judge