Adam Lorey  
656 Doubleshot Ln  
Henderson NV 89052  
AdamLorey04@gmail.com

December 30, 2019

## MOTION TO INTERVENE AS PARTY: CASE#1:19-cv-145 Digital Media Solutions, LLC v. South University of Ohio, LLC et al: (Defendants)

United Stated District Court  
Northern District of Ohio  
Eastern Division  
Judge Dan Aaron Polster  
Magistrate Judge Thomas M. Parker

Dear Judge Polster,

I am a former full time professor and faculty member of the Art Institute of Las Vegas. I am one of many who have still not received pay in full for pay periods between 03/23/2019-05/31/2019. On 3 of these pay dates, no payment was made.

I have no legal expertise and considering my unemployment status due to the inability to provide proper earned compensation to staff I am also unable to afford legal representation. The clerk at your court suggested that I submit this letter to represent myself in the court proceedings as a party needing redress.

I realize the receiver claims to be making effort to find funding for payroll, however, during this period at the Art Institute of Las Vegas I received less than half of the compensation earned and owned to me. It has been common practice during this time for the educators there to continue to attend class with no more than the empty promises of compensation they are not receiving. Save the Art blames Dream Center, who blames the receiver for lack of money to pay staff. Dishonesty and lack of transparency during this transition has continued to contribute to the turmoil. I have been provided conflicting information, including promises of pay that is not received. My understanding is the mishandling of wages earned and owed in this matter is a violation of several of the local State of Nevada's Labor Law and Regulations. I have now made a formal request for wages to "Save the Art" and directly to The Receiver.

My aim in this request is to address unpaid wages for period 03/23/2019 – 05/31/2019 to be settled and paid in full.
My aim is to bring this matter to the attention of the court the concern of the employees, staff and educators that are supporting the efforts of the school and not being fairly informed or compensated.

Thank you for your consideration.

Sincerely,

Adam Lorey

Lacey
656 Double sleep
Henderson, NV
89052

NV 890
31 DEC '19
PM 4 L

Judge Dan Polster
Carl B. Stokes United States Courthouse
801 West Superior Ave.
Cleveland, OHIO 44113

44113-183782