## Art Institute Non-Payment Breakdown for Adam Lorey

Last full payment paid me through March 22nd.

1) Pay period: 3/23/19- 4/5/19
Teaching hours: 21    Pay rate: 45/hr       Owed: 945
Extra hours: 44       Pay rate: 27.5/hr     Owed: 1,210
Extra hours: 15       Pay rate: 45/hr       Owed: 675
Total Owed: 2,830
Paid: 000
Missing Pay: $2,830

2) Pay period: 4/6/19- 4/19/19
Teaching hours: 24    Pay rate: 45/hr       Owed: 1,080
Extra hours: 41       Pay rate: 27.5/hr     Owed: 1,127.5
Total Owed: 2,207.5
Paid: 000
Missing Pay: $2,207.5

3) Pay period: 4/20/19- 5/3/19
Teaching hours: 24    Pay rate: 45/hr       Owed: 1,080
Extra hours: 54       Pay rate: 27.5/hr     Owed: 1,485
Total Owed: 2,565
Paid: 3,372.5
Missing Pay: +807.5

4) Pay period: 5/4/19- 5/17/19
Teaching hours: 24    Pay rate: 45/hr       Owed: 1,080
Extra hours: 55       Pay rate: 27.5/hr     Owed: 1,512.5
Total Owed: 2,592.5
Paid: 000
Missing Pay: $2,592.5

5) Pay period: 5/18/19- 5/31/19

Teaching hours: 12    Pay rate: 45/hr       Owed: 540
Extra hours: 50       Pay rate: 27.5/hr     Owed: 1,375
Extra hours: 6        Pay rate: 45/hr       Owed: 270
Total Owed: 2,185
Paid: 1,530
Missing Pay: $655

TOTAL OWED: $12,380    TOTAL PAID: $4,902.5    TOTAL MISSING: $7,477.5