IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DIGITAL MEDIA SOLUTIONS, LLC, | ) | Case No. 1:19-cv-145 |
| | ) | |
| Plaintiff, | ) | JUDGE DAN AARON POLSTER |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | THOMAS M. PARKER |
| SOUTH UNIVERSITY OF OHIO, LLC, *et al.* | ) | |
| | ) | |
| Defendants. | ) | **ORDER** |
| | ) | |

On December 5, 2019, the court issued an order permitting the forgiveness of certain student loans, the assumption of certain employee benefits and barring further claims against Studio Enterprise Manager, LLC ("Studio"), South University – Member, LLC ("South University") and the Art Institutes International, LLC ("Art Institutes"), related to unpaid employee healthcare claims and other previously released claims.  ECF Doc. 501.  On January 2, 2020, a notice of appeal was filed by Thomas J. Perrelli (ECF Doc. 511) and two different motions to alter/amend (ECF Doc. 513 and ECF Doc. 515) were filed in relation to the court's December 5th order (hereinafter "challenge motions").  Because the court's December 5th order is being challenged, Studio filed a motion to stay any further action related to the HLC Student Loan Forgiveness process until the pending motions are resolved.  ECF Doc. 518.

In order to preserve the status quo until the court has an opportunity to decide the challenge motions, the court hereby ORDERS a brief stay of any obligation Studio, South University and/or Art Institutes have under the December 5 order that would require their action

between now and January 31, 2020, including notifying affected parties and collecting student releases, related to the HLC Student Loan Forgiveness process as requested by Studio. ECF Doc. 518. The court hereby stays the HLC Student Loan Forgiveness process until **January 31, 2020.**

As already ordered, Receiver Mark E. Dottore ("the receiver") and Studio are required to file responses to the motions seeking to amend or alter the court's bar order on or before **January 13, 2020**. On or before **January 17, 2020,** non-parties, Illinois and Colorado Attorneys General, intervenor, Stephanie Porreca and intervenor, Thomas J. Perrelli, must file replies to the receiver's and Studio's responses.

On or before **January 24, 2020,** Studio, the Illinois and Colorado Attorneys General, Stephanie Porreca and Thomas J. Perrelli must submit proposed orders which would resolve the pending objections to the court's bar order.

On or before **January 24, 2020,** counsel for Studio, the Illinois and Colorado Attorneys General, Stephanie Porreca and Thomas J. Perrelli must meet and confer regarding a proposed resolution of their dispute.

A hearing is hereby scheduled on the motions to alter/amend filed by the Illinois and Colorado Attorneys General (ECF Doc. 513) and Stephanie Porreca (ECF Doc. 515) for **January 28, 2020 at 10:00 a.m.** in Courtroom 18B.

IT IS SO ORDERED.

Dated: January 6, 2020         *s/Dan Aaron Polster*
                               Thomas M. Parker
                               United States Magistrate Judge