UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| DIGITAL MEDIA SOLUTIONS, LLC, | ) |
| Plaintiff, | ) CASE NO. 1:19-CV-00145 |
| v. | ) Judge Dan Aaron Polster |
| SOUTH UNIVERSITY OF OHIO, LLC, *et al.*, | ) Magistrate Judge |
| | ) Thomas M. Parker |
| Defendants. | ) |

**NOTICE OF APPEAL**

Illinois Attorney General Kwame Raoul and Colorado Attorney General Phil Weiser (the "Attorneys General"), by their counsel, hereby appeal to the United States Court of Appeal for the Sixth Circuit from the District Court's December 5, 2019 order (Dkt. 501) to the extent that this order refers to the Attorneys General or purports to enjoin them from doing, or not doing, anything. By this appeal, the Attorneys General seek reversal of those provisions of this order, including without limitation in paragraphs 19 and 20 of the order.

January 6, 2020

Respectfully submitted,

KWAME RAOUL, Attorney General of Illinois
PHIL WEISER, Attorney General of Colorado

 /s/ *Richard S. Huszagh*
Richard S. Huszagh
Illinois Assistant Attorney General
Olivia D. Webster
Colorado Sr. Assistant Attorney General
Consumer Protection Section
Colorado Attorney General's Office
1300 Broadway
Denver, CO 80203
*Libby.Webster@coag.gov*
(720) 508-6203

100 W. Randolph St., 12th Floor
Chicago, Illinois 60601
*rhuszagh@atg.state.il.us*
(312) 814-2587

**Certificate of Filing and Service**

I hereby certify that on January 6, 2020, I electronically filed the foregoing <u>Notice of Appeal</u> with the Clerk of the Court for the United States District Court for the Northern District of Ohio, Easter Division, by using the CM/ECF system, which will effect service on the other participants in the case.

<u>   /s/ *Richard S. Huszagh*   </u>