IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DIGITAL MEDIA SOLUTIONS, LLC, | ) | Case No. 1:19-cv-145 |
| | ) | |
| Plaintiff, | ) | JUDGE DAN AARON POLSTER |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | THOMAS M. PARKER |
| SOUTH UNIVERSITY OF OHIO, LLC, *et al.* | ) | |
| | ) | |
| Defendants. | ) | **ORDER** |
| | ) | |

On January 13, 2020, Receiver Mark E. Dottore ("the receiver") reported to the court that he was diligently trying to resolve the dispute presented by the motion to alter/amend filed by non-parties, Illinois and Colorado Attorneys General (ECF Doc. 513) and the motion to alter/amend judgment filed by intervenor, Stephanie Porreca.  ECF Doc. 515.  The receiver reported that the parties may be able to resolve their disputes if the deadline for responding is extended.

The court hereby *sua sponte* extends the deadline for the receiver and Studio Enterprise Manager, LLC, ("Studio") to file a response to the motion to alter/amend filed by non-parties, Illinois and Colorado Attorneys General (ECF Doc. 513) and the motion to alter/amend judgment filed by intervenor, Stephanie Porreca.  ECF Doc. 515.  The receiver and Studio's response must be filed on or before **4:00 p.m. on January 21, 2020**.  Any replies must be filed on or before 5:00 p.m. on January 27, 2020.  The deadline for submitting proposed orders is

hereby extended to **12:00 noon on January 27, 2020.** The hearing scheduled for **January 28, 2020 at 10:00 a.m.** in Courtroom 18B is CONFIRMED.

    The court encourages the parties to continue their efforts to resolve the pending motions in order to conserve valuable receivership, court and party/intevenor resources.

    IT IS SO ORDERED.

Dated: January 14, 2020

                                                  Thomas M. Parker
                                          United States Magistrate Judge