IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DIGITAL MEDIA SOLUTIONS, LLC, | ) | Case No. 1:19-cv-145 |
| | ) | |
| Plaintiff, | ) | JUDGE DAN AARON POLSTER |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | THOMAS M. PARKER |
| SOUTH UNIVERSITY | ) | |
| OF OHIO, LLC, *et al.* | ) | |
| | ) | **ORDER TO SHOW CAUSE** |
| Defendants. | ) | |

In the past month, several filings have related to non-party, non-intervening student, Megan Tuyls.  These filings state that arguments are being asserted on behalf of Ms. Tuyls who has not intervened in this lawsuit.  The court does not recognize a non-party's right to simply file items on the docket of the court as a non-party and non-intervenor.  The court hereby ORDERS Ms. Tuyls' counsel to show cause why the following documents should not be stricken from the docket of the court:

1) Notice of filing of original declaration in support of the motion to alter or amend the December 5 order (ECF Doc. 521);

2) The portion of the notice of appeal filed by Richard Gurbst and the National Student Defense Fund, to the extent it purports to be filed on her behalf (ECF Doc. 522); and

3) The motion to alter or amend judgment filed by Richard Gurbst and the National Student Defense Fund, to the extent it purports to be filed on her behalf.  (ECF Doc. 515).

Ms. Tuyls' counsel must show cause by **January 30, 2020** or the court will strike the foregoing documents – or portions thereof – to the extent they purport to be filed on her behalf.

IT IS SO ORDERED.

Dated: January 22, 2020

/s/ Thomas M. Parker
Thomas M. Parker
United States Magistrate Judge