UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| DIGITAL MEDIA SOLUTIONS, LLC, | CASE NO. 1:19-CV-00145 |
| Plaintiff, | |
| v. | JUDGE DAN AARON POLSTER |
| | MAGISTRATE JUDGE THOMAS M. PARKER |
| SOUTH UNIVERSITY OF OHIO, LLC, *et al.*, | **ORDER** |
| Defendants. | |

**AGREED ORDER**

Upon the agreed motion (ECF Doc. 534) filed by Non-Party Offices of the Attorneys General of Colorado and Illinois ("Non-party State AGs), agreed to by Settlement Administrator Thomas J. Perrelli ("Settlement Administrator"); Intervenor Stephanie Porreca ("Intervenor Student"); Megan Tuyls[1] ("Non-Intervenor Student"); National Student Legal Defense Network ("NSLDN"); Studio Enterprise Manager, LLC ("Studio") and Mark E. Dottore, the receiver (the "Receiver") of the Receivership Entities (collectively, the "Bar Order Disputants") the Court hereby extends the briefing schedules on the Non-party State AGs' motion to alter/amend (ECF Doc. 513), and on Intervenor Student, Non-Intervenor Student, and NSLDN's motion to alter/amend (ECF Doc. 515). The Bar Order Disputants have met and conferred and believe

---

[1] Although the court is approving the agreed order in the interest of accommodating the reasonable efforts of the parties and intervenors to resolve their dispute(s) concerning the December 5 order, "non-intervenor student" Ms. Tuyls may not file anything in this case because she is neither a party nor an intervenor; any filings on her behalf will be stricken.

settlement of the objections surrounding the Bar Order (ECF Doc. 501) can be achieved with an extension of two weeks.

The Receiver's and Studio's responses shall be filed on or before 4:00 p.m. on March 19, 2020. Any replies must be filed on or before 12:00 noon on March 27, 2020. The deadline for submitting proposed orders is also 12:00 noon on March 27, 2020. The hearing is scheduled for **March 30, 2020, 10:00 a.m.** in Courtroom 18B.  If the Bar Order Disputants are able to reach a settlement, they may inform the Court and request that the hearing be cancelled. The HLC Student Loan Forgiveness process in the Bar Order (ECF Doc. 501) is also stayed until March 30, 2020. IT IS SO ORDERED.

Dated: February 18, 2020  _s/*Dan Aaron Polster*
Judge Dan Aaron Polster

_s/*Thomas M. Parker*
Magistrate Judge Thomas M. Parker