UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DIGITAL MEDIA SOLUTIONS, LLC | ) | CASE NO. 1:19-cv-145 |
| | ) | |
| Plaintiff, | ) | JUDGE DAN AARON POLSTER |
| vs. | ) | |
| SOUTH UNIVERSITY OF OHIO, LLC, *et al.*, | ) | |
| Defendant. | ) | |

### APPLICATION OF MARK E. DOTTORE, RECEIVER FEES AND EXPENSES FOR THE PERIOD OF MAY 11, 2019 THROUGH DECEMBER 31, 2019

I, Mark E. Dottore, the duly appointed and acting Receiver (the "Receiver" or "Mr. Dottore") does hereby move this Court for approval of the fees and expenses in the above named case. This Court appointed Mark E. Dottore as Receiver pursuant to an order of this Court on January 18, 2019. The fees billed by Mark E. Dottore, Receiver are as indicated on the invoices covering the period of May 11, 2019 through December 31, 2019, and attached hereto as Exhibit A.

Mark E. Dottore, Receiver's fees and expenses arising during the time period of May 11, 2019 through December 31, 2019, are detailed as follows:

|  | Fees | Expenses |
|---|---|---|
| May 11, 2019 – Dec. 31, 2019 | 880,895.00 | $2115.66 |
| **TOTAL** | **$880,895.00** | **$2,115.66** |

All of the above listed fees have been incurred by Mark E. Dottore, Receiver in connection with the above captioned matter.

Wherefore, the Receiver prays for the court's approval of compensation in the amount of $880,895.00 and reimbursement of expenses in the amount of $2,115.66, for the period of May 11, 2019 through December 31, 2019.

Respectfully Submitted,

By: /s/ Mark E. Dottore

Mark E. Dottore

## CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2020, a true and correct copy of the foregoing Fee Application was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties on the Electronic Mail Notice List. Parties may access this filing through the Court's system

/s/ *Mark E. Dottore*

Mark E. Dottore