IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| DIGITAL MEDIA SOLUTIONS, LLC, ) | Case No. 1:19-cv-145 |
| ) | |
| Plaintiff, ) | JUDGE DAN AARON POLSTER |
| ) | |
| v. ) | MAGISTRATE JUDGE |
| ) | THOMAS M. PARKER |
| SOUTH UNIVERSITY OF OHIO, LLC, *et al.* ) | |
| ) | |
| Defendants. ) | **ORDER** |
| ) | |

On March 19, 2020, Receiver Mark E. Dottore ("the receiver") and Studio Enterprise Manager, LLC, ("Studio") filed responses to the motion to alter/amend filed by non-parties, Illinois and Colorado Attorneys General (ECF Doc. 513) and the motion to alter/amend judgment filed by intervenor, Stephanie Porreca.  ECF Doc. 515.  The receiver and Studio reported to the court that they were diligently trying to resolve the disputes presented by the motions to alter/amend and related appeal.  The parties may be able to resolve their disputes if the deadline for responding is slightly extended.

The court hereby extends the deadline to advise the court whether an agreement has been reached that would: (i) resolve all issues involved in the various motions to alter or amend the December 5 order and (ii) require the dismissal of any interlocutory appeals that have been filed concerning that order.  The deadline is extended to **Monday, March 23, 2020 at 12:00 p.m., noon.**  No further extension will be granted.

IT IS SO ORDERED.

Dated: March 20, 2020

Thomas M. Parker
United States Magistrate Judge