# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| DIGITAL MEDIA SOLUTIONS, LLC, ) | |
| ) | Case No. 1:19-cv-00145 |
| *Plaintiff*, ) | |
| ) | Judge Dan Aaron Polster |
| v. ) | |
| ) | Magistrate Judge Thomas M. Parker |
| SOUTH UNIVERSITY OF OHIO, LLC *et al.*, ) | |
| ) | |
| *Defendants*. ) | |
| ) | |

## SETTLEMENT ADMINISTRATOR'S NOTIFICATION OF CONSENT

Thomas J. Perrelli, Settlement Administrator by Consent Judgment in *Kentucky v. Education Management Corporation*, No. 15-CI-1201 (Ky. Cir. Court Nov. 16, 2015) and related cases (the "Administrator"), hereby affirms that he consents to the motion filed at ECF No. 547.  The Administrator also hereby notifies the Court that he has moved for voluntary dismissal of the appeal at ECF No. 511, and that he will not pursue recognition of the constructive trust discussed in the Administrator's Response at ECF No. 199 and subsequent filings.

Respectfully submitted,

DATED: March 23, 2020

/s/ *Brian Hauck*
Brian Hauck (appearing *pro hac vice*)
Jenner & Block LLP
633 West 5th Street
Suite 3600
Los Angeles, CA 90071
bhauck@jenner.com
Telephone: (213) 239-2244
*Attorney for Intervenor*
*Thomas J. Perrelli, Settlement Administrator*

## CERTIFICATE OF SERVICE

      I hereby certify that on March 23, 2020 a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

      /s/ *Brian Hauck*
Brian Hauck (appearing *pro hac vice*)
Jenner & Block LLP
633 West 5th Street
Suite 3600
Los Angeles, CA 90071
bhauck@jenner.com
Telephone: (213) 239-2244
*Attorney for Intervenor*
*Thomas J. Perrelli, Settlement Administrator*