Case No. 20-3058

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**ORDER**

DIGITAL MEDIA SOLUTIONS, LLC

    Plaintiff

and

KWAME RAOUL, Illinois Attorney General; PHIL WEISER, Colorado Attorney General

    Appellants

v.

SOUTH UNIVERSITY OF OHIO, LLC, dba South University, et al.,

    Defendants

and

STUDIO ENTERPRISE MANAGER, LLC

    Plaintiff - Intervenor - Appellee

ARTS INSTITUTES INTERNATIONAL, LLC

    Interested Party

MARK E. DOTTORE

    Receiver

In accordance with Rule 33, Rules of the Sixth Circuit, and upon consideration of the Motion for Voluntary Dismissal filed by the Appellant,

It is **ORDERED** that the case is dismissed pursuant to 42(b), Federal Rules of Appellate Procedure.

        **ENTERED PURSUANT TO RULE 33,
        RULES OF THE SIXTH CIRCUIT**
        Deborah S. Hunt, Clerk

Issued: March 23, 2020