Case No. 20-3059

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

ORDER

DIGITAL MEDIA SOLUTIONS, LLC

    Plaintiff

and

STEPHANIE PORRECA

    Plaintiff - Intervenor - Appellant

MEGAN TUYLS, appearing in a special and limited basis; NATIONAL STUDENT LEGAL DEFENSE NETWORK

    Interested Parties - Appellants

v.

SOUTH UNIVERSITY OF OHIO, LLC, et al, dba South University, et al

    Defendants

and

STUDIO ENTERPRISE MANAGER, LLC

    Plaintiff - Intervenor - Appellee

ARTS INSTITUTES INTERNATIONAL, LLC

    Interested Party

MARK E. DOTTORE

    Receiver

In accordance with Rule 33, Rules of the Sixth Circuit, and upon consideration of the Motion for Voluntary Dismissal filed by the Appellant,

It is **ORDERED** that the case is dismissed pursuant to 42(b), Federal Rules of Appellate Procedure.

ENTERED PURSUANT TO RULE 33,
RULES OF THE SIXTH CIRCUIT
Deborah S. Hunt, Clerk

Issued: March 23, 2020