IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DIGITAL MEDIA SOLUTIONS, LLC, | ) | Case No. 1:19-cv-145 |
| | ) | |
| Plaintiff, | ) | JUDGE DAN AARON POLSTER |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | THOMAS M. PARKER |
| SOUTH UNIVERSITY | ) | |
| OF OHIO, LLC, *et al.* | ) | **ORDER** |
| | ) | |
| Defendants. | ) | |

On April 15, 2020, representatives for the administration and staff of the Art Institute of Las Vegas ("Ai LV") filed two letters documenting various complaints regarding the receiver and his handling of Ai LV since the commencement of his receivership. ECF Doc. 560 and ECF Doc. 561. They seek the court's assistance, through the receivership, to compensate the employees of Ai LV for the "8 months that they worked without pay, in a total amount of $,1505,876.20." *Id.* Because the employees of Ai LV worked for the school while it was under the court-appointed receiver's management, their complaints will be addressed.

The court has taken an initial step in this regard by submitting a letter of inquiry to the United States Department of Education, via the U.S. Department of Justice, in which the court has sought DOE's position concerning the status of funds the receiver has applied for to address the foregoing payroll demands.

The court hereby orders the receiver to meet with the authors of ECF Doc. 561 to devise a concrete plan to jointly seek funds from the Department of Education to compensate the employees of Ai LV for work done during the pendency of this receivership and/or to otherwise

resolve this dispute. The receiver must meet with the Ai LV individuals on or before **May 15, 2020.** In light of the COVID-19 restrictions, the receiver may schedule his meeting with the Ai LV representatives by video or telephone. Within one week of the meeting, the receiver must file a report of the parties' meeting indicating the plan the parties have reached.

    IT IS SO ORDERED.

*s/Dan Aaron Polster*
United States District Judge

Dated: April 15, 2020

Thomas M. Parker
United States Magistrate Judge