UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DIGITAL MEDIA SOLUTIONS, LLC, | ) | CASE NO. 1:19-CV-00145 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE DAN AARON |
| | ) | POLSTER |
| | ) | |
| SOUTH UNIVERSITY OF OHIO, LLC, *et al.*, | ) | |
| | ) | MAGISTRATE JUDGE |
| Defendants. | ) | THOMAS M. PARKER |

**RECEIVER MARK E. DOTTORE'S STATUS REPORT REGARDING HLC DECISION**
**[Related Docs. 554 and 564]**

Mark E. Dottore, duly appointed Receiver for the within matter, hereby notifies the Court and all parties that the Higher Learning Commission ("HLC") notified him late on April 23 that its Board decided *not* to change the accreditation status of the HLC Campuses after all. Accordingly, there is no need for a continued stay and this Court's order of March 23, 2020, identified on the Docket as entry 554, should go into effect immediately.

April 24, 2020

McCARTHY, LEBIT, CRYSTAL
 & LIFFMAN CO., L.P.A.

Respectfully submitted,

*/s/ Hugh D. Berkson*
Robert T. Glickman (0059579)
Charles A. Nemer (0009261)
Robert R. Kracht (0025574)
Hugh D. Berkson (0063997)
Nicholas R. Oleski (0095808)
101 West Prospect Ave., Suite 1800
Cleveland, Ohio 44115
(216) 696-1422 – Telephone
(216) 696-1210 – Facsimile
rtg@mccarthylebit.com
can@mccarthylebit.com
rrk@mccarthylebit.com
hdb@mccarthylebit.com
nro@mccarthylebit.com

*Special Counsel for the Receiver*

{01432553-1}

## CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Hugh D. Berkson*
Hugh D. Berkson (0063997)