IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DIGITAL MEDIA SOLUTIONS, LLC, | ) | Case No. 1:19-cv-145 |
| | ) | |
| Plaintiff, | ) | JUDGE DAN AARON POLSTER |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | THOMAS M. PARKER |
| SOUTH UNIVERSITY | ) | |
| OF OHIO, LLC, *et al.* | ) | |
| | ) | **ORDER** |
| Defendants. | ) | |

On February 28, 2020, Receiver Mark E. Dottore moved for an order approving an

application for receiver's fees and expenses for the period of May 11, 2019 through December

31, 2019 (ECF Doc. 538) and for an order approving a second application for the receiver's

attorney fees and expenses.  ECF Doc. 539.  The receiver's applications for approval to pay his

fees and expenses are DENIED, without prejudice to re-filing at a later date.

IT IS SO ORDERED.

Dated: September 22, 2020

Thomas M. Parker
United States Magistrate Judge