IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DIGITAL MEDIA SOLUTIONS, LLC, | ) | Case No. 1:19-cv-145 |
| | ) | |
| Plaintiff, | ) | JUDGE DAN AARON POLSTER |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | THOMAS M. PARKER |
| SOUTH UNIVERSITY | ) | |
| OF OHIO, LLC, *et al.* | ) | |
| | ) | **ORDER** |
| Defendants. | ) | |

On September 22, 2020, interested party, Matthew W. Barnett, filed a motion to intervene in the captioned case. ECF Doc. 616. Mr. Barnett's motion to intervene is well-taken and is hereby GRANTED. The court further orders the following:

1. Mr. Barnett must serve FSP Pacific Center, LLC, and Mark A. Kompa, Esq. with a copy of this order and, if not already served, a copy of Mr. Barnett's motion for contempt and to show cause (ECF Doc. 617);

2. Mr. Barnett must file a notice of service explaining when and how this order and Mr. Barnett's motion were served on FSP Pacific Center, LLC, and Mark A. Kompa, Esq.;

3. Within 20 days after being served, FSP Pacific Center, LLC, and Mark A. Kompa, Esq. must file a response to the motion for contempt and motion to show cause;

4. Mr. Barnett must file a reply within 10 days after FSP Pacific Center, LLC, and Mark A. Kompa, Esq. respond to the motion for contempt and to show cause. Mr. Barnett's reply should include an explanation for his delay in filing the motion for contempt and to show cause; and

5. Also within 10 days after FSP Pacific Center, LLC, and Mark A. Kompa, Esq. respond to the motion for contempt and to show cause, the receiver and any other party wishing to be heard on this matter, must file briefs regarding the matters raised in the motion for contempt and to show cause and the responses filed by FSP Pacific Center, LLC, and Mark A. Kompa, Esq.

IT IS SO ORDERED.

Dated: September 23, 2020

                                                    Thomas M. Parker
                                                    United States Magistrate Judge