UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DIGITAL MEDIA SOLUTIONS, LLC | ) | CASE NO. 1:19-cv-145 |
| | ) | |
| Plaintiff, | ) | JUDGE DAN AARON POLSTER |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | THOMAS M. PARKER |
| SOUTH UNIVERSITY OF OHIO, LLC et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## DECLARATION OF CONNIE ADELMAN

Connie Adelman hereby declares under penalty of perjury that the following is true and correct:

1. I am a resident of the State of Indiana and County of Decatur.

2. I make the within declaration from my own personal knowledge, and I am competent to so testify.

3. I am the Chief Restructuring Administrator at Dream Center Education Holdings, LLC ("DCEH").

4. The exhibits attached to the Receiver Mark Dottore's Post-Hearing Brief In Support of His Motion To Show Cause Against Save AiLV, Turbay, Taylor, Rock, and Kelly, including Exhibits 2 - 7 are true and accurate copies of the original records, which were kept in the ordinary course of the DCEH receivership estate's business.

POST-HEARING EXHIBIT 1

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my information, knowledge, and belief. Executed the __3__ day of November, 2020 in Greensburg, Indiana.

*Connie Adelman*
Connie Adelman