Mark Dottore
The Art Institute of Las Vegas
2350 Corporate Circle
Henderson, NV 89074-7737

Re: Partial Approval of HCM2 Submission
OPE ID: 04051300
DUNS: 926397829

Dear Mr. Dottore:

The Multi-Regional and Foreign Schools Participation Division received a complete HCM2 request from The Art Institute of Las Vegas (Ai Vegas) on June 12, 2019. We have completed our review of the submission and approved the following amounts for payment on August 16, 2019.

| Program | Amt Requested | Amt Approved | Amt Processed in G5 |
|---|---|---|---|
| Pell Grant | $348,002.00 | $2,797.00 | $2,797.00 |
| FSEOG | $54,728.00 | $0.00 | $0.00 |
| Direct Loan | $488,718.00 | $13,134.00 | $13,134.00 |

Ai Vegas must correct the errors and resubmit the records as a complete, *separate* package, including Form 270, Student Data Spreadsheet, etc. Do not include resubmitted records with other records. Ai Vegas may submit the request without waiting for the original 30-day submission period to pass. Upon receipt of the resubmitted request, a new 30-day period will begin.

Our review of a random sample of student records detected an error in excess of 10%. Therefore, payment on all non-sampled students is also rejected. Ai Vegas must review these records for errors similar to those identified among sample students, make necessary corrections, and resubmit those students for payment.



POST-HEARING EXHIBIT 5

The Art Institute of Las Vegas
OPE ID: 04051300
Page 2

Approval of a portion of this request shall in no way limit the Department of Education's rights to later determine that these funds were improperly expended and to recover these funds from Ai Vegas as the result of an audit, program review, or in any other manner. In addition, the review does not constitute a complete file review and does not relieve Ai Vegas of its annual audit requirement.

Sincerely,

Eric Miles
Payment Analyst

Enclosure:    Payment Rejection Details

cc:    Dawn Batulla, Financial Aid Director (dbatulla@aii.edu)

The Art Institute of Las Vegas
OPE ID: 04051300
Page 1

## Payment Rejection Details

General Deficiencies

Reason for Rejection: Pell grant funds requested on the Student Data Spreadsheet and Form 270 were paid to Ai Vegas prior to HCM2 claim submission.
Requirements to Resolve: Submit an updated Student Data Spreadsheet and Form 270.