# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| DIGITAL MEDIA SOLUTIONS, LLC, | ) | CASE NO. 1:19-cv-145 |
| | ) | |
| Plaintiff, | ) | JUDGE DAN AARON POLSTER |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | THOMAS M. PARKER |
| SOUTH UNIVERSITY OF OHIO, LLC, *et. al.*, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## TENTH MONTHLY REPORT OF THE RECEIVER PURSUANT TO LOCAL RULE 66.1

Pursuant to this Court's December 11, 2019 Order, the Receiver submits his Report comprised of the following:

1. Receivership Inventory of Assets as of September 30, 2020 (Exhibit A);

2. Receivership Cash Receipts and Disbursements Summary for the Period Commencing September 1, 2020 and Ending September 30, 2020 (Exhibit B);

3. Actual Weekly Cash Flow for the Period Commencing January 1, 2020, and Ending September 30, 2020 (Exhibit C); and

4. Receipts and Disbursements for the Period Commencing September 1, 2020 and Ending September 30, 2020 (Exhibit D).

{00028180-1 }

Dated: November 4, 2020

Respectfully submitted,

 */s/ Mary K. Whitmer*
Mary K. Whitmer (0018213)
James W. Ehrman (0011006)
Robert M. Stefancin (0047184)
WHITMER & EHRMAN LLC
2344 Canal Road, Suite 401
Cleveland, Ohio 44113-2535
Telephone: (216) 771-5056
Telecopier: (216) 771-2450
Email: mkw@WEadvocate.net
      jwe@WEadvocate.net
      rms@WEadvocate.net

*Counsel for Mark E. Dottore, Receiver*