## LIST OF EXHIBITS

1. Declaration of Brian Neidlinger
2. Consultation Contract
3. Receiver's Exhibits R-1, R-2, R-3, R-5, R-7 (for reference)
4. Transcript of August 04, 2020 Hearing Doc #606
5. Requests for Data
6. Global Financial Aid Services Contract of June 1, 2019
7. Letter to Receiver from Aaron Lacey, Esq. of September 19, 2019
8. MSA reference to Loans and Title IV
9. Teacher Loans to Receiver
10. Financing Letters
11. NYT Article
12. Consultant Checks
13. V.A. Reconciliation
14. Declaration of Tim Kelly
15. Receiver's Evidence R-4, R-5, R-6, R-7 explained
16. Title IV expectations
17. Response and Supplement to Motion to Show Cause
18. Declaration of Lisa Mayo De Riso