E X H I B I T   13

# VETERANS  AFFAIRS TUITION PAYMENTS

# RECONCILIATION

# SPRING + SUMMER QUARTERS 2019

## Veterans Affairs Tuition

| | SP19 | SU19 |
|---|---|---|
| Studio | $112,462.48 | $85,299.45 |
| | $144,848.99 | $5,348.97 |
| | $40,994.70 | $1,151.03 |
| | $18,969.00 | $3,950.94 |
| | $11,529.06 | $1,151.03 |
| | $481.00 | $1,064.94 |
| | $866.70 | $5,772.00 |
| | $1,443.00 | $3,848.00 |
| | $1,653.00 | $5,921.50 |
| | **$333,247.93**  Total VA | $5,772.00 |
| Campus | <$133,304.99> | $4,575.00 |
| Receiver | <$199,942.94> | $4,912.94 |
| | | $5,772.00 |
| | | $5,874.94 |
| | | $910.53 |
| | | $5,393.94 |
| | | $189.03 |
| | | $429.53 |
| | | $4,912.94 |
| | | $705.94 |
| | | $3,359.53 |
| | | $189.03 |
| | | $2,026.94 |
| | | $4,810.00 |
| | | $2,386.12 |
| | | $2,886.00 |
| | | $9,349.00 |
| | | $8,111.28 |
| | | **$186,074.55**  Total VA Payments |
| | Campus | <$ 48,938.81> |
| | Receiver | <$137,138.74> |

Total from VA      **$519,322.48**
Total to Campus   <$182,240.80>   Sp/Su
Total to Receiver  <$337,081.68>   Not winter
                                     Not Fall

The Receiver does not have any liability regarding any student on the

Commission's list, attached to its Supplement. There is only one 'student, Student

No. 2, who may be owed money: but the money is owed by Save Al. To be clear: the Receiver did not operate Al Las Vegas at any time from April 1, 2019 until its closure on December 20, 2019. Save Al, assumed all operational expenses for Al Las

Vegas beginning on April 1, 2019. Section 6.2 of the Asset Purchase Agreement (the "APA") stated with respect to payment of liabilities incurred after April 1, 2019, the following:

> Buyer shall be responsible' for all obligations and Liabilities incurred by the School after April 1, 2019, including and student stipends or unearned tuition or other obligations that a Governing Authority or Educational Agency requires to be satisfied for 2019 Spring Quarter, 2019 Summer Quarter or any subsequent quarters." Emphasis added.

The Receiver did not collect funds from the

Veterans Administration, (which Save Al collected

without notice to the Receiver and has characterized in filings with this Court as "a pittance") and therefore cannot owe a refund of any part of those Veterans Administration funds back to Student No. 2.

The Receiver maintains his earlier position that no money is owed to any Al Las Vegas students except for Students Nos 1 and 2, which he has fully addressed.

{00025857-1}

4/23/2019                                        Activity - Deposit Accounts



   Contact Us 855.336.9460

# Activity - Deposit Accounts

4/10 – 4/23/19

Report created:     04/23/2019 09:59:55 AM (ET)
Account:            072410013 • *4497 • Savings • BUSINESS MONEY FUND
Date range:         4/10/2019 to 4/23/2019
Transaction types:  All transactions
Detail option:      Includes transaction detail

## 072410013 • *4497 • Savings • BUSINESS MONEY FUND

| Post Date | Reference | Additional Reference | Description | Debit | Credit | Calculated Balance |
|---|---|---|---|---|---|---|
| 04/23/2019 09:59 AM (ET) | VAED TREAS 310 XX | | PREAUTHORIZED ACH CREDIT VAED TREAS 310 XXVA CH33 REF*48*CH33 TF VA FILE NO 317137789 *TERM 040119-0616 19 KASEY J CUTHBER | ✓ | $1,924.00 | $46,556.70 |
| 04/19/2019 | VAED TREAS 310 XX | | PREAUTHORIZED ACH CREDIT VAED TREAS 310 XXVA CH33 REF*48*CH33 TF VA FILE NO 606625043 *TER M 040119-061619 C S DRISCOLL | | $7,696.00 | $44,632.70 |
| 04/19/2019 | VAED TREAS 310 XX | | PREAUTHORIZED ACH CREDIT VAED TREAS 310 XXVA CH33 REF*48*CH33 TF VA FILE NO 530811174 *TER M 040119-061619 ZACKARY J GRETH | | $5,772.00 | $36,936.70 |
| 04/19/2019 | VAED TREAS 310 XX | | PREAUTHORIZED ACH CREDIT VAED TREAS 310 XXVA CH33 REF*48*CH33 TF VA FILE NO 036502112 *TER M 040119-061619 SHANDA J EDWARD | | $5,723.90 | $31,164.70 |
| 04/19/2019 | VAED TREAS 310 XX | | PREAUTHORIZED ACH CREDIT VAED TREAS 310 XXVA CH33 REF*48*CH33 TF VA FILE NO 406945435 *TER M 040119-061619 THERON N GLOVER | | $6,156.80 | $25,440.80 |
| 04/18/2019 | VAED TREAS 310 XX | | PREAUTHORIZED ACH CREDIT VAED TREAS 310 XXVA CH33 REF*48*CH33 TF VA FILE NO 612961136 *TER M 040119-061619 JACOB R WILLIAM | | $7,740.00 | $19,284.00 |
| 04/17/2019 | VAED TREAS 310 XX | | PREAUTHORIZED ACH CREDIT VAED TREAS 310 XXVA CH33 REF*48*CH33 TF VA FILE NO 257653201 *TER M 040119-061619 JATHAN TODD SCO | | $5,772.00 | $11,544.00 |
| 04/17/2019 | VAED TREAS 310 XX | | PREAUTHORIZED ACH CREDIT VAED TREAS 310 XXVA CH33 REF*48*CH33 TF VA FILE NO 528816666 *TER M 040119-061619 CHARLES C CRUSE | | $5,772.00 | $5,772.00 |
| 04/10/2019 | 997000410093524 | | BOOK TRANSFER DEBIT REF 1000935L FUNDS TRANSFER TO DEP XXXXXX2926 FROM | $75,000.00 | | $0.00 |
| 04/23/2019 | Totals | | | $75,000.00 | $46,556.70 | |

