# EXHIBIT 16

| TUITION | Student Body | Credits | Per Credit | Total | Title IV |
|---|---|---|---|---|---|
| Winter Q 19 | 510 | 11 | $485 | $2,774,200<br>$2,080,650 (-24% V)<br>$1,600,000 (-T-IV pmt) | $1,600,000 |
| Spring Q 19 | 250 | 11 | $485 | $1,333,750 | $1,333,750 |
| Summer Q 19 | 180 | 11 | $485 | $ 960,300 | $960,300 |
| Fall Q 19 | 120 | 11 | $485 | $ 640,000 | $640.000 |

**$ 4,534,050.00 Title IV Anticipated**