# EXHIBIT 18

November 22, 2020

I, Lisa Mayo-DeRiso, hereby issue a declaration of the facts, to put forth my side of the story as it pertains to Save The Art Institute.

In my role as an adjunct professor at the Art Institute Las Vegas since June of 2016, I immediately agreed to be a member of the Save The Art Institute team in an effort to save our school for the students I had come to admire and care for.

Save The Art Institute of Las Vegas Limited was formed and I worked as both a strategist and the publicist for the effort. Every member of our teaching staff and administration were on board to save our school.

William Turbay and Richard Rock took the lead. They were fulltime members of the team. Some like myself also worked fulltime and taught at the school parttime, while others were fulltime faculty.

The communications as to what was going on with the effort to save our school were complex and ever changing. Yet, we kept students and faculty aware of what was happening with bulleting, social media and the press. All meetings regarding the effort were open to staff, administration and student.

I attended the meeting at Howard and Howard on March 27, 28, with the Receiver, the Receiver's brother Charlie Dottore, the Receivers' counsel, William Turbay who was the faculty member who spearheaded to movement to 'Save the School', with Tim Kelly another faculty member, Richard Rock a local businessman and Consultant to the group, Doctor Vu Luu a local physician dedicated to helping save the school and local attorneys. We met for several hours.

At that meeting, the Receiver made representation and repeated promises that he had knowledge and past experience with the receivership of a college. He said his goal was to keep the school open and to make sure students college money was safe. No one on our team, other than our lawyers had any experience with the receivership process, as a result, we relied upon his insistence that he would work with us and had the same goals as we did. We discussed the following: Title IV funding was in places and would be sent to the college in a few weeks, he insured us that nationwide On Line Course Program would be given to us by the following week, he told us with no hesitation that the physical assets of the Phoenix and San Diego closed schools including culinary equipment, etc. would be protected.

In the meeting, to my surprise, the Receiver asked our group, Save The Arts Institute, for a LOAN to make the past due rent payment and to make a campus payroll payment for Winter Quarter. Given the Receivers fiduciary and legal duty to the project, so ordered by a judge, and the insistence that the Title IV money was an asset to the process, Mr. Turbay, Mr. Kelly and Dr. Luu agreed to make the loan at which time the Receiver stated that it would be repaid in a few weeks - maximum 30 days.

In another phony and false gesture, the Receiver came to the Art Institute Las Vegas campus on March 7, 2019 and was the keynote speaker at a student/faculty meeting. I attended this meeting and worked with the media that was also in attendance. Not only did the Receiver make more bold and positive promises, but he gladly the signed the Agreements to save the school.

It is worth noting that during this entire time, faculty were still teaching classes, myself included, even though we had only been paid for the Winter Quarter.

1 | P a g e

Save AiLV was inseparable from the entire faculty and staff of the Art Institute of Las Vegas. The offices were on the same floor and adjacent to the other administration offices. I kept the media and social media postings timely, letting all students, faculty, and administration of the progress, and or lack of progress. Our message was clear and consistent: local faculty and administration want to save and operate the Arts Institutes Las Vegas. So much so, the team met with local political leaders, local investors, and our Nevada Congressional delegates asking for their help and assistance with our efforts.

Unfortunately, at just about every turn, the Receiver did not uphold his verbal promises, written agreements and documented intentions. Not to mention the repeated refusal to comply with the Judges orders that I have kept copies of in a well-documented file.

While the Receiver constantly sang the praises of the Save AiLV efforts and applauded us for our dedication and desire to save our college, his actions did not support the rhetoric we heard from the start to the unfortunate end.

I declare under penalty and perjury that the foregoing is true and correct.

*Lisa Mayo-DeRiso*

Lisa Mayo-DeRiso
Adjunct Faculty
Save AiLV Team Member

10/20/2020      Petition · Save the Art Institute of Las Vegas · Change.org

## change.org

*Petition*     3811 Signatures

Students
Faculty
Staff
Administration
Alumni
Community Support

Petition details    Comments    Updates



**3,811 have signed.** Let's get to 5,000!

**William Turbay started this petition to Save the Art Institute of Las Vegas Limited**

We, the dedicated faculty, current students and grateful alumni have united together to form a legal entity in the State of Nevada committed to saving The Art Institute of Las Vegas, so that it may remain open for the direct benefit of the current students and the future of this local community.

If you support this valuable effort, your signature on this petition would be incredibly important and influential!