IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DIGITAL MEDIA SOLUTIONS, LLC, | ) | Case No. 1:19-cv-145 |
| | ) | |
| Plaintiff, | ) | JUDGE DAN AARON POLSTER |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | THOMAS M. PARKER |
| SOUTH UNIVERSITY OF OHIO, LLC, *et al.* | ) | |
| | ) | |
| Defendants. | ) | **ORDER** |
| | ) | |

Upon motion of the receiver (ECF Doc. 705), the Court hereby removes all deadlines and CANCELS the hearing scheduled for May 7, 2021 at 4:00 p.m.[1] on the receiver's motion for order approving settlement. ECF Doc. 674. On or before **May 25, 2021**, the receiver must file an amended motion to approve any amended, proposed settlement agreement. After the proposed amendments are filed, the Court will establish new deadlines for objections and schedule a hearing on the receiver's motion for an order approving the amended settlement agreement.

IT IS SO ORDERED.

Dated: April 21, 2021

*s/Dan Aaron Polster*
JUDGE DAN AARON POLSTER

*s/Thomas M. Parker*
Thomas M. Parker
United States Magistrate Judge

---

[1] Thus, the receiver's motion to continue the hearing is also GRANTED, in part. ECF Doc. 702.