# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| DIGITAL MEDIA SOLUTIONS, LLC, *Plaintiff*, v. SOUTH UNIVERSITY OF OHIO, LLC, *et al.*, *Defendants*. | CASE NO. 1:19-cv-145<br><br>Judge Dan Aaron Polster<br><br>Magistrate Judge Thomas M. Parker |

## INTERVENORS EMMANUEL DUNAGAN, ROBERT J. INFUSINO, JESSICA MUSARI, & STEPHANIE PORRECA'S NOTICE OF APPEAL

Notice is hereby given that Intervenors Emmanuel Dunagan, Robert J. Infusino, Jessica Muscari, and Stephanie Porreca (collectively, the "*Dunagan* Intervenors") hereby appeal to the United States Court of Appeals for the Sixth Circuit from this Court's orders of October 20, 2021, which overruled the *Dunagan* Intervenors' objections to the Receiver's proposed settlement agreement and bar order (Dkt. 757), approved that settlement and entered a bar order against the *Dunagan* Intervenors' pending litigation in another federal court (Dkt. 758), and approved the Receiver's proposed litigation trust (Dkt. 760). The *Dunagan* Intervenors also appeal from this Court's interlocutory orders of April 13 and May 24, 2021 (Dkts. 701, 715), denying their request for discovery regarding the nature of the Receiver's alleged claims being settled, and of August 18, 2021 (Dkt.749), explaining the Court's intent to approve the settlement and bar order and requiring the Receiver to propose a litigation trust.

Date: October 26, 2021	Respectfully Submitted,

*/s/ Eleanor Hagan*
Eleanor M. Hagan (Bar # 0091852)
SQUIRE PATTON BOGGS (US) LLP
4900 Key Tower
127 Public Square
Cleveland, Ohio 44114
Telephone: +1 216 479 8500
E-mail: Eleanor.hagan@squirepb.com

Eric Rothschild (Admitted Pro Hac Vice)
Alexander S. Elson (Admitted Pro Hac Vice)
NATIONAL STUDENT LEGAL DEFENSE NETWORK
1015 15th Street NW, Suite 600
Washington DC 20005
Email:	eric@defendstudents.org
	alex@defendstudents.org
Telephone:	202-734-7495

Counsel for Intervenors
Emmanuel Dunagan, Jessica Muscari, Robert J. Infusino, and Stephanie Porreca

## CERTIFICATE OF SERVICE

    It is hereby certified that a copy of the foregoing Notice of Appeal was served by the Court's CM/ECF electronic filing system this 26th day of October, 2021 upon all parties receiving electronic notice in this case.

                                            */s/ Eleanor Hagan*
                                            Eleanor Hagan
                                            One of the Attorneys for Intervenors