**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **DIGITAL MEDIA SOLUTIONS, LLC,** | ) | **CASE NO. 1:19-cv-145** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE DAN AARON POLSTER** |
| | ) | |
| **v.** | ) | **MAGISTRATE JUDGE** |
| | ) | **THOMAS M. PARKER** |
| **SOUTH UNIVERSITY OF OHIO,** | ) | |
| **LLC, *et. al.*,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**THIRTY-NINTH MONTHLY REPORT OF THE RECEIVER**
**PURSUANT TO LOCAL RULE 66.1**

Pursuant to this Court's December 11, 2019 Order, the Receiver submits his

Report comprised of the following:

1.    Receivership Inventory of Assets as of February 28, 2023 (Exhibit A);

2.    Receivership Cash Receipts and Disbursements Summary for the

Period Commencing February 1, 2023 and Ended February 28, 2023

(Exhibit B);

3.    Actual Weekly Cash Flow for the Period Commencing January 1, 2023,

and Ending February 28, 2023 (Exhibit C); and

4.    Receipts and Disbursements for the Period Commencing February 1,

2023 and Ending February 28, 2023 (Exhibit D).

Dated:  March 29, 2023          Respectfully submitted,

   /s/ Mary K. Whitmer
Mary K. Whitmer (0018213)
James W. Ehrman (0011006)
Robert M. Stefancin (0047184)
WHITMER & EHRMAN LLC
2344 Canal Road, Suite 401
Cleveland, Ohio 44113-2535
Telephone: (216) 771-5056
Telecopier: (216) 771-2450
Email: mkw@WEadvocate.net
      jwe@WEadvocate.net
      rms@WEadvocate.net

*Counsel for Mark E. Dottore, Receiver*

4855-4536-3546 v.1                    2