IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DIGITAL MEDIA SOLUTIONS, LLC, | ) | Case No. 1:19-cv-145 |
| | ) | |
| Plaintiff, | ) | JUDGE DAN AARON POLSTER |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | THOMAS M. PARKER |
| SOUTH UNIVERSITY OF OHIO, LLC, *et al.* | ) | |
| | ) | |
| Defendants. | ) | **ORDER** |
| | ) | |
| | ) | |

An in-person settlement conference is scheduled for **June 14, 2023 at 1:00 p.m.** in Courtroom 18B for the following entities, individuals and counsel:

1. National Union Fire Insurance Company of Pittsburgh, PA/AIG's claim representative, Kimberly Huebner and counsel, Gavin Curley;

2. Everest National Insurance Company's representative with full authority to settle and counsel, R. Stacy Lane;

3. Starr Indemnity & Liability Co.'s representative with full authority to settle and counsel;

4. Landmark American Insurance Co.'s representative, Scott Fahy, and counsel;

5. Ironshore Indemnity Inc.'s representative, Vincent Ciampi, and counsel;

6. Brent Richardson, Chris Richardson, and their counsel, Kenneth Schmetterer;

7. Shelly Murphy and her counsel, Michael Schern;

8. Pastor Matthew Barnett and counsel, Vicki Podberesky;

9. Dream Center Foundation's representatives and/or counsel, John Ochoa and David Stowell;

1

10. Emmanuel Dunagan, Jessica Muscari, Robert Infusino, Stephanie Porreca, Cheyanna Jaffke, Marina Awed, Jayne Kenney, Megan Tuyls, a representative (with full settlement authority) for the National Student Legal Defense Network ("the Dunagan Group"), and counsel, Eleanor Hagan and Eric Rothschild;

11. Receiver Mark Dottore and counsel.

All counsel are required to submit position papers to the Court on or before **12:00 p.m. on June 9, 2023**. Position papers should indicate the most recent demand from the Dunagan Group and most recent offers from the Receiver, the Officers and Directors, and the insurance carriers. The position papers should also explain any issues, which have kept the parties from resolving their claims. Position papers must be e-mailed to Judge Polster's law clerk at carrie_roush@ohnd.uscourts.gov.

IT IS SO ORDERED.

Dated: May 5, 2023

*s/Dan Aaron Polster*
United States District Judge