UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| DIGITAL MEDIA SOLUTIONS, LLC, | ) CASE NO. 1:19-cv-145 |
| | ) |
| Plaintiff, | ) JUDGE DAN AARON POLSTER |
| | ) |
| v. | ) MAGISTRATE JUDGE |
| | )  THOMAS M. PARKER |
| SOUTH UNIVERSITY OF OHIO, | ) |
| LLC, *et. al.*, | ) |
| | ) |
| Defendants. | ) |

**FORTIETH MONTHLY REPORT OF THE RECEIVER
PURSUANT TO LOCAL RULE 66.1**

Pursuant to this Court's December 11, 2019 Order, the Receiver submits his Report comprised of the following:

1. Receivership Inventory of Assets as of March 31, 2023 (Exhibit A);

2. Receivership Cash Receipts and Disbursements Summary for the Period Commencing March 1, 2023 and Ended March 31, 2023 (Exhibit B);

3. Actual Weekly Cash Flow for the Period Commencing January 1, 2023, and Ending March 31, 2023 (Exhibit C); and

4. Receipts and Disbursements for the Period Commencing March 1, 2023 and Ending March 31, 2023 (Exhibit D).

4855-4536-3546 v.3

| | |
|---|---|
| Dated: May 10, 2023 | Respectfully submitted,<br><br> /s/ *Mary K. Whitmer*  <br>Mary K. Whitmer (0018213)<br>James W. Ehrman (0011006)<br>Robert M. Stefancin (0047184)<br>WHITMER & EHRMAN LLC<br>2344 Canal Road, Suite 401<br>Cleveland, Ohio 44113-2535<br>Telephone: (216) 771-5056<br>Telecopier: (216) 771-2450<br>Email: mkw@WEadvocate.net<br>         jwe@WEadvocate.net<br>         rms@WEadvocate.net<br><br>*Counsel for Mark E. Dottore, Receiver* |