IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DIGITAL MEDIA SOLUTIONS, LLC, | ) | Case No. 1:19-cv-145 |
| | ) | |
| Plaintiff, | ) | JUDGE DAN AARON POLSTER |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | THOMAS M. PARKER |
| SOUTH UNIVERSITY OF OHIO, LLC, *et al.* | ) | |
| | ) | |
| Defendants. | ) | **ORDER** |
| | ) | |
| | ) | |

On June 11, 2023, Emmanuel Dunagan, Robert Infusino, Jessica Muscari and Stephanie Porreca filed a motion to withdraw their intervention in this case. ECF Doc. 795. Upon due consideration, the motion to withdraw intervention is DENIED. The intervening parties have been a large factor in the continued existence of the receivership; their appeal from the Court's order upended the settlement, which would have terminated the receivership. Their presence at the upcoming settlement conference is necessary for a meaningful resolution of the ongoing disputes in this case. For this reason, the motion to withdraw intervention is DENIED and the intervening parties and their counsel are required to attend the in-person settlement conference on June 14, 2023. If Emmanuel Dunagan, Robert Infusino, Jessica Muscari and Stephanie Porreca and their counsel, do not attend the June 14 settlement conference, they will be subject to sanctions including, but not limited to, being held in contempt of the Court's order.

IT IS SO ORDERED.

Dated: June 12, 2023

*s/Dan Aaron Polster*
United States District Judge