# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **DIGITAL MEDIA SOLUTIONS, LLC,** | ) | CASE NO. 1:19-cv-145 |
| | ) | |
| Plaintiff, | ) | JUDGE DAN AARON POLSTER |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | THOMAS M. PARKER |
| **SOUTH UNIVERSITY OF OHIO,** | ) | |
| **LLC,** *et. al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**FORTY-SECOND MONTHLY REPORT OF THE RECEIVER
PURSUANT TO LOCAL RULE 66.1**

Pursuant to this Court's December 11, 2019 Order, the Receiver submits his Report comprised of the following:

1. Receivership Inventory of Assets as of May 31, 2023 (Exhibit A);

2. Receivership Cash Receipts and Disbursements Summary for the Period Commencing May 1, 2023 and Ended May 31, 2023 (Exhibit B);

3. Actual Weekly Cash Flow for the Period Commencing January 1, 2023, and Ending May 31, 2023 (Exhibit C); and

4. Receipts and Disbursements for the Period Commencing May 1, 2023 and Ending May 31, 2023 (Exhibit D).

2

Dated: June 22, 2023          Respectfully submitted,

         */s/ Mary K. Whitmer*
         Mary K. Whitmer (0018213)
         James W. Ehrman (0011006)
         Robert M. Stefancin (0047184)
         WHITMER & EHRMAN LLC
         2344 Canal Road, Suite 401
         Cleveland, Ohio 44113-2535
         Telephone: (216) 771-5056
         Telecopier: (216) 771-2450
         Email: mkw@WEadvocate.net
                   jwe@WEadvocate.net
                   rms@WEadvocate.net

         *Counsel for Mark E. Dottore, Receiver*