**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| DIGITAL MEDIA SOLUTIONS, LLC ) | CASE NO. 1:19-cv-145 |
| ) | |
| Plaintiff, ) | HONORABLE DAN AARON POLSTER |
| v. ) | |
| ) | |
| SOUTH UNIVERSITY OF OHIO, LLC, *et al.* ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |
| ) | |

### ORDER AUTHORIZING PASTOR MATTHEW BARNETT AN EXTENSION TO RESPOND/OBJECT TO THE RECEIVER'S MOTION (DKT. NO. 818)

This matter having come before the Court upon the filing of the Unopposed Motion (the "Motion") For A Two-Week Extension To Respond To Receiver's Motion (Dkt. no. 818), seeking an order approving a two-week extension of time for Pastor Barnett to file a response and objection to the Receiver's pending Motion to Approve Liquidation Litigation Trust, Terminate Receivership, and Authorize Transfer of Assets to Liquidation Litigation Trust (Dkt. no. 818) (the "Receiver's Motion"); and good cause appearing, it is HEREBY ORDERED that:

1. The Motion is granted; and

2. Pastor Matthew Barnett is granted an extension of time to file a response or objection to the Receiver's Motion by June 27, 2024 at 4:00 p.m.

Dated: June 12 , 2024

IT IS SO ORDERED

/s/ Dan Aaron Polster
Dan Aaron Polster
United States District Judge