**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **DIGITAL MEDIA SOLUTIONS, LLC,** | ) | **CASE NO. 1:19-cv-145** |
| | ) | |
| Plaintiff, | ) | **JUDGE DAN AARON POLSTER** |
| | ) | |
| v. | ) | **MAGISTRATE JUDGE** |
| | ) | **THOMAS M. PARKER** |
| **SOUTH UNIVERSITY OF OHIO,** | ) | |
| **LLC,** *et. al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**FIFTY-EIGHTH MONTHLY REPORT OF THE RECEIVER**
**PURSUANT TO LOCAL RULE 66.1**

Pursuant to this Court's December 11, 2019 Order, the Receiver submits his Report comprised of the following:

1. Receivership Inventory of Assets as of September 30, 2024 (Exhibit A);

2. Receivership Cash Receipts and Disbursements Summary for the Period Commencing September 1, 2024 and Ended September 30, 2024 (Exhibit B);

3. Actual Weekly Cash Flow for the Period Commencing January 1, 2024, and Ending September 30, 2024 (Exhibit C); and

4. Receipts and Disbursements for the Period Commencing September 1, 2024 and Ending September 30, 2024 (Exhibit D).

4873-1565-9250 v.1

| | |
|---|---|
| Dated: October 24, 2024 | Respectfully submitted, |
| | */s/ Mary K. Whitmer* |
| | Mary K. Whitmer (0018213) |
| | WHITMER & EHRMAN LLC |
| | 2344 Canal Road, Suite 401 |
| | Cleveland, Ohio 44113-2535 |
| | Telephone: (216) 771-5056 |
| | Telecopier: (216) 771-2450 |
| | Email: mkw@WEadvocate.net |
| | |
| | *Counsel for Mark E. Dottore, Receiver* |