**Mark E. Dottore, Receiver**
**Digital Media Solutions, LLC**
**v. South University of Ohio, LLC**
**Case No. 1:19 cv 145**

### Receivership Cash Receipts and Cash Disbursements Summary

### September 1, 2024 through September 30, 2024

### and year 2024 to date

| Cash Receipts: Category | Sep-24 Receiver Operating | 2024 year to date Total |
|---|---:|---:|
| Funds received from AU/AI/South | | $ - |
| Student Stipend Funding | | - |
| Student Payments | 1,061 | 12,001 |
| State Grants | | - |
| Perkins Loans | | - |
| Misc Deposits/court orders | - | 1,210 |
| Equipment sale proceeds | - | |
| Collection Agency | | - |
| Student Tuition | | - |
| Title IV | | - |
| VA Funding | | - |
| Private Funding | | - |
| Payroll Funding | | - |
| Benefits Funding | | - |
| PNC P-Cards | | - |
| Transfers In from Receiver cash accounts | - | 312,853 |
| Transfers in from Argosy | | - |
| Transfers from restricted funds | | - |
| Rental Income | | - |
| Interest | | - |
| Legal fee retainers returned | - | - |
| Transcripts | - | - |
| Sarasota license funds | - | - |
| Funds from Studio | - | - |
| Loan Proceeds | - | - |
| **TOTAL** | **$ 1,061** | **$ 326,064** |

| Cash Disbursements: Category | Sep-24 Receiver Operating | 2024 year to date Total |
|---|---:|---:|
| Student Stipends | - | $ - |
| Returned Student Payments | | - |
| Returned Checks | | - |
| Payroll | - | - |
| Payroll Tax | | - |
| Benefits | | - |
| Tax | | - |
| 401K | | - |
| Rent | - | - |
| Insurance | - | - |
| Legal | | - |
| Employee Expenses | - | - |
| Accounts Payable | | - |
| Accreditation | - | - |
| Consulting | | - |
| Utilities | | - |
| Freight | | - |
| Bank Fees | 75 | 675 |
| Credit Card Expenses | | - |
| Creditors' A/R | | - |
| Transfers Out | - | |
| Transfers to Receiver cash accounts | - | - |
| Other Misc Disbursements | | - |
| Diplomas/transcripts | - | - |
| Professional fees | - | 1,197,311 |
| Return of employee medical | - | - |
| Wind down expenses | | - |
| **TOTAL** | **$ 75** | **$ 1,197,986** |

Exhibit B