EXHIBIT C

**Mark E. Dottore, Receiver**
**United States District Court**
**Northern District of Ohio**
**Eastern Division**
**DCEH Cash Flow**
**Actual cash flow**
**Case No. 1:19cv145**

*10/24//2024*

*beginning*

| Month ending | 1/31/2024 | 2/29/2024 | 3/31/2024 | 4/30/2024 | 5/31/2024 | 6/30/2024 | 7/31/2024 | 8/31/2024 | 9/30/2024 |
|---|---|---|---|---|---|---|---|---|---|
| **Cash** | | | | | | | | | |
| **Restricted - State Grants** | | | | | | | | | |
| **Restricted - Perkins** | 1,193,854 | 1,193,881 | 1,193,909 | 1,193,936 | 1,193,964 | 1,193,991 | 1,194,019 | 1,194,046 | 1,194,074 |
| **Restricted - Student Reimb.** | - | - | - | - | - | - | - | - | - |
| **Restricted - Employee Medical** | 177,597 | 177,601 | 177,606 | 177,610 | 177,614 | 177,618 | 177,622 | 177,626 | 177,630 |
| **Restricted Court Restricted** | | | | | | | | | |
| **Unrestricted - savings** | 471,762 | 471,774 | 471,784 | 471,794 | 471,806 | 471,809 | 158,960 | 158,963 | 158,967 |
| **Unrestricted(MM) - beginning** | $ 921,432 | $ 922,989 | $ 924,209 | $ 925,514 | $ 928,079 | $ 928,990 | $ 930,276 | $ 47,445 | $ 48,524 |
| **Receipts** | | | | | | | | | |
| South University | | | | | | | | | |
| The Art Institutes | | | | | | | | | |
| Title IV - Las Vegas | | | | | | | | | |
| Workmens' Comp deposit | | | | | | | | | |
| Miscellaneous deposits | - | - | - | 1,008 | | | 202 | - | - |
| Transcripts | - | - | - | - | - | - | - | - | - |
| Student payments | 1,632 | 1,295 | 1,380 | 1,632 | 986 | 1,361 | 1,500 | 1,154 | 1,061 |
| Equipment sale proceeds | | | | | | | | | |
| Sale of Sarasota license | - | - | - | - | - | - | - | - | - |
| Refunds/Interest | | | | | | | | | |
| Las Vegas Buyer Funding | | | | | | | | | |
| Law School Funding | | | | | | | | | |
| Studio receipts | | | | | | | | | |
| Proceeds from loan | | | | | | | | | |
| Transfers | | | | | | | 312,853 | - | - |
| Legal fee retainers returned | | | | | | | | | |
| Restricted Funds cleared | - | - | - | - | - | - | - | - | - |
| **Total Receipts** | $ 1,632 | $ 1,295 | $ 1,380 | $ 2,640 | $ 986 | $ 1,361 | $ 314,555 | $ 1,154 | $ 1,061 |
| **Disbursements** | | | | | | | | | |

Payroll
Unpaid 3/15/2019 payroll
Facilities
Landlord payments Feb - April

EXHIBIT C
1

**Mark E. Dottore, Receiver**
**United States District Court**
**Northern District of Ohio**
**Eastern Division**
**DCEH Cash Flow**
**Actual cash flow**
**Case No. 1:19cv0145**

