Mark E. Dottore, Receiver
DCEDH
MM Operating Acct. #6000
Case No. 1:19 cv 145

| DATE | CK. # | | CK. AMOUNT | DEPOSIT AMOUNT | CASH BALANCE |
|---|---|---|---|---|---|
| | | Balance August 31, 2024 | | | $48,522.75 |
| 9/6/2024 | | Williams & Fudge | | $171.61 | $48,694.36 |
| 9/6/2024 | | Williams & Fudge | | $78.00 | $48,772.36 |
| 9/6/2024 | | Williams & Fudge | | $58.50 | $48,830.86 |
| 9/6/2024 | | Williams & Fudge | | $33.83 | $48,864.69 |
| 9/10/2024 | | Williams & Fudge | | $122.00 | $48,986.69 |
| 9/10/2024 | | Williams & Fudge | | $33.83 | $49,020.52 |
| 9/10/2024 | | Williams & Fudge | | $19.86 | $49,040.38 |
| 9/17/2024 | | Williams & Fudge | | $107.00 | $49,147.38 |
| 9/17/2024 | | Williams & Fudge | | $49.21 | $49,196.59 |
| 9/17/2024 | | Williams & Fudge | | $33.83 | $49,230.42 |
| 9/17/2024 | | Bank charges | $75.00 | | $49,155.42 |
| 9/24/2024 | | Williams & Fudge | | $280.00 | $49,435.42 |
| 9/24/2024 | | Williams & Fudge | | $39.61 | $49,475.03 |
| 9/24/2024 | | Williams & Fudge | | $33.83 | $49,508.86 |
| | | | | | |
| | | total receipts | | $1,061.11 | |
| | | total disbursements | $75.00 | | |