# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| DIGITAL MEDIA SOLUTIONS, LLC, | ) CASE NO. 1:19-cv-145 |
| | ) |
| Plaintiff, | ) JUDGE DAN AARON POLSTER |
| | ) |
| v. | ) MAGISTRATE JUDGE |
| | )  THOMAS M. PARKER |
| SOUTH UNIVERSITY OF OHIO, | ) |
| LLC, *et. al.*, | ) |
| | ) |
| Defendants. | ) |

### FIFTY-NINTH MONTHLY REPORT OF THE RECEIVER PURSUANT TO LOCAL RULE 66.1

Pursuant to this Court's December 11, 2019 Order, the Receiver submits his Report comprised of the following:

1. Receivership Inventory of Assets as of October 31, 2024 (Exhibit A);

2. Receivership Cash Receipts and Disbursements Summary for the Period Commencing October 1, 2024 and Ended October 31, 2024 (Exhibit B);

3. Actual Weekly Cash Flow for the Period Commencing January 1, 2024, and Ending October 31, 2024 (Exhibit C); and

4. Receipts and Disbursements for the Period Commencing October 1, 2024 and Ending October 31, 2024 (Exhibit D).

4913-5402-8561 v.1

Dated:  January 20, 2025 Respectfully submitted,

    /s/ *Mary K. Whitmer*
Mary K. Whitmer (0018213)
WHITMER & EHRMAN LLC
2344 Canal Road, Suite 401
Cleveland, Ohio 44113-2535
Telephone: (216) 771-5056
Telecopier: (216) 771-2450
Email: mkw@WEadvocate.net

*Counsel for Mark E. Dottore, Receiver*

4913-5402-8561 v.1      2