**EXHIBIT A**

**Mark E. Dottore, Receiver**
**United States District Court**
**Northern District of Ohio**
**Eastern Division**
**Case No. 1:19cv145**

### Receivership Inventories as of October 31, 2024
### Property and Assets in Receiver's Possession or in Possession as Agent

|  |  | status/notes |
|---|---:|---|
| **Assets** | | |
| Cash | | |
| Cash - unrestricted | $ 211,430 | cash on hand |
| | | |
| Receivables | | |
| Title IV Revenue - Las Vegas - winter semester | - | estimate based on DOL funds request |
| Proceeds from sale of Sarasota License | - | license sold June, 2021 |
| Student Payments | - | estimate based on past collections |
| | | |
| Restricted Cash | | |
| Employee medical benefits - restricted | 177,634 | cash on hand |
| Perkins accounts - restricted | 1,194,101 | cash on hand |
| Student Reimbursements - HLC | - | cash on hand |
| | | |
| **Total Assets** | **$ 1,583,165** | |

Mark E. Dottore, Receiver
United States District Court
Northern District of Ohio
Eastern Division
Case No. 1:19cv145

## Receivership Inventories as of October 31, 2024
### Property and Assets not in Receiver's Possession but claimed and Held by Others

| Assets | | status/notes |
|---|---:|---|
| Cash | | |
| Cash | | |
| | | |
| Receivables | | |
| Title IV Revenue - Las Vegas - winter semester | 500,000 | estimate based on DOL funds request |
| Proceeds from sale of Sarasota License | - | license sold June, 2021 |
| Student Payments | 10,000 | estimate based on past collections |
| | | |
| Restricted Cash | | |
| Employee medical benefits - restricted | - | cash on hand |
| Perkins accounts - restricted | - | cash on hand |
| Student Reimbursements - HLC | - | cash on hand |
| | | |
| Total Assets | $ 510,000 | |

EXHIBIT A
2