**EXHIBIT B**

**Mark E. Dottore, Receiver**
**Digital Media Solutions, LLC**
**v. South University of Ohio, LLC**
**Case No. 1:19 cv 145**

### Receivership Cash Receipts and Cash Disbursements Summary

### October 1, 2024 through October 31, 2024

### and year 2024 to date

| Cash Receipts: Category | Oct-24 Receiver Operating | 2024 year to date Total |
|---|---:|---:|
| Funds received from AU/AI/South | $ - | - |
| Student Stipend Funding | - | - |
| Student Payments | 1,296 | 13,297 |
| State Grants | - | - |
| Perkins Loans | - | - |
| Misc Deposits/court orders | 1,729 | 2,939 |
| Equipment sale proceeds | - | - |
| Collection Agency | - | - |
| Student Tuition | - | - |
| Title IV | - | - |
| VA Funding | - | - |
| Private Funding | - | - |
| Payroll Funding | - | - |
| Benefits Funding | - | - |
| PNC P-Cards | - | - |
| Transfers In from Receiver cash accounts | - | 312,853 |
| Transfers in from Argosy | - | - |
| Transfers from restricted funds | - | - |
| Rental Income | - | - |
| Interest | - | - |
| Legal fee retainers returned | - | - |
| Transcripts | - | - |
| Sarasota license funds | - | - |
| Funds from Studio | - | - |
| Loan Proceeds | - | - |
| **TOTAL** | **$ 3,025** | **$ 329,089** |

| Cash Disbursements: Category | Oct-24 Receiver Operating | 2024 year to date Total |
|---|---:|---:|
| Student Stipends | $ - | - |
| Returned Student Payments | - | - |
| Returned Checks | - | - |
| Payroll | - | - |
| Payroll Tax | - | - |
| Benefits | - | - |
| Tax | - | - |
| 401K | - | - |
| Rent | - | - |
| Insurance | - | - |
| Legal | - | - |
| Employee Expenses | - | - |
| Accounts Payable | - | - |
| Accreditation | - | - |
| Consulting | - | - |
| Utilities | - | - |
| Freight | - | - |
| Bank Fees | 75 | 750 |
| Credit Card Expenses | - | - |
| Creditors' A/R | - | - |
| Transfers Out | - | - |
| Transfers to Receiver cash accounts | - | - |
| Other Misc Disbursements | - | - |
| Diplomas/transcripts | - | - |
| Professional fees | - | 1,197,311 |
| Return of employee medical | - | - |
| Wind down expenses | - | - |
| **TOTAL** | **$ 75** | **$ 1,198,061** |

Exhibit B