**EXHIBIT C**

**Mark E. Dottore, Receiver**
**United States District Court**
**Northern District of Ohio**
**Eastern Division**
**DCEH Cash Flow**
Actual cash flow
Case No. 1:19cv145

12/17//2024

| beginning Month ending | | 1/31/2024 | 2/29/2024 | 3/31/2024 | 4/30/2024 | 5/31/2024 | 6/30/2024 | 7/31/2024 | 8/31/2024 | 9/30/2024 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Cash** | | | | | | | | | | |
| Restricted - State Grants | | | | | | | | | | |
| Restricted - Perkins | | 1,193,854 | 1,193,881 | 1,193,909 | 1,193,936 | 1,193,964 | 1,193,991 | 1,194,019 | 1,194,046 | 1,194,074 |
| Restricted - Student Reimb. | | - | - | - | - | - | - | - | - | - |
| Restricted - Employee Medical | | 177,597 | 177,601 | 177,606 | 177,610 | 177,614 | 177,618 | 177,622 | 177,626 | 177,630 |
| Restricted Court Restricted | | | | | | | | | | |
| Unrestricted - savings | | 471,762 | 471,774 | 471,784 | 471,794 | 471,806 | 471,809 | 158,960 | 158,963 | 158,967 |
| Unrestricted(MM) - beginning | $ | 921,432 $ | 922,989 $ | 924,209 $ | 925,514 $ | 928,079 $ | 928,990 $ | 930,276 $ | 47,445 $ | 48,524 |
| **Receipts** | | | | | | | | | | |
| South University | | | | | | | | | | |
| The Art Institutes | | | | | | | | | | |
| Title IV - Las Vegas | | | | | | | | | | |
| Workmens' Comp deposit | | | | | | | | | | |
| Miscellaneous deposits | | - | - | - | 1,008 | | | 202 | - | - |
| Transcripts | | - | - | - | - | - | - | - | - | - |
| Student payments | | 1,632 | 1,295 | 1,380 | 1,632 | 986 | 1,361 | 1,500 | 1,154 | 1,061 |
| Equipment sale proceeds | | | | | | | | | | |
| Sale of Sarasota license | | - | - | - | - | - | - | - | - | - |
| Refunds/Interest | | | | | | | | | | |
| Las Vegas Buyer Funding | | | | | | | | | | |
| Law School Funding | | | | | | | | | | |
| Studio receipts | | | | | | | | | | |
| Proceeds from loan | | | | | | | | | | |
| Transfers | | | | | | | | 312,853 | - | - |
| Legal fee retainers returned | | | | | | | | | | |
| Restricted Funds cleared | | - | - | - | - | - | - | - | - | - |
| **Total Receipts** | $ | 1,632 $ | 1,295 $ | 1,380 $ | 2,640 $ | 986 $ | 1,361 $ | 314,555 $ | 1,154 $ | 1,061 |
| **Disbursements** | | | | | | | | | | |

Payroll
Unpaid 3/15/2019 payroll
Facilities
Landlord payments Feb - April

EXHIBIT C
1

Mark E. Dottore, Receiver
United States District Court
Northern District of Ohio
Eastern Division
DCEH Cash Flow
Actual cash flow
Case No. 1:19cv145

