Mark E. Dottore, Receiver
DCEDH
MM Operating Acct. #6000
Case No. 1:19 cv 145

| DATE | CK. # | | CK. AMOUNT | DEPOSIT AMOUNT | CASH BALANCE |
|---|---|---|---|---|---|
| | | Balance September 30, 2024 | | | $49,508.86 |
| 10/1/2024 | | Williams & Fudge | | $49.21 | $49,558.07 |
| 10/1/2024 | | Williams & Fudge | | $33.83 | $49,591.90 |
| 10/4/2024 | | Williams & Fudge | | $78.00 | $49,669.90 |
| 10/4/2024 | | Williams & Fudge | | $58.50 | $49,728.40 |
| 10/4/2024 | | Williams & Fudge | | $32.40 | $49,760.80 |
| 10/8/2024 | | Williams & Fudge | | $118.40 | $49,879.20 |
| 10/8/2024 | | Williams & Fudge | | $33.83 | $49,913.03 |
| 10/8/2024 | | State of Arizona | | $1,729.00 | $51,642.03 |
| 10/15/2024 | | Bank charges | $75.00 | | $51,567.03 |
| 10/16/2024 | | Williams & Fudge | | $126.86 | $51,693.89 |
| 10/16/2024 | | Williams & Fudge | | $49.21 | $51,743.10 |
| 10/16/2024 | | Williams & Fudge | | $33.83 | $51,776.93 |
| 10/22/2024 | | Williams & Fudge | | $156.00 | $51,932.93 |
| 10/22/2024 | | Williams & Fudge | | $40.00 | $51,972.93 |
| 10/22/2024 | | Williams & Fudge | | $33.83 | $52,006.76 |
| 10/29/2024 | | Williams & Fudge | | $379.21 | $52,385.97 |
| 10/29/2024 | | Williams & Fudge | | $39.61 | $52,425.58 |
| 10/29/2024 | | Williams & Fudge | | $33.83 | $52,459.41 |
| | | | | | |
| | | | | | |
| | | total receipts | | $3,025.55 | |
| | | total disbursements | $75.00 | | |