VARO, ATTN:EDUC. LIASON REP.
PO BOX 8888
MUSKOGEE OK 74402-8888


THE ART INSTITUTE OF LAS VEGAS
VA CERTIFYING OFFICIAL
2350 Corporate Circle
HENDERSON NV  89074                           SCHOOL CODE   31904128


# 04/13/2019  -  04/19/2019


### POST 9/11 G.I. BILL (CHAPTER 33)
### TUITION AND YELLOW RIBBON PAYMENTS

```
*************************************************************
*                   L - E - G - E - N - D                  *
*************************************************************
* BENEFIT-PAID    DESCRIPTION                               *
* ------------    ---------------------------------------   *
*    33Y          YELLOW RIBBON                             *
*    33T          TUITION & FEES                            *
*                                                           *
*   OFFSET        DESCRIPTION                               *
* ------------    ---------------------------------------   *
*    Y            PAYMENT IS REDUCED BECAUSE OF A STUDENT DEBT *
*    N            PAYMENT IS FULL ENTITLED AMOUNT           *
*************************************************************
```

```
********************************************
*       REPORT BEGINS ON REVERSE SIDE      *
********************************************
```

```
                                                              04/13/2019  -  04/19/2019
   FACILITY  31904128   THE ART INSTITUTE OF LAS VEGAS   HENDERSON          PAGE    1
```

| RO | FILE NUMBER | AMT PAID | PERIOD FOR | TRNG TIME | FIRST ADDRESS LINE | OFFSET | BENEFIT PAID |
|----|-------------|----------|------------|-----------|---------------------|--------|--------------|
| 51 | 03650211 12 | 5723.90 | 040119-061619 | 4 | SHANDA J EDWARDS ✓ | N | 33T |
| 51 | 31713778 9 | 1924.00 | 040119-061619 | 3 | KASEY J CUTHBERT ✓ | N | 33T |
| 51 | 40694543 5 | 6156.80 | 040119-061619 | 4 | THERON N GLOVER ✓ | N | 33T |
| 51 | 53081117 4 | 5772.00 | 040119-061619 | 4 | ZACKARY J GRETHER ✓ | N | 33T |
| 51 | 60662504 3 | 7696.00 | 040119-061619 | 4 | C S DRISCOLL ✓ | N | 33T |
| 51 | 61080967 8 | 5982.00 | 040119-061619 | 4 | REINA M COCKRELL | N | 33T |
| 51 | 61296113 6 | 7740.00 | 040119-061619 | 4 | JACOB R WILLIAMS ✓ | N | 33T |

5/7/2019

Activity - Deposit Accounts



 Member FDIC    Contact Us 855.336.9460

# Activity - Deposit Accounts

Report created:  05/07/2019 10:45:13 AM (ET)
Account:         072410013 • *4497 • Savings • BUSINESS MONEY FUND
Date range:      4/24/2019 to 5/7/2019
Transaction types: All transactions
Detail option:   Includes transaction detail