*10/24//2024*

| *beginning* Month ending | 1/31/2024 | 2/29/2024 | 3/31/2024 | 4/30/2024 | 5/31/2024 | 6/30/2024 | 7/31/2024 | 8/31/2024 | 9/30/2024 |
|---|---|---|---|---|---|---|---|---|---|
| Infrastructure | | | | | | | | | |
| Telecom | | | | | | | | | |
| IT Vendor AP | | | | | | | | | |
| Insurance | | | | | | | | | |
| Payroll - Receiver | | | | | | | | | |
| Payroll - Las Vegas | | | | | | | | | |
| health Insurance | | | | | | | | | |
| Rent/Facilities - Las Vegas | | | | | | | | | |
| Payroll - Law School | | | | | | | | | |
| South rent | | | | | | | | | |
| Employee expense reimb. | | | | | | | | | |
| Rent - Law School | | | | | | | | | |
| Diplomas/Transcripts | | | | | | | | | |
| Employee Medical reimb. | | | | | | | | | |
| Student Stipends - Las Vegas | | | | | | | | | |
| Restricted Funds - Student HLC | | | | | | | | | |
| Legal | | | | | | | | | |
| Bank charges | 75 | 75 | 75 | 75 | 75 | 75 | 75 | 75 | 75 |
| Postage/delivery | | | | | | | | | |
| Transfers | | | | | | | | | |
| Accreditation | | | | | | | 1,197,311 | | |
| Professional Fees | | | | | | | | - | - |
| Return of Restricted funds | | | | | | | | | |
| Wind down expenses | | | | | | | | | |
| Total Disbursements | $ 75 | $ 75 | $ 75 | $ 75 | $ 75 | $ 75 | $ 1,197,386 | $ 75 | $ 75 |
| Net Cash Flow | $ 1,557 | $ 1,220 | $ 1,305 | $ 2,565 | $ 911 | $ 1,286 | $ (882,831) | $ 1,079 | $ 986 |
| Ending Balance - unrestricted | $ 922,989 | $ 924,209 | $ 925,514 | $ 928,079 | $ 928,990 | $ 930,276 | $ 47,445 | $ 48,524 | $ 49,510 |

EXHIBIT C
2

Mark E. Dottore, Receiver
United States District Court
Northern District of Ohio
Eastern Division
DCEH Cash Flow
Actual cash flow
Case No. 1:19cv145

**10/24/2024**

| beginning<br>Month ending | YTD 2024<br>TOTALS |
|---|---|
| **Cash** | |
| Restricted - State Grants | |
| Restricted - Perkins | 1,194,074 |
| Restricted - Student Reimb. | 177,630 |
| Restricted - Employee Medical | - |
| Restricted Court Restricted | - |
| Unrestricted - savings | 158,967 |
| Unrestricted (MMT - beginning | $ 521,432 |
| | |
| **Receipts** | $ |
| South University | - |
| The Art Institutes | - |
| Title IV - Las Vegas | - |
| Workmens' Comp deposit | - |
| Miscellaneous deposits | 1,210 |
| Transcripts | - |
| Student payments | 12,001 |
| Equipment sale proceeds | - |
| Sale of Sarasota license | - |
| Refunds/interest | - |
| Las Vegas Buyer Funding | - |
| Law School Funding | - |
| Studio receipts | - |
| Proceeds from loan | - |
| Transfers | 312,853 |
| Legal fee retainers returned | - |
| Restricted Funds cleared | - |
| **Total Receipts** | 326,064 |
| | |
| **Disbursements** | |
| Payroll | - |
| Unpaid 3/15/2019 payroll | - |
| Facilities | - |
| Landlord payments Feb - April | - |

EXHIBIT C
3

Mark E. Dottore, Receiver
United States District Court
Northern District of Ohio
Eastern Division
DCEH Cash Flow
Actual cash flow
Case No. 1:19cv145

**10/24//2024**

| beginning<br>Month ending | YTD 2024<br>TOTALS |
|---|---|
| Infrastructure | - |
| Telecom | - |
| IT Vendor AP | - |
| Insurance | - |
| Payroll - Receiver | - |
| Payroll - Las Vegas | - |
| health Insurance | - |
| Rent/Facilities - Las Vegas | - |
| Payroll - Law School | - |
| South rent | - |
| Employee expense reimb. | - |
| Rent - Law School | - |
| Diplomas/Transcripts | - |
| Employee Medical reimb. | - |
| Student Stipends - Las Vegas | - |
| Restricted Funds - Student HLC | - |
| Legal | - |
| Bank charges | 675 |
| Postage/delivery | - |
| Transfers | - |
| Accreditation | - |
| Professional Fees | 1,197,311 |
| Return of Restricted funds | - |
| Wind down expenses | - |
| **Total Disbursements** | 1,197,986 |
| **Net Cash Flow** | $ (871,922) |
| **Ending Balance - unrestricted** | $ 49,510 |

EXHIBIT C
4