12/17//2024

| beginning Month ending | 1/31/2024 | 2/29/2024 | 3/31/2024 | 4/30/2024 | 5/31/2024 | 6/30/2024 | 7/31/2024 | 8/31/2024 | 9/30/2024 |
|---|---|---|---|---|---|---|---|---|---|
| Infrastructure | | | | | | | | | |
| Telecom | | | | | | | | | |
| IT Vendor AP | | | | | | | | | |
| Insurance | | | | | | | | | |
| Payroll - Receiver | | | | | | | | | |
| Payroll - Las Vegas | | | | | | | | | |
| health Insurance | | | | | | | | | |
| Rent/Facilities - Las Vegas | | | | | | | | | |
| Payroll - Law School | | | | | | | | | |
| South rent | | | | | | | | | |
| Employee expense reimb. | | | | | | | | | |
| Rent - Law School | | | | | | | | | |
| Diplomas/Transcripts | | | | | | | | | |
| Employee Medical reimb. | | | | | | | | | |
| Student Stipends - Las Vegas | | | | | | | | | |
| Restricted Funds - Student HLC | | | | | | | | | |
| Legal | | | | | | | | | |
| Bank charges | 75 | 75 | 75 | 75 | 75 | 75 | 75 | 75 | 75 |
| Postage/delivery | | | | | | | | | |
| Transfers | | | | | | | | | |
| Accredidation | | | | | | | 1,197,311 | | |
| Professional Fees | | | | | | | | | |
| Return of Restricred funds | | | | | | | | | |
| Wind down expenses | | | | | | | | | |
| Total Disbursements | $ 75 | $ 75 | $ 75 | $ 75 | $ 75 | $ 75 | $ 1,197,386 | $ 75 | $ 75 |
| Net Cash Flow | $ 1,557 | $ 1,220 | $ 1,305 | $ 2,565 | $ 911 | $ 1,286 | $ (882,831) | $ 1,079 | $ 986 |
| Ending Balance - unrestricted | $ 922,989 | $ 924,209 | $ 925,514 | $ 928,079 | $ 928,990 | $ 930,276 | $ 47,445 | $ 48,524 | $ 49,510 |

EXHIBIT C
2

Mark E. Dottore, Receiver
United States District Court
Northern District of Ohio
Eastern Division
DCEH Cash Flow
Actual cash flow
Case No. 1:19cv145

12/17/2024

| beginning | | YTD 2024 |
|---|---|---|
| Month ending | 10/31/2024 | TOTALS |
| Cash | | |
| Restricted - State Grants | 1,194,101 | 1,194,101 |
| Restricted - Perkins | - | - |
| Restricted - Student Reimb. | 177,634 | 177,634 |
| Restricted - Employee Medical | | |
| Restricted Court Restricted | | |
| Unrestricted - savings | 158,970 | 158,970 |
| Unrestricted (MM) - beginning $ | 49,510 $ | 921,432 |
| | | |
| Receipts | $ | - |
| South University | | - |
| The Art Institutes | | - |
| Title IV - Las Vegas | | - |
| Workmens' Comp deposit | | - |
| Miscellaneous deposits | 1,729 | 2,939 |
| Transcripts | - | - |
| Student payments | 1,296 | 13,297 |
| Equipment sale proceeds | - | - |
| Sale of Sarasota license | | - |
| Refunds/Interest | | - |
| Las Vegas Buyer Funding | | - |
| Law School Funding | | - |
| Studio receipts | | - |
| Proceeds from loan | | - |
| Transfers | - | 312,853 |
| Legal fee retainers returned | | - |
| Restricted Funds cleared | - | - |
| **Total Receipts** | $ 3,025 | 329,089 |
| **Disbursements** | | |
| Payroll | - | - |
| Unpaid 3/15/2019 payroll | - | - |
| Facilities | - | - |
| Landlord payments Feb - April | - | - |

EXHIBIT C
3

**Mark E. Dottore, Receiver**
United States District Court
Northern District of Ohio
Eastern Division
DCEH Cash Flow
Actual cash flow
Case No. 1:19cv145

12/17//2024

| beginning Month ending | 10/31/2024 | YTD 2024 TOTALS |
|---|---|---|
| Infrastructure | | |
| Telecom | | - |
| IT Vendor AP | | - |
| Insurance | | - |
| Payroll - Receiver | | - |
| Payroll - Las Vegas | | - |
| health Insurance | | - |
| Rent/Facilities - Las Vegas | | - |
| Payroll - Law School | | - |
| South rent | | - |
| Employee expense reimb. | | - |
| Rent - Law School | | - |
| Diplomas/Transcripts | | - |
| Employee Medical reimb. | | - |
| Student Stipends - Las Vegas | | - |
| Restricted Funds - Student HLC | | - |
| Legal | | - |
| Bank charges | 75 | 750 |
| Postage/delivery | | - |
| Transfers | | - |
| Accredidation | | - |
| Professional Fees | - | 1,197,311 |
| Return of Restricred funds | | - |
| Wind down expenses | | - |
| **Total Disbursements** | $ 75 | 1,198,061 |
| Net Cash Flow | $ 2,950 | $ (868,972) |
| Ending Balance - unrestricted | $ 52,460 | $ 52,460 |

EXHIBIT C
4