**072410013 • *4497 • Savings • BUSINESS MONEY FUND**

| Post Date | Reference | Additional Reference | Description | Debit | Credit | Calculated Balance |
|-----------|-----------|---------------------|-------------|-------|--------|-------------------|
| 05/06/2019 | VAED TREAS 310 XX | | PREAUTHORIZED ACH CREDIT VAED TREAS 310 XXVA CH33 REF*48*CH33 TF VA FILE NO 574172557 *TER M 040119-061619 JASON L MARKS | | $5,276.06 | $83,040.02 |
| 05/06/2019 | VAED TREAS 310 XX | | PREAUTHORIZED ACH CREDIT VAED TREAS 310 XXVA CH33 REF*48*CH33 TF VA FILE NO 455811080 *TER M 040119-061619 JARED N HERMANN | | $4,707.06 | $77,763.96 |
| 05/06/2019 | VAED TREAS 310 XX | | PREAUTHORIZED ACH CREDIT VAED TREAS 310 XXVA CH33 REF*48*CH33 TF VA FILE NO 606625043 *TER M 040119-061619 C S DRISCOLL | | $1,545.94 | $73,056.90 |
| 04/30/2019 | | | INTEREST CREDIT | | $3.26 | $71,510.96 |
| 04/26/2019 | VAED TREAS 310 XX | | PREAUTHORIZED ACH CREDIT VAED TREAS 310 XXVA CH33 REF*48*CH33 TF VA FILE NO 605704107 *TER M 040119-061619 JOSEPH A REYES | | $6,734.00 | $71,507.70 |
| 04/26/2019 | VAED TREAS 310 XX | | PREAUTHORIZED ACH CREDIT VAED TREAS 310 XXVA CH33 REF*48*CH33 TF VA FILE NO 572851150 *TER M 040119-061619 FRANK J COUTU | | $6,463.00 | $64,773.70 |
| 04/26/2019 | VAED TREAS 310 XX | | PREAUTHORIZED ACH CREDIT VAED TREAS 310 XXVA CH33 REF*48*CH33 TF VA FILE NO 615521361 *TER M 040119-061619 CHANCE P HAILEY | | $5,772.00 | $58,310.70 |
| 04/24/2019 | VAED TREAS 310 XX | | PREAUTHORIZED ACH CREDIT VAED TREAS 310 XXVA CH33 REF*48*CH33 TF VA FILE NO 610809678 *TER M 040119-061619 REINA M COCKREL | | $5,982.00 | $52,538.70 |
| 05/07/2019 | Totals | | | $0.00 | $36,483.32 | |

VARO, ATTN:EDUC. LIASON REP.
PO BOX 8888
MUSKOGEE OK 74402-8888

THE ART INSTITUTE OF LAS VEGAS
VA CERTIFYING OFFICIAL
2350 Corporate Circle
HENDERSON NV  89074

SCHOOL CODE   31904128

# 04/20/2019  -  04/26/2019

### POST 9/11 G.I. BILL (CHAPTER 33)
### TUITION AND YELLOW RIBBON PAYMENTS

```
**********************************************************
*                   L - E - G - E - N - D                *
**********************************************************
* BENEFIT-PAID    DESCRIPTION                             *
* ------------    ------------------------------------    *
*     33Y         YELLOW RIBBON                           *
*     33T         TUITION & FEES                          *
*                                                         *
*   OFFSET        DESCRIPTION                             *
* ------------    ------------------------------------    *
*      Y          PAYMENT IS REDUCED BECAUSE OF A STUDENT DEBT *
*      N          PAYMENT IS FULL ENTITLED AMOUNT         *
**********************************************************
```

```
*****************************************
*      REPORT BEGINS ON REVERSE SIDE    *
*****************************************
```

```
                                                      04/20/2019  -  04/26/201
   FACILITY  31904128    THE ART INSTITUTE OF LAS VEGAS    HENDERSON            PAGE
```

| RO | FILE NUMBER | AMT PAID | PERIOD FOR | TRNG TIME | FIRST ADDRESS LINE | OFFSET | BENEFI' PAID |
|----|-------------|----------|------------|-----------|---------------------|--------|--------------|
| 51 | 572851150 | 6463.00 | 040119-061619 | 4 | FRANK J COUTU | N | 33T |
| 51 | 605704107 | 6734.00 | 040119-061619 | 4 | JOSEPH A REYES | N | 33T |
| 51 | 615521361 | 5772.00 | 040119-061619 | 4 | CHANCE P HAILEY | N | 33T |

FACILITY  31904128    THE ART INSTITUTE OF LAS VEGAS    HENDERSON        04/13/2019  -  04/19/201
                                                                                        PAGE

| RO | FILE NUMBER | AMT PAID | PERIOD FOR | TRNG TIME | FIRST ADDRESS LINE | OFFSET | BENEFIT PAID |
|----|-------------|----------|------------|-----------|--------------------|--------|--------------|
| 51 | 036502112 | 5723.90 | 040119-061619 | 4 | SHANDA J EDWARDS | N | 33T |
| 51 | 317137789 | 1924.00 | 040119-061619 | 3 | KASEY J CUTHBERT | N | 33T |
| 51 | 406945435 | 6156.80 | 040119-061619 | 4 | THERON N GLOVER | N | 33T |
| 51 | 530811174 | 5772.00 | 040119-061619 | 4 | ZACKARY J GRETHER | N | 33T |
| 51 | 606625043 | 7696.00 | 040119-061619 | 4 | C S DRISCOLL | N | 33T |
| 51 | 610809678 | 5982.00 | 040119-061619 | 4 | REINA M COCKRELL | N | 33T |
| 51 | 612961136 | 7740.00 | 040119-061619 | 4 | JACOB R WILLIAMS | N | 33T |

5/14/2019 <span>Activity - Deposit Accounts</span>



 Member FDIC   Contact Us 855.336.9460

# Activity - Deposit Accounts

Report created: 05/14/2019 08:52:42 AM (ET)
Account: 072410013 • *4497 • Savings • BUSINESS MONEY FUND
Date range: 5/1/2019 to 5/14/2019
Transaction types: All transactions
Detail option: Includes transaction detail

**072410013 • *4497 • Savings • BUSINESS MONEY FUND**

| Post Date | Reference | Additional Reference | Description | Debit | Credit | Calculated Balance |
|---|---|---|---|---|---|---|
| 05/13/2019 | VAED TREAS 310 XX | | PREAUTHORIZED ACH CREDIT VAED TREAS 310 XXVA CH33 REF*48*CH33 TF VA FILE NO 611605854 *TER M 040119-061619 MICHAEL J CISNE | | $481.00 | $83,521.02 |
| 05/06/2019 | VAED TREAS 310 XX | | PREAUTHORIZED ACH CREDIT VAED TREAS 310 XXVA CH33 REF*48*CH33 TF VA FILE NO 574172557 *TER M 040119-061619 JASON L MARKS | | $5,276.06 | $83,040.02 |
| 05/06/2019 | VAED TREAS 310 XX | | PREAUTHORIZED ACH CREDIT VAED TREAS 310 XXVA CH33 REF*48*CH33 TF VA FILE NO 455811080 *TER M 040119-061619 JARED N HERMANN | | $4,707.06 | $77,763.96 |
| 05/06/2019 | VAED TREAS 310 XX | | PREAUTHORIZED ACH CREDIT VAED TREAS 310 XXVA CH33 REF*48*CH33 TF VA FILE NO 606625043 *TER M 040119-061619 C S DRISCOLL | | $1,545.94 | $73,056.90 |
| 05/14/2019 | Totals | | | $0.00 | $12,010.06 | |

VARO, ATTN:EDUC. LIASON REP.
PO BOX 8888
MUSKOGEE OK 74402-8888

THE ART INSTITUTE OF LAS VEGAS
VA CERTIFYING OFFICIAL
2350 Corporate Circle
HENDERSON NV  89074                              SCHOOL CODE   31904128

# 05/04/2019  -  05/10/2019

POST 9/11 G.I. BILL (CHAPTER 33)
TUITION AND YELLOW RIBBON PAYMENTS

```
**********************************************************************
*                    L - E - G - E - N - D                          *
**********************************************************************
* BENEFIT-PAID    DESCRIPTION                                        *
* ------------    ------------------------------------------------   *
*     33Y         YELLOW RIBBON                                      *
*     33T         TUITION & FEES                                     *
*                                                                    *
*   OFFSET        DESCRIPTION                                        *
* ------------    ------------------------------------------------   *
*     Y           PAYMENT IS REDUCED BECAUSE OF A STUDENT DEBT       *
*     N           PAYMENT IS FULL ENTITLED AMOUNT                    *
**********************************************************************
```

```
********************************************
*       REPORT BEGINS ON REVERSE SIDE      *
********************************************
```

05/04/2019 - 05/10/2019

FACILITY 31904128   THE ART INSTITUTE OF LAS VEGAS   HENDERSON                    PAGE

| RO | FILE NUMBER | AMT PAID | PERIOD FOR | TRNG TIME | FIRST ADDRESS LINE | OFFSET | BENEFIT PAID |
|---|---|---|---|---|---|---|---|
| 51 | 611605854 | 481.00 | 040119-061619 | 4 | MICHAEL J CISNEROS | N | 33T |

7/17/2019             Activity - Deposit Accounts



# CHEMICAL BANK

Member FDIC    Contact Us **855.336.9460**

# Activity - Deposit Accounts

Report created:    07/17/2019 10:26:30 AM (ET)
Account:    072410013 • *4497 • Savings • BUSINESS MONEY FUND
Date range:    6/1/2019 to 7/17/2019
Transaction types:   All transactions
Detail option:    Includes transaction detail

**072410013 • *4497 • Savings • BUSINESS MONEY FUND**

| Post Date | Reference | Additional Reference | Description | Debit | Credit | Calculated Balance |
|---|---|---|---|---|---|---|
| 07/16/2019 | VAED TREAS 310 XX | | PREAUTHORIZED ACH CREDIT VAED TREAS 310 XXVA CH33 REF*48*CH33 TF VA FILE NO 608486009 *TER M 070819-092219 GABRIEL C OSENT | | $4,177.94 | $172,797.33 |
| 07/16/2019 | VAED TREAS 310 XX | | PREAUTHORIZED ACH CREDIT VAED TREAS 310 XXVA CH33 REF*48*CH33 YR VA FILE NO 608486009 *TER M 070819-092219 GABRIEL C OSENT | | $534.53 | $168,619.39 |
| 07/16/2019 | VAED TREAS 310 XX | | PREAUTHORIZED ACH CREDIT VAED TREAS 310 XXVA CH33 REF*48*CH33 TF VA FILE NO 613724830 *TER M 070819-092219 CHASE S REYNOLD | | $6,734.00 | $168,084.86 |
| 07/16/2019 | VAED TREAS 310 XX | | PREAUTHORIZED ACH CREDIT VAED TREAS 310 XXVA CH33 REF*48*CH33 TF VA FILE NO 077806198 *TER M 070819-092219 EARNEST MCDUFFI | | $6,734.00 | $161,350.86 |
| 07/16/2019 | VAED TREAS 310 XX | | PREAUTHORIZED ACH CREDIT VAED TREAS 310 XXVA CH33 REF*48*CH33 TF VA FILE NO 530853555 *TER M 070819-092219 RUFINO FERNANDE | | $6,253.00 | $154,616.86 |
| 07/16/2019 | VAED TREAS 310 XX | | PREAUTHORIZED ACH CREDIT VAED TREAS 310 XXVA CH33 REF*48*CH33 TF VA FILE NO 572851150 *TER M 070819-092219 FRANK J COUTU | | $6,182.00 | $148,363.86 |
| 07/16/2019 | VAED TREAS 310 XX | | PREAUTHORIZED ACH CREDIT VAED TREAS 310 XXVA CH33 REF*48*CH33 TF VA FILE NO 530811001 *TER M 070819-092219 ANDREW M FRICKE | | $5,772.00 | $142,181.86 |
| 07/16/2019 | VAED TREAS 310 XX | | PREAUTHORIZED ACH CREDIT VAED TREAS 310 XXVA CH33 REF*48*CH33 TF VA FILE NO 452418500 *TER M 070819-092219 LAWRENCE R HENR | | $5,772.00 | $136,409.86 |
| 07/16/2019 | VAED TREAS 310 XX | | PREAUTHORIZED ACH CREDIT VAED TREAS 310 XXVA CH33 REF*48*CH33 TF VA FILE NO 456356086 *TER M 070819-092219 GREGORY G GRIFF | | $5,772.00 | $130,637.86 |
| 07/16/2019 | VAED TREAS 310 XX | | PREAUTHORIZED ACH CREDIT VAED TREAS 310 XXVA CH33 REF*48*CH33 TF VA FILE NO 604288298 *TER M 070819-092219 DEVIN M LEWIS | | $5,772.00 | $124,865.86 |
| 07/16/2019 | VAED TREAS 310 XX | | PREAUTHORIZED ACH CREDIT VAED TREAS 310 XXVA CH33 REF*48*CH33 TF VA FILE NO 561991453 *TER M 070819-092219 KARIMAZAR A GRA | | $5,305.94 | $119,093.86 |
| 07/16/2019 | VAED TREAS 310 XX | | PREAUTHORIZED ACH CREDIT VAED TREAS 310 XXVA CH33 REF*48*CH33 TF VA FILE NO 612961136 *TER M 070819-092219 JACOB R WILLIAM | | $4,929.94 | $113,787.92 |
| 07/16/2019 | VAED TREAS 310 XX | | PREAUTHORIZED ACH CREDIT VAED TREAS 310 XXVA CH33 REF*48*CH33 TF VA FILE NO 576291586 *TER M 070819-092219 ROLAND J KAILIH | | $2,659.16 | $108,857.98 |
| 07/16/2019 | VAED TREAS 310 XX | | PREAUTHORIZED ACH CREDIT VAED TREAS 310 XXVA CH33 REF*48*CH33 YR VA FILE NO 561991453 *TER M 070819-092219 KARIMAZAR A GRA | | $1,645.53 | $106,198.82 |
| 07/16/2019 | VAED TREAS 310 XX | | PREAUTHORIZED ACH CREDIT VAED TREAS 310 XXVA CH33 REF*48*CH33 YR VA FILE NO 612961136 *TER M 070819-092219 JACOB R WILLIAM | | $631.03 | $104,553.29 |

7/17/2019

Activity - Deposit Accounts

| | | | | | | |
|---|---|---|---|---|---|---|
| 07/15/2019 | VAED TREAS 310 XX | | PREAUTHORIZED ACH CREDIT VAED TREAS 310 XXVA CH33 REF*48*CH33 TF VA FILE NO 611605854 *TER M 070819-092219 MICHAEL J CISNE | | $4,912.94 | $103,922.26 |
| 07/15/2019 | VAED TREAS 310 XX | | PREAUTHORIZED ACH CREDIT VAED TREAS 310 XXVA CH33 REF*48*CH33 TF VA FILE NO 440909465 *TER M 070819-092219 JAMES B TAYRIEN | | $2,507.94 | $99,009.32 |
| 07/15/2019 | VAED TREAS 310 XX | | PREAUTHORIZED ACH CREDIT VAED TREAS 310 XXVA CH33 REF*48*CH33 TF VA FILE NO 575313394 *TER M 070819-092219 DEMITRIUS L MON | | $2,507.94 | $96,501.38 |
| 07/15/2019 | VAED TREAS 310 XX | | PREAUTHORIZED ACH CREDIT VAED TREAS 310 XXVA CH33 REF*48*CH33 YR VA FILE NO 575313394 *TER M 070819-092219 DEMITRIUS L MON | | $2,353.53 | $93,993.44 |
| 07/15/2019 | VAED TREAS 310 XX | | PREAUTHORIZED ACH CREDIT VAED TREAS 310 XXVA CH33 REF*48*CH33 YR VA FILE NO 440909465 *TER M 070819-092219 JAMES B TAYRIEN | | $910.53 | $91,639.91 |
| 07/12/2019 | VAED TREAS 310 XX | | PREAUTHORIZED ACH CREDIT VAED TREAS 310 XXVA CH33 REF*48*CH33 YR VA FILE NO 606663323 *TER M 040119-061619 ISAIAH T SAOLE | | $3,231.50 | $90,729.38 |
| 06/28/2019 | | | INTEREST CREDIT | | $7.16 | $87,497.88 |
| 06/06/2019 | VAED TREAS 310 XX | | PREAUTHORIZED ACH CREDIT VAED TREAS 310 XXVA CH33 REF*48*CH33 TF VA FILE NO 398197740 *TER M 040119-061619 ALLAN L SCHNEID | | $1,653.00 | $87,490.72 |
| 07/17/2019 | Totals | | | $0.00 | $86,959.61 | |

2/2

8/7/2019                                           Activity - Deposit Accounts



## CHEMICAL BANK

A Division of TCF National Bank

# Activity - Deposit Accounts

Report created:   08/07/2019 11:11:50 AM (ET)
Account:          072410013 • *4497 • Savings • BUSINESS MONEY FUND
Date range:       7/15/2019 to 8/7/2019
Transaction types:   Selected transactions
Detail option:    Includes transaction detail

**072410013 • *4497 • Savings • BUSINESS MONEY FUND**

| Post Date | Reference | Additional Reference | Description | Debit | Credit |
|---|---|---|---|---|---|
| 07/29/2019 | VAED TREAS 310 XX | | PREAUTHORIZED ACH CREDIT<br>VAED TREAS 310 XXVA CH33 REF*48*CH33 TF VA FILE NO 530618531 *TER M 070819-092219 STEVEN J GOLDFI | | $5,874.94 |
| 07/29/2019 | VAED TREAS 310 XX | | PREAUTHORIZED ACH CREDIT<br>VAED TREAS 310 XXVA CH33 REF*48*CH33 TF VA FILE NO 530113349 *TER M 070819-092219 CHARLES J KLINE | | $5,772.00 |
| 07/29/2019 | VAED TREAS 310 XX | | PREAUTHORIZED ACH CREDIT<br>VAED TREAS 310 XXVA CH33 REF*48*CH33 TF VA FILE NO 257653201 *TER M 070819-092219 JATHAN TODD SCO | | $5,772.00 |
| 07/29/2019 | VAED TREAS 310 XX | | PREAUTHORIZED ACH CREDIT<br>VAED TREAS 310 XXVA CH33 REF*48*CH33 TF VA FILE NO 464779027 *TER M 070819-092219 SHADADRIAN D JO | | $5,772.00 |
| 07/29/2019 | VAED TREAS 310 XX | | PREAUTHORIZED ACH CREDIT<br>VAED TREAS 310 XXVA CH33 REF*48*CH33 TF VA FILE NO 530751951 *TER M 070819-092219 LOGAN D WYNKOOP | | $5,393.94 |
| 07/29/2019 | VAED TREAS 310 XX | | PREAUTHORIZED ACH CREDIT<br>VAED TREAS 310 XXVA CH33 REF*48*CH33 TF VA FILE NO 528816666 *TER M 070819-092219 CHARLES C CRUSE | | $4,912.94 |
| 07/29/2019 | VAED TREAS 310 XX | | PREAUTHORIZED ACH CREDIT<br>VAED TREAS 310 XXVA CH33 REF*48*CH33 TF VA FILE NO 516198294 *TER M 070819-092219 JASMYNE M DEITZ | | $4,575.00 |
| 07/29/2019 | VAED TREAS 310 XX | | PREAUTHORIZED ACH CREDIT<br>VAED TREAS 310 XXVA CH33 REF*48*CH33 TF VA FILE NO 215271941 *TER M 070819-092219 WILLIAM R OBRIE | | $3,950.94 |
| 07/29/2019 | VAED TREAS 310 XX | | PREAUTHORIZED ACH CREDIT<br>VAED TREAS 310 XXVA CH33 REF*48*CH33 YR VA FILE NO 215271941 *TER M 070819-092219 WILLIAM R OBRIE | | $1,151.03 |
| 07/29/2019 | VAED TREAS 310 XX | | PREAUTHORIZED ACH CREDIT<br>VAED TREAS 310 XXVA CH33 REF*48*CH33 YR VA FILE NO 243672889 *TER M 070819-092219 HANNAH L ANDREW | | $1,151.03 |
| 07/29/2019 | VAED TREAS 310 XX | | PREAUTHORIZED ACH CREDIT<br>VAED TREAS 310 XXVA CH33 REF*48*CH33 TF VA FILE NO 243672889 *TER M 070819-092219 HANNAH L ANDREW | | $1,064.94 |
| 07/29/2019 | VAED TREAS 310 XX | | PREAUTHORIZED ACH CREDIT<br>VAED TREAS 310 XXVA CH33 REF*48*CH33 YR VA FILE NO 530618531 *TER M 070819-092219 STEVEN J GOLDFI | | $910.53 |
| 07/29/2019 | VAED TREAS 310 XX | | PREAUTHORIZED ACH CREDIT<br>VAED TREAS 310 XXVA CH33 REF*48*CH33 YR VA FILE NO 530751951 *TER M 070819-092219 LOGAN D WYNKOOP | | $189.03 |
| 08/07/2019 | Totals | | | $0.00 | $46,490.32 |

VARO, ATTN:EDUC. LIASON REP.
PO BOX 8888
MUSKOGEE OK 74402-8888

THE ART INSTITUTE OF LAS VEGAS
VA CERTIFYING OFFICIAL
2350 Corporate Circle
HENDERSON NV  89074

SCHOOL CODE  31904128

# 07/06/2019  -  07/12/2019

POST 9/11 G.I. BILL (CHAPTER 33)
TUITION AND YELLOW RIBBON PAYMENTS

```
***********************************************************
*                    L - E - G - E - N - D                *
***********************************************************
* BENEFIT-PAID    DESCRIPTION                             *
* ------------    -------------------------------------   *
*     33Y         YELLOW RIBBON                           *
*     33T         TUITION & FEES                          *
*                                                         *
*   OFFSET        DESCRIPTION                             *
* ------------    -------------------------------------   *
*     Y           PAYMENT IS REDUCED BECAUSE OF A STUDENT DEBT *
*     N           PAYMENT IS FULL ENTITLED AMOUNT        *
***********************************************************
```

```
*********************************************
*      REPORT BEGINS ON REVERSE SIDE        *
*********************************************
```

07/06/2019  -  07/12/20
PAGE

FACILITY  31904128    THE ART INSTITUTE OF LAS VEGAS    HENDERSON

| RO | FILE NUMBER | AMT PAID | PERIOD FOR | TRNG TIME | FIRST ADDRESS LINE | OFFSET | BENEFI PAID |
|---|---|---|---|---|---|---|---|
| 51 | 077806198 | 6734.00 | 070819-092219 | 4 | EARNEST MCDUFFIE JR | N | 33T |
| 51 | 440909465 | 910.53 | 070819-092219 | 4 | JAMES B TAYRIEN | N | 33Y |
| 51 | 440909465 | 2507.94 | 070819-092219 | 4 | JAMES B TAYRIEN | N | 33T |
| 51 | 452418500 | 5772.00 | 070819-092219 | 4 | LAWRENCE R HENRY | N | 33T |
| 51 | 456356086 | 5772.00 | 070819-092219 | 4 | GREGORY G GRIFFIN | N | 33T |
| 51 | 530811001 | 5772.00 | 070819-092219 | 4 | ANDREW M FRICKER | N | 33T |
| 51 | 530853555 | 6253.00 | 070819-092219 | 4 | RUFINO FERNANDEZ | N | 33T |
| 51 | 561991453 | 1645.53 | 070819-092219 | 4 | KARIMAZAR A GRAJO | N | 33Y |
| 51 | 561991453 | 5305.94 | 070819-092219 | 4 | KARIMAZAR A GRAJO | N | 33T |
| 51 | 572851150 | 6182.00 | 070819-092219 | 4 | FRANK J COUTU | N | 33T |
| 51 | 575313394 | 2353.53 | 070819-092219 | 4 | DEMITRIUS L MONICO | N | 33Y |
| 51 | 575313394 | 2507.94 | 070819-092219 | 4 | DEMITRIUS L MONICO | N | 33T |
| 51 | 576291586 | 2659.16 | 070819-092219 | 4 | ROLAND J KAILIHIWA | N | 33T |
| 51 | 604288298 | 5772.00 | 070819-092219 | 4 | DEVIN M LEWIS | N | 33T |
| 51 | 606663323 | 3231.50 | 040119-061619 | 4 | ISAIAH T SAOLE | N | 33Y |
| 51 | 608486009 | 4177.94 | 070819-092219 | 4 | GABRIEL C OSENTAL | N | 33T |
| 51 | 608486009 | 534.53 | 070819-092219 | 4 | GABRIEL C OSENTAL | N | 33Y |
| 51 | 611605854 | 4912.94 | 070819-092219 | 4 | MICHAEL J CISNEROS | N | 33T |
| 51 | 612961136 | 4929.94 | 070819-092219 | 4 | JACOB R WILLIAMS | N | 33T |
| 51 | 612961136 | 631.03 | 070819-092219 | 4 | JACOB R WILLIAMS | N | 33Y |
| 51 | 613724830 | 6734.00 | 070819-092219 | 4 | CHASE S REYNOLDS | N | 33T |

VARO, ATTN:EDUC. LIASON REP.
PO BOX 8888
MUSKOGEE OK 74402-8888

THE ART INSTITUTE OF LAS VEGAS
VA CERTIFYING OFFICIAL
2350 Corporate Circle
HENDERSON NV  89074                    SCHOOL CODE  31904128

# 07/06/2019  -  07/12/2019

### POST 9/11 G.I. BILL (CHAPTER 33)
### TUITION AND YELLOW RIBBON PAYMENTS

```
*******************************************************************
*                        L - E - G - E - N - D                   *
*******************************************************************
*  BENEFIT-PAID    DESCRIPTION                                    *
*  ------------    -------------------------------------------    *
*      33Y         YELLOW RIBBON                                  *
*      33T         TUITION & FEES                                 *
*                                                                 *
*    OFFSET        DESCRIPTION                                    *
*  ------------    -------------------------------------------    *
*      Y           PAYMENT IS REDUCED BECAUSE OF A STUDENT DEBT   *
*      N           PAYMENT IS FULL ENTITLED AMOUNT                *
*******************************************************************
```

```
***********************************************
*      REPORT BEGINS ON REVERSE SIDE          *
***********************************************
```

FACILITY  31904128   THE ART INSTITUTE OF LAS VEGAS    HENDERSON

| RO | FILE NUMBER | AMT PAID | PERIOD FOR | TRNG TIME | FIRST ADDRESS LINE | OFFSET | BENEFIT PAID |
|---|---|---|---|---|---|---|---|
| 51 | 077806198 | 6734.00 | 070819-092219 | 4 | EARNEST MCDUFFIE JR | N | 33T |
| 51 | 440909465 | 910.53 | 070819-092219 | 4 | JAMES B TAYRIEN | N | 33Y |
| 51 | 440909465 | 2507.94 | 070819-092219 | 4 | JAMES B TAYRIEN | N | 33T |
| 51 | 452418500 | 5772.00 | 070819-092219 | 4 | LAWRENCE R HENRY | N | 33T |
| 51 | 456356086 | 5772.00 | 070819-092219 | 4 | GREGORY G GRIFFIN | N | 33T |
| 51 | 530811001 | 5772.00 | 070819-092219 | 4 | ANDREW M FRICKER | N | 33T |
| 51 | 530853555 | 6253.00 | 070819-092219 | 4 | RUFINO FERNANDEZ | N | 33T |
| 51 | 561991453 | 1645.53 | 070819-092219 | 4 | KARIMAZAR A GRAJO | N | 33Y |
| 51 | 561991453 | 5305.94 | 070819-092219 | 4 | KARIMAZAR A GRAJO | N | 33T |
| 51 | 572851150 | 6182.00 | 070819-092219 | 4 | FRANK J COUTU | N | 33T |
| 51 | 575313394 | 2353.53 | 070819-092219 | 4 | DEMITRIUS L MONICO | N | 33Y |
| 51 | 575313394 | 2507.94 | 070819-092219 | 4 | DEMITRIUS L MONICO | N | 33T |
| 51 | 576291586 | 2659.16 | 070819-092219 | 4 | ROLAND J KAILIHIWA | N | 33T |
| 51 | 604288298 | 5772.00 | 070819-092219 | 4 | DEVIN M LEWIS | N | 33T |
| 51 | 606663323 | 3231.50 | 040119-061619 | 4 | ISAIAH T SAOLE | N | 33Y |
| 51 | 608486009 | 4177.94 | 070819-092219 | 4 | GABRIEL C OSENTAL | N | 33T |
| 51 | 608486009 | 534.53 | 070819-092219 | 4 | GABRIEL C OSENTAL | N | 33Y |
| 51 | 611605854 | 4912.94 | 070819-092219 | 4 | MICHAEL J CISNEROS | N | 33T |
| 51 | 612961136 | 4929.94 | 070819-092219 | 4 | JACOB R WILLIAMS | N | 33T |
| 51 | 612961136 | 631.03 | 070819-092219 | 4 | JACOB R WILLIAMS | N | 33Y |
| 51 | 613724830 | 6734.00 | 070819-092219 | 4 | CHASE S REYNOLDS | N | 